RYAN A. KENT, ESQ.
LAW OFFICE OF RYAN KENT
30 Mitchell Boulevard
San Rafael, CA 94903
CA State Bar No. 169810
Telephone: (415) 479-4356
Fax: (415) 479-4358
Email: ryan@ryankentlaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RICARDO BARBA; LILY CHRISTIAN; HEATHER CLEARY; VICTORIA DEROSA; MARJORY GARGOSH; CHUN HWA HA; JESSICA HARRELSON; WOO SEOK JANG; HUN KIM; ALEXA KRIEGER; ALANA LEE; SEUNG HEE LEE; LAUREL LEISHER; CHERIE MAR; LIZA MILLER; NINA MILLER; LISA MOREHOUSE; ARIADNE NEVIN; MEREDITH POTTER; ALEXANDRA ROMERO; KARINA ROSADO; AMY SHIPLEY; HEATHER SIMERAL; JULIA SIMONSON; MICHAEL STARACE; MICHAEL-JOHN TAVANTZIS; LUCIE VOGEL;<br><br>   Plaintiffs,<br><br>vs.<br><br>SEUNG HUEN LEE; JOURNG SOOK LEE; DAHN YOGA & HEALTH CENTERS, INC.; TAO FELLOWSHIP, BR CONSULTING; INC.; MAGO EARTH, INC.; VORTEX, INC.; CGI, INC.; OASIS ARABIANS, LLC and DOES 1 to 100, Inclusive.<br><br>   Defendants. | Case No. CV 09-1115-PHX-SRB<br><br>DECLARATION OF CATHLEEN A. MANN IN OPPOSITION TO DAHN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

## DECLARATION OF CATHLEEN A. MANN

I, Cathleen A. Mann, declare under penalty of perjury as follows:

1. I received a B.A. in Psychology from the University of Colorado at Denver in 1989. I received an M.A. in Counseling Psychology from the University of Colorado at Denver in 1990. I received a Ph. D. in Psychology from Walden University in 2003. I have been a Licensed Professional Counselor in the State of Colorado since 1994. I have provided sworn testimony and submitted expert reports with respect to the following: (i) cult identification and dynamics; (ii) short and long term effects of high demand groups (cult involvement); (iii) child custody issues in high demand groups; (iii) social psychological research involving high demand group definition, formation, and leadership; (iv) misrepresentation and fraud in high demand groups; and (v) undue influence and thought reform and related issues in high demand groups. I have provided sworn testimony, either through an expert's report, a deposition, or trial testimony in 16 legal cases dealing with all or most of this subject matter. I have also been retained as a consultant regarding these issues on a number of occasions that have not required that I enter the case as a testifying expert. Additionally, I have 11 years experience researching and investigating high demand, totalistic, authoritarian groups ("cults"), and 15 years experience counseling former members of such groups and relationships and their families.

2. I was retained as a consultant in the instant matter on November 6, 2008. I was requested to provide my opinion regarding the following issues: (i) whether or not the Dahn organization ("Dahn") was a totalistic, authoritarian, high demand group ("cult"); (ii) whether or not Dahn utilized coercive persuasion and thought reform techniques to exert undue influence on the plaintiffs; (iii) whether or not the plaintiffs' various transactions with Dahn were the result of undue influence; and (iv) the psychological and emotional harm the plaintiffs suffered as a result of their involvement with Dahn. Subsequently, I was requested to provide my opinion regarding whether or not the settlement agreements signed by Plaintiffs Lucie Vogel and Heather Simeral (and purportedly signed by Plaintiff Marjory Gargosh) were the products of undue influence.

3. I reviewed and considered the following materials in formulating my opinions:

1

1. Primary material from Dahn Yoga, including but not limited to, books, pamphlets, newsletters, training manuals, flyers, contracts, etc. containing information on the history, belief systems, practices, and policies of Dahn..

2. Ongoing review of the "official" websites of Dahn, Lee, and associated entities.

3. Photographs, audio and video tapes, and other media related to the training, meetings, retreats, and various activities of the Dahn organization.

4. Declarations of Marjory Gargosh, Lucie Vogel, and Heather Simeral.

5. The legal pleadings submitted by both sides in this matter.

6. Ongoing interviews of the plaintiffs in this case. Some interviews have been conducted in person, telephonically, via email correspondence, and/or through the review of plaintiff chronologies and timelines of their involvement in Dahn. Approximately 4 plaintiffs have not completed a full interview with me as of the date of this declaration, but should be conducted as the case progresses.

7. In person interviews with Jessica Harrelson, Julia Simonson, Meredith Potter, Heather Simeral, Liza Miller, Nina Miller, and Lucie Vogel in Newton (Boston), Massachusetts on December 3 – 5, 2008. Psychological testing was also administered to these 7 plaintiffs in person.

8. Ongoing review of the psychological research appropriate to the claims made in this action.

9. In person visits to various Dahn Yoga Centers, including two in Colorado, and one in Newton, Massachusetts.

    4. The following analysis and opinions are presented based on the totality of the materials reviewed. As the case is ongoing, I continue to review materials. I render my opinion based on the documentation listed above, my education, my familiarity with the research on high demand groups, and my extensive experience evaluating totalistic, authoritarian, high demand groups ("cults") and the effect of these groups on individuals.

    5. The term "cult" is a widely misunderstood term. Certainly, over the years, "cult" as a descriptor has taken a pejorative cast, and is often used lightly and inappropriately by the

2

media and the average person. However, I may use the term "cult" as a type of shorthand, along with the more euphemistic forms of the term, such as "high demand group or relationship" or "high impact group or relationship". It is a myth that cults are always religious in nature. Many cults are political, commercial, or involve psychology, therapy, or counseling. Many cults use spirituality or religious doctrine as a marketing device and as a ploy to trick potential recruits. In many cults, there are uses of well-known spiritual or religious principles, rituals, and techniques manipulatively used to bind followers to the group. I will summarize briefly the definition of the term "cult" and will sometimes use it interchangeably with its euphemisms.

6. When we discuss cults, the following elements are present to one degree or another: First, there is often a self-appointed leader who inspires devotion, and who makes decisions and limits choices in a top-down, authoritarian manner. Second, the cult leader (usually enlisting the help of current followers and designated leaders) practices deceptive recruiting, where a potential follower is not provided with the informed consent or information necessary to make a rational decision about affiliation and staying in the group, often to his/her detriment. Third, the group and leadership practice a form of unethical manipulation, also called coercive persuasion, thought reform, and undue influence. There is a deliberate attempt to alter the reality of a person by manipulating the situation. In many cases, high demand groups and leaders also use unethical trance induction or hypnosis as a form of rendering an individual more susceptible to the leader's influence or imprint.

7. Of additional concern is the use of use of physical or medical issues to manipulate followers. Physical manipulation includes control over diet and intake of food, sleep deprivation, the fear of and use of actual physical exertion and punishment. Psychological processes include excess devotion to an idea or mysterious process, alienating a person from their former life and interests, deliberate alienation of family members who do not ascribe to the cult's teachings, etc. Also, it is important to carefully consider how the cult's leader and his leadership, and by default, the "true" followers, handle criticism and dissent. Legitimate, psychologically healthy groups and relationships are open to criticism from the outside. Such groups welcome dissent, view it as

part of the process of change, and view open feedback as an opportunity to grow and develop. The leaders of cults and their "true" followers tend to react with anger and defensiveness when criticized, and take extraordinary efforts to quash dissent within their own ranks. They often use projection (blaming others for their own behavior) when confronted with criticism. Often the process is subtle to the unsophisticated, and you can only spot the quashing of dissent when you hear current leaders and followers answer questions in an amazingly similar or exact way, such as denying everything out of hand. Another red flag is the practice used by many cult leaders and followers of deliberately creating disinformation about critics, defectors, and other nonmembers. This is accomplished, in part, by attacking peripheral friends or family members of the involved follower, and prevaricating to the media and other outsiders. The cult leader wants sole allegiance to only her or him, not to others.

8. In cults, there is a process of indoctrination using a vertical model of communication (hierarchal) as opposed to a horizontal model. A vertical model can be overwhelming and isolating over time. No checks and balances or allowance of input contributes to the dynamics of a closed group. Closed groups operate on the principles of isolation and mutual, inner reinforcement. This approach is instrumental to success as a closed, totalistic group ("cult"). Finally, the lack of transparency (an unwillingness to allow others to see the inner workings or know the true teachings of the group), and the abuse of power are other factors to consider in evaluating whether a group is acting as a high demand or totalistic group ("cult").

9. In terms of undue influence, I consider the following elements as a definition: "Undue influence has been defined as the exercise of sufficient control over the person, the validity of whose act is brought in question, to destroy that person's free agency and constrain him or her to do something he or she would not have done if that control had not been exercised. In other words, undue influence is influence that deprives one person of his or her freedom of choice or overcomes his or her will or free agency and substitutes the will of another in its place, precludes the exercise of free and deliberate judgment, or coerces a person into doing something that he or she does not want to do or would not have done except for the influence." 25 Am. Jur.

2d Duress and Undue Influence § 36. "The elements of undue influence are a susceptible party, another's opportunity to exert influence, improper influence exerted or attempted, and a result showing the effect of the improper influence." 25 Am. Jur. 2d Duress and Undue Influence § 36.

10. According to Nievod (1993), any contract or other written agreement obtained by undue influence is invalid because no true contract has been formed. Nievod (1993) relates that causes of action have been successful on the "premise that totalistic groups, both of a religious and nonreligious character, have developed and employed programmatically applied techniques to control and manipulate behavior in a weaker or subservient party in order to induce the weaker party to enter into a contract...".

11. For purposes of definition and theory, and in utilizing the term "coercive persuasion," I refer to Ofshe (1992) in which he describes four key factors present in the process of coercive persuasion: (i) the reliance on intense interpersonal and psychological attack to destabilize an individual's sense of self to promote compliance; (ii) the use of an organized peer group; (iii) applying interpersonal pressure to promote conformity; and (iv) the manipulation of the totality of the person's social environment to stabilize behavior once modified.

12. In addition to Ofshe, I will use Lifton's (1989) theory of cult formation, along with his eight criteria of thought reform, briefly explained below. Thought reform can be thought of as the mechanisms by which cults are formed, and how adherents/followers stay within the system. Lifton's (1989) criteria are:

1. **Milieu control**: control of communication within the environment resulting in a significant degree of isolation from surrounding society. Nonmembers to a group or relationship are labeled as ignorant, misled, or harmful

2. **Mystical manipulation**: The claim of absolute (or divine) authority that allows the leader to reinterpret events as she or he wishes, or make prophecies, predictions, or pronouncements at will, all for the purpose of controlling others.

3. **Demand for purity**: The world is viewed in black and white, and adherents/clients are constantly exhorted to strive for the leader's definition of perfection. The leader

creates a narrow world of guilt and shame for client/adherents/followers.

4. **The cult of confession**: Serious (and not so serious) infractions, as defined by the leader, are to be confessed and behavior is to be monitored at all times. The cult of confession makes it virtually impossible to attain the reasonable balance between worth and humility.

5. **The sacred science**: The teachings of the leader are considered the ultimate truth, beyond all questioning or disputing. The leader of the group is considered above all questioning or criticism. Any personal, private quests for knowledge are suppressed.

6. **Loaded language**: The leader and the clients/adherents/followers develop a jargon unique into itself, often non-understandable to outsiders. This jargon consists of numerous words and phrases which the members understand, but which act to dull one's ability to engage in critical thinking.

7. **Doctrine over person**: The personal experiences of the clients/adherents/followers are subordinated to the "truth" held by the leader. The teachings of the leader are always more important than any individual. Past events are retrospectively altered, wholly rewritten, or ignored to make them consistent with the current "truth" held by the leader.

8. **Dispensing of existence**: The leader has the prerogative to decide who has the right to exist and who does not. Usually held non-literally, this means that those outside the group or relationship are unspiritual, worldly, unconscious, lost, dying, stupid, unreachable, etc. Current clients/adherent/followers are always conscious that, if they stray too far from the leader's truth, that they will also lose their right to existence.

13.     I also rely on the addition of Langone's (1993) concepts of dependency and dread; the historical findings of Milgram (1963) and Zimbardo (1991) and Leippe (2007) on social psychological views on influence and power; and Cialdini's (2001) concepts of reciprocation as additional psychological factors. Zimbardo's (2007) description of his research is especially germane in evaluating cults due to his seminal work in the infamous "Stanford Prison

Experiment," whereby he showed in an experimental setting that ordinary people could be made to adopt roles and engage in negative, hurtful behavior often opposed to their inner moral code, not because of factors willingly chose by them, but due to forced dependency on the demands (or effects) of the situation and in a response to a normally acquired, prosocial, compliance with authority. This experimental effect is replicated to a large degree in the Dahn organization.

14. Milgram (1963) used the term "conformity" to mean going along with peers in any given group, and obeying the demands of authority figures who state they have special rights to direct and control the behavior of others. Often, authority is reinforced through props and trappings, i.e. uniforms, special entourages, bowing and obeisance behaviors, impression management by the leader, pronouncement of special status on some followers, and triangulating, which is the playing of members against each other through the deliberate implantation of false information. Milgram (1963) and the social psychologists who followed him further emphasized that the influence of those in authority over us can occupy an awe-inspiring position and our response to that position is often automatic obedience. In cults, such obedience and conformity often act against the best self-interest of the individual, and the individual's identity is subsumed to the group's will. Obedience in cults is a special type of compliance that involves changing one's complete identity to the identity of the leader, creating miniature replicas of the leader.

15. One classic study involving the effect of group influence on the individual was demonstrated by a series of experiments conducted by Solomon Asch (1956). Asch (1956) investigated not only the submission of the individual will to group forces and the group will, but also the capacity of people to act independently of conformity pressure. Asch's (1956) experiments demonstrated the power and influence of authority figures and the group. The research suggests that individuals involved in such a setting will first question their own thoughts and label them as wrong, and will show a tendency over time to conform to the demands of the leaders and the group. As the conformity progresses, individuals involved in the high stress, disruption, and demands of a cult will believe untruths along with perceiving reality incorrectly.

16. Compliance research in psychology focuses on how self-appointed leaders

succeed at getting others to perform in the leader's best interest. Individuals belonging to a group must adapt to the attitudes and beliefs of such groups in order to survive the day to day experience of living in such a group and to avoid cognitive dissonance. Individuals experience cognitive dissonance by thinking, feeling, or sharing attitudes that differ from observed behavior. Over time, the reality as described by the group and the leader becomes the reality of the individual. Cognitive dissonance results in the individual's extreme reluctance to admit mistakes and conflicting information and behavior. Psychological tension becomes unbearable when contradictions are in place, and people will change their behavior to alleviate this tension. The average cult member is trying to survive and to maintain homeostasis, and will often go against their better judgment and moral base in order to maintain and survive.

17.     In the instant matter, there is remarkable consistency among the self-report data, and it does not appear to be rehearsed. The declarations of Lucie Vogel, Marjory Gargosh and Heather Simeral are all consistent with and reflective of the experiences independently reported by the other plaintiffs I have interviewed. All the plaintiffs report involvement with Dahn greater and over a longer time period than originally intended. All report various levels of abuse coming directly from the group, and some coming directly and personally from the leader, Ilchi Lee. All plaintiffs now believe they were tricked, lied to, deceived, manipulated, and subjected to undue influence. All plaintiffs report ongoing consequences associated with their tenure in this group. All plaintiffs have suffered negative financial consequences as a result of involvement in this group that exceeded any expectation. All plaintiffs believe they were unknowingly participating in a cult and subjected to undue influence.

18.     It is my opinion that Dahn is a totalistic, authoritarian, high demand group ("cult"), which practices deceptive recruiting and retention practices through the use of undue influence and a thought reform program at the behest of its leader, Ilchi Lee. Dahn, through its leadership, operates as a closed, totalistic, high demand group that utilizes undue influence and thought reform programs to create power and money for its leader, Ilchi Lee. Ilchi Lee is directly involved in the day to day operations and decision making of this group, and personally benefits

8

from the money raised from ordinary members through his indoctrination centers (Dahn Centers and Sedona retreats and workshops).

19. "Yoga" is used by Dahn as a recruiting tool designed to induce unsuspecting individuals into affiliating with the organization. Once in contact with Dahn at any one of their recruiting centers, an individual is subject to fraudulent and deceptive recruitment practices and high pressure sales tactics. From the very first initial contact, emotional and psychological pressure was placed on potential members to commit to a higher level of membership. From the very first day of contact, Dahn utilized "energy analysis," and other mystical sounding practices, in which every individual has "energy blockages" that need rehabilitation in the form of Dahn classes and programs.

20. Unsuspecting consumers and ordinary individuals seeking simple yoga programs are coerced and manipulated psychologically and physically into going to "retreats" and expensive "trainings" in Arizona, designed specifically to deepen their commitment to Dahn Yoga and the Dahn organization. Once higher levels of membership were attained, continued pressure was employed to bring in new members and to provide larger sums of money. At the behest of, and upon the direct command of their superiors in the organization, some plaintiffs were pressured to take out excessive personal and student loans. Followers of Dahn were heavily pressured to borrow money from friends and family, obtain unnecessary credit cards, and to generally utilize whatever means necessary to provide increasing amounts to the organization.

21. Dahn engendered excessive devotion by followers to those in their "energy upline," and manipulated followers into believing that Ilchi Lee was an enlightened being, their "Teacher" and their "Guru." Dahn specifically engendered unreasonable and slavish devotion on an increasing scale without providing informed consent of these practices. Dahn used fear of "losing one's soul" to quash dissent and questioning, and systematically employed practices designed to eliminate critical thinking in its members.

22. The leadership of Dahn utilized undue influence through the use of sleep deprivation, reduced calorie low protein diet, constant, excessive exercise demands, stress

positions, fear of assault upon one's person, actual physical punishment, and overwork. These factors placed the plaintiffs herein at a greatly compromised position physically, and lowered their ability to resist the subordination of their will to the leadership of Dahn. Dahn attempted to mask these attempts at physical and psychological control by using guilt, shame, innate respect for authority, and the lifelong socialization process to bind these plaintiffs to the money making pursuits of the organization. The Dahn organization systematically fostered dependence of these plaintiffs upon the organization, claiming the "path" provided by Dahn was the only way to fulfillment and enlightenment, thus engendering fear and growing dependence.

23.   The retreats in Sedona (and elsewhere) were used as indoctrination centers for the Dahn organization. Provided under the guise of teaching special inner beliefs, the practices at these retreats were to isolate members (including these plaintiffs) from the outside world. Such practices used include teaching the follower to ignore the input of any formerly important people in the member's lives (including friends and family), and implementing a program whereby all time was structured and scheduled to prevent reflective thought. A persistent lack of opportunity to check one's reality with outsiders or having any "alone" time was predominant. The plaintiffs were subject to extreme and constant activity; the diet was manipulated; sleep deprivation was common and received special praise by the leadership. These retreat activities were not conducted with the informed consent of the plaintiffs, but were employed as conditional to their progress within the group. The activities, time and financial commitments in relation to these retreat events in Sedona were not subject to questioning or modification by the plaintiffs. These retreats were conducted in a remote location, and were specifically designed to further inculcate these plaintiffs in the mindset, purpose, activity, and way of thinking of Ilchi Lee and his leadership.

24.   The plaintiffs were not aware that they were entering a high demand organization which would demand complete obeisance. Informed consent was not provided to any of these plaintiffs at any time, let alone in advance of higher levels of commitments. The organization and its leadership did not disclose to incoming, potential customers that they would have to

devote physical, psychological, and financial fidelity to the organization, its "Vision" (money making 100% of the time), and to its leader, Ilchi Lee. At no time was it disclosed in any of Dahn printed pamphlets, brochures, primary source material available to beginners or outsiders, that total devotion to a "Guru" in the person of Ilchi Lee would be required, and a total eradication of past relationships and interests would be required.

25. Based on the totality of the information reviewed, it is my opinion that the threshold for undue influence as practiced by the leadership Dahn organization has abundantly and overwhemingly been met. The Dahn structure and programming, from its very first contact with each of these plaintiffs, attempted to inspire confidence and unilateral trust in the organization and in the will of the authority figure. Such abuse of authority was designed to overcome the resistance of the individual and to engender an unfair, nonconsensual, deceptive advantage over him/her. As a result of this unfair advantage, these plaintiffs performed actions that they would not have done otherwise. Additionally, as a result of this undue influence, physical and psychological systems were compromised, making these plaintiffs incapable of making rational and informed decisions. The use of sleep deprivation, physical assault and punishment, and other factors listed herein were outrageous and oppressive and were directly related to the diminished state of mind of the plaintiffs. Additionally, the use of loaded language was designed to separate these plaintiffs from their former lives, and bond them to the group's will as to terminology and what to call things, events, and experiences. The practices employed by Dahn were done under the theme of mystical manipulation and a demand for purity (Lifton, 1989).

26. Uniformly, these plaintiffs reported that trust in the leadership of the Dahn organization was crucial to survival. The word and commands of the Dahn leaders were law. There was no backward movement within the group. You either advanced along a predetermined path, or you were excluded from the group. Hence, "a special relationship based on trust and confidence is established, [and] the second step in proving undue influence is to prove that the assent of the weaker party was obtained by the means of unfair persuasion or undue influence"

(Nievod, 1993). Further, Nievod (1993) states: "Conformity with group expectations was the goal of the social and psychological pressures applied by the groups [cults]. Such pressure can only be reduced by the weaker party's acceptance of the group's belief system and participation in behavior orchestrated by the group". In Dahn, trust in authority was paramount to survival within the organization. Failure to provide this trust to every exacting word of Dahn, whether earned or not, would result in the loss of dispensation of existence (Lifton, 1989).

27. In Dahn, the leaders were unwilling to share relevant knowledge or information so the plaintiffs could make informed decisions about their role in the organization, their future in it, and make decisions about whether they wanted to stay or leave. The words of the leadership collectively, and from Ilchi Lee specifically, was binding upon the thoughts, activities, and lives of the Dahn members and these plaintiffs. Especially of note is the extensive use of loaded language by all the plaintiffs listed herein, even though they are out of the group. The loaded language aspect is very telling because it speaks to a larger indoctrination process whereby everything that existed in these plaintiffs' former world was renamed. The themes of "demand for purity" and "milieu control" (Lifton, 1989) were consistently reinforced. The "sacred science" theme (Lifton, 1989) was generously applied to the teachings of this group, and to stray from these ideas, express dissent, or ask questions was to invite expulsion. The practices of this group were never wrong; the individuals were. Ilchi Lee was considered and promoted as a deity walking the earth, and no questioning of him was allowed. Ilchi Lee placed himself at the apex of power, and according to the experiences related by these plaintiffs, he used his power for abuse, favoritism, special access, and harmful, perhaps even criminal, behavior.

28. Fear can be an important aspect to maintaining cohesion of the group both directly and indirectly. The distrust and criticism of outsiders facilitates an individual staying with their group in fear of "making it" on the outside and/or failure on many levels. Dahn certainly fostered this fear in these plaintiffs. These plaintiffs possessed a fear of the group's rejection or casting out for not maintaining the standards of the group. The implementation of this fear by Dahn was even harsher than a mere dislike of behavior and attitudes, but was in practice the ever

present fear (and phobia indoctrination) tied into severe loss of progress and eventual existential loss of one's "soul" (essence or state of being). The fear remains present to this day with many of the plaintiffs.

29. Ofshe's (1992) theory of coercive persuasion was prevalent in the group and manifested itself through the extensive peer pressure and disruption of environment. Situational factors were harsh and punitive. Plaintiffs were isolated and sent to retreat centers where the sole purpose was to allow the pressure of the situation and the larger group (community) to reinforce good behavior and punish or negate bad behavior; with the ultimate goal being to gain a financial advantage. The power of coercive persuasion within the group was so strong that many plaintiffs stayed, trying harder and harder to reach the ideal, often beyond their desire to stay and often beyond their stamina and endurance.

30. In summary, it is opinion that Dahn (along with its front groups) collectively operates as a high demand ("cult") group, fully meeting the criteria as outlined in the psychological literature. The leadership of Dahn systematically employs undue influence through the use of a thought reform and coercive persuasion program. Through its leadership, the Dahn organization utilized coercive persuasion and thought reform techniques to exert undue influence on the plaintiffs in order to coercively induce them to purchase extended memberships, additional Dahn Yoga programs, workshops and extended training retreats, thereby subjecting themselves to additional indoctrination and psychological manipulation. Dahn exercised undue influence over plaintiffs to coercively induce them to dedicate themselves to the practice of Dahn Yoga and the Dahn organization. Through its leadership, Dahn exercised undue influence over plaintiffs to coercively induce them to become "disciples" of Ilchi Lee and devote themselves to achieving his "Vision." Dahn exercised undue influence over plaintiffs to coercively induce them to "donate" all the money they possessed or could borrow to Dahn. Dahn exercised undue influence over plaintiffs to coercively induce them to work excessive hours assisting in the operation of the Dahn Yoga centers and other Dahn business operations without reasonable or lawful compensation. Additionally, Ilchi Lee individually utilizes the organization in a

seemingly callous manner to meet his financial, emotional, psychological and other needs, and controls and directs the behavior of those under his leadership for his own self aggrandizement. The behavior of this organization and its leader reflects the ideas of influence, conformity, indoctrination, misuse of power, and loss of accountability. This group advertises itself as a legitimate business in its various centers, but uses those centers as recruiting magnets to gain power over others and support Ilchi Lee's unabated desire for money, control, and dominion over others through unethical means.

31. With respect to the settlement agreements signed by Lucie Vogel and Heather Simeral (and purportedly signed by Marjory Gargosh), it is my opinion that these three plaintiffs were under undue influence while signing these documents and negotiating any refund checks. Merely physically exiting a high demand group on a certain date does not mean the undue influence promulgated by the group has "worn off." Quite the contrary. According to the work of Giambalvo (1993) recovery from undue influence can take a very long time and is often incomplete.

32. Likewise, requesting a small amount of money back from the organization while still under undue influence does not show understanding of the process of undue influence. What is does indicate is a type of survival mechanism. The three plaintiffs (Vogel, Simeral, and Gargosh), being subject to undue influence over a long period of time, not only did not have the state of mind to understand what they were signing, they did not realize or appreciate that they had a choice to question or to not sign any documents. Due to the practices of Dahn, none of these plaintiffs had access to the counsel of friends and family or legal advice prior to signing these agreements or receiving money back from Dahn. They were merely told that they had to sign the documents in order to receive the refunds.

33. The following is a list of the scholarly materials referenced in this declaration:

Asch, S.E. (1952). *Effects of group pressure upon the modification and distortion of judgments.* New York: Holt, Rinehart & Wilson.

Cialdini, R.B. (1984). *Influence: How and why people agree to things.* New York: Morrow.

Giambalvo, C. (1993). Post-cult problems: An exit counselor's perspective. In M.D. Langone (Ed.). *Recovery from Cults: Help for Victims of Psychological and Spiritual Abuse.* New York: W.W. Norton and Co.

Langone, M. D. (1993). (Ed.) *Recovery from cults: Help for victims of psychological and spiritual abuse.* New York: W. W. Norton.

Lifton, R.J. (1989). *Thought reform and the psychology of totalism.* Chapel Hill, NC: University of North Carolina Press.

Milgram, S. (1963). Behavioral Study of Obedience. Journal *of Abnormal and Social Psychology*, 67(4).

Nievod, A. (1993). Undue influence in contract and probate law. *Cultic Studies Journal*, *10*, 1-18.

Ofshe, J.R. (1992). Coercive persuasion and attitude change. In E. Borgotta and M. Borgotta (Eds.). *The encyclopedia of Sociology, Volume 1.* New York: MacMillian Press.

Zimbardo, P., & Leippe, M.R. (1991). *The psychology of attitude change and social influence.* New York: Mc-Graw Hill.

Zimbardo, P. (2007). *The Lucifer effect: Understanding how good people turn evil.* New York: Random House.

I declare under penalty of perjury that the foregoing is true and correct. Executed this /s/ 1st day of September, 2009 in Colorado.

_____
Cathleen A. Mann

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and, on the same date, mailed copies of the same to the following:

Honorable Susan R. Bolton
United States District Judge
United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 522
401 W. Washington Street, SPC 50
Phoenix, AZ 85003-2153

/s/Angela Parker