## INDEX OF EXHIBITS

Exhibit A

This is Google's cache of http://forums.eslcafe.com/korea/viewtopic.php?t=156278. It is a snapshot of the page as it appeared on May 25, 2009 04:43:36 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: **jade harrelson**                         Text-only version

**HOME**     **JOBS**     **STUFF FOR TEACHERS**     **STUFF FOR STUDENTS**     **STUFF FOR EVERYONE**     Site Search: [        ] [GO!]

TEFL International Supports Dave's ESL Cafe





**Korean Job Discussion Forums**
"The Internet's Meeting Place for ESL/EFL Teachers from Around the World!"

FAQ    Search    Memberlist    Usergroups    Register
Profile    Log in to check your private messages    Log in

# 2 lovely cats in need of fostering.

(newtopic)  (postreply)   Korean Job Discussion Forums Forum Index -> Buy/Sell/Trade Forum

View previous topic :: View next topic

| Author | Message |
|---|---|
|  **maeil**   Joined: 09 Jan 2006 Location: Haebangchon | Posted: Sun May 24, 2009 3:48 pm   Post subject: 2 lovely cats in need of fostering.   (quote) |

Hello all,

I first posted about this back in October when I left Korea, but now my husband is getting ready to leave as well and our two darlings need someone to take care of them as we adjust to life back in the USA.

The back story: We're planning on moving to Hawaii, which has strict regulations for importing pets. In the beginning we will likely be living with my husband's family, a household that cannot tolerate pets. We need someone to foster our two cats while we find a place on our own and while they finish up the regimen of shots necessary for life in Hawaii.

The cats: http://s706.photobucket.com/albums/ww68/niagrover/?action=view&current=fd828986.pbw

Pax and Saja, 2.5-year-old kittens of a rescued street cat. Pax is the black, brown and white boy and Saja is his white and orange sister. As you can see from the pictures, they love each other a great deal. They're both fixed and microchipped, and my husband has started the process of shots they need to move to Hawaii.
These are two of the sweetest, chillest cats you'll ever meet. They've never bitten or scratched intentionally, even when getting a bath, and they're awfully affectionate. Saja is a bit timid at first, but you should see her high jump. Pax is a big ball of love, though he can be a bit whiny if he feels you're not feeding him enough (which is always). They've gotten to know one other cat and become friends with him, so I feel that they could adjust to a house with another cat or small dog.

The deal:
We want to bring these cats to the USA as soon as both we and they are ready for the move. We're working with a vet in Itaewon to get them all the shots they need and to arrange for a courier service when it's time to move. All moving and immunization expenses would be covered by us. We are, ideally, looking for someone who is able (and excited!) to foster them for a period of hopefully no more than a year, while being responsible for bringing them to any remaining immunization appointments. This is a situation probably best suited for someone coming to Seoul and looking for the companionship of a pet without worrying about what to do with the pet once they leave.

We had a few great responses to the last post, some which didn't work out because the offer was rescinded and some which didn't work because my husband's plans changed. Now he's looking to leave Korea within the space



or a month or two, so it's time to find a place for our babies to go for now.

Since this isn't quite an adoption, there's plenty more discussion to be had, but I will end this post here for now.
If you're interested, have any questions, or anything, please contact me at **jade.harrelson@gmail.com.**

Thanks for looking.

Back to top

Display posts from previous: [All Posts ▼] [Oldest First ▼] [Go]

[newtopic] [postreply]   Korean Job Discussion Forums Forum Index -> Buy/Sell/Trade Forum      All times are GMT - 8 Hours

Page 1 of 1

Jump to: [Buy/Sell/Trade Forum ▼] [Go]

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

This page is maintained by the one and only Dave Sperling.
Contact Dave's ESL Cafe
Copyright © 2007 Dave Sperling. All Rights Reserved.

Powered by phpBB © 2001, 2002 phpBB Group

TEFL International Supports Dave's ESL Cafe

The Convenience of an Online Course

Thanks

### Topic: **Urgent question for the women on the board**

**maeil**

Replies: **8**
Views: **569**

📗 Forum: **General Discussion Forum**   Posted: Thu Apr 06, 2006 3:04 am   Subject: **Urgent question for the women on the board**

Hiya Ron,

I noticed the same thing happening to me when I came to Korea. I started breaking out all the time, and I was someone who hardly ever had a pimple. I think it was a result of the change in diet and that the air is a lot more polluted in Korea than where I am from.

I eventually broke down and ordered Proactiv, that acne treatment they show on infomercials. It's expensive, and it took a month for my skin to adjust to it, but now it works really really well. I pay about $54 American every three to four months for it to be shipped to me.

If you're looking for an easier solution, though, first I gotta say get yourself three things: a facial cleanser, an exfoliant, and some blackhead medication.

Cleanser: The Face Shop has some good ones. If you're not dealing with acne or anything like that, any one will do.

Exfoliant: Something that will scrub your skin. They have creams with things like apricot shells in them, or you can get a facial sponge. I don't think the Face Shop has these. I bought one at Mischa, but it wasn't that good. Olive Young would probably have one or the other.

Blackhead medication: If the blackheads are on your nose, get some of the charcoal nose strips from The Face Shop. They're on the wall near the register, usually. Wash your face, dry, and rewet your nose. Put on a strip and let it dry, then peel it off. It stings slightly. Clean and Clear brand, which you can find in most larger supermarkets, has a blackhead facial scrub that is decent. I also like the Clean and Clear medicated moisturizer. I can't read much of the Korean, but it probably has something like salicylic acid in it so that it treats your skin as well as moisturizes.

Haha, I wrote more than I planned to on the subject of skin care. Hope this helps you out.

### Topic: **What's your attitude on the street?**

**maeil**

Replies: **15**
Views: **860**

📗 Forum: **General Discussion Forum**   Posted: Fri Apr 14, 2006 1:05 am   Subject: **What's your attitude on the street?**

Ugh.

I felt entirely safe until last night.

I was walking home from my boyfriend's house around 1am, which I do most nights. I saw one man pissing on the sidewalk... okay, whatever. That happens in Korea. Almost immediately afterwards two men saw me, and walked towards me pulling out their junk. One of them grabbed my arm and started pulling me towards him - holding me with one hand and himself with the other. It was on an area of the sidewalk with a wall on one side and a barrier on the otherside, so it was difficult for me to get by them. I had to fight - kicked him twice in the shins, once in the --, and whacked him over the head with my bag before he let me go. Then I bolted.

I'm 23, female, white, blonde, tall, all that. I saw a middle-school girl running home as well. I'm so pissed off and upset and not really knowing what to do... whether it's worth telling the people I work with or not.

This is in Migeum, a neighborhood in Bundang. I'm not in downtown Seoul, I'm in an area with a bunch of upper-class families. I've seen guys whacking off in cars or elevators or alleys a bunch of times here, but this was the first time this happened to me.

I felt entirely safe, stupidly safe, until this happened. As someone who's been a victim before, I feel stupid for ever feeling that I was safe. I generally think that Korea is safer than most countries, but the number of incidences of seeing things I don't want to see here is much higher than what I ever experienced back home.

I'm done. I wanted to get this off my chest to someone - I guess it ended up being to anonymous faces.

### Topic: **Another female question - asap**

**maeil**

Replies: **19**
Views: **1936**

📗 Forum: **General Discussion Forum**   Posted: Thu May 18, 2006 3:21 am   Subject: **Another female question - asap**

'Tis the season... acne and thrush... damn humidity.

---

Page 1 of 45

Goto page 1, **2**, **3** ... **43**, **44**, **45**   **Next**
All times are GMT - 8 Hours

Jump to:  Select a forum       ▾  Go

HOME     JOBS     STUFF FOR TEACHERS     STUFF FOR STUDENTS     STUFF FOR EVERYONE     Site Search:  [          ] GO!



TEFL International Supports Dave's ESL Cafe



## Korean Job Discussion Forums

"The Internet's Meeting Place for ESL/EFL Teachers from Around the World!"

? FAQ    Search    Memberlist    Usergroups
Profile    You have no new messages    Log out

# Search found 667 matches

**Korean Job Discussion Forums Forum Index**

| Author | Message |
|---|---|
| **Topic: Ice cream sundaes?** | |
| **maeil**<br><br>Replies: **8**<br>Views: **267** | Forum: **General Discussion Forum**   Posted: Mon Jun 05, 2006 12:50 am   Subject: **Ice cream sundaes?**<br><br>I have such a hankering for an old-fasioned ice cream sundae. Brigham's ice cream back home (Boston) comes to mind. Real hot fudge, marshmallow sauce, nuts, chocolate sprinkles, whipped cream and of course a marachino cherry on top. Chocolate M&M ice cream would just make my day.<br><br>Any suggestions on where to go? I live in Bundang (Migeum) and nothing really comes close. |
| **Topic: Ice cream sundaes?** | |
| **maeil**<br><br>Replies: **8**<br>Views: **267** | Forum: **General Discussion Forum**   Posted: Mon Jun 05, 2006 1:57 am   Subject: **Ice cream sundaes?**<br><br>*shudder* |
| **Topic: Korean corn...** | |
| **maeil**<br><br>Replies: **13**<br>Views: **352** | Forum: **General Discussion Forum**   Posted: Wed Jun 07, 2006 2:39 am   Subject: **Korean corn...**<br><br>I can't really answer your question, but I can pose another: Where was it you found this "yellow corn" that was so delicious? Was it on the cob or in a can?<br><br>I could sure go for some good old corn on the cob. |
| **Topic: Korean corn...** | |
| **maeil**<br><br>Replies: **13**<br>Views: **352** | Forum: **General Discussion Forum**   Posted: Wed Jun 07, 2006 7:18 am   Subject: **Korean corn...**<br><br>Shout out to Jade - I'm Jade too. In Bundang. 😄<br><br>I've always been the only Jade I know/hear of. Funny to find another one now that I'm halfway around the world. |
| **Topic: new to Bundang** | |
| **maeil**<br><br>Replies: **6**<br>Views: **456** | Forum: **General Discussion Forum**   Posted: Sun Jun 11, 2006 1:25 am   Subject: **new to Bundang**<br><br>Hi there,<br><br>I'm also living in the Bundang area. I've lived in Migeum for the past year and a half. What neighborhood will you be moving to?<br><br>Due to a busy schedule I don't really think I could arrange a time to get together and say hello, but if you have any questions about the area or about Korea in general, feel free to PM me. I'll say this: bring plenty of your favorite brand of deodorant, your favorite brand of tampons, and bras and underwear to last you the duration of your stay. You can find all those things here definitely, but the prices are jacked up and you might have to search around a bit.<br><br>That said, welcome... Korea is a good place, which you may not believe at first due to all the negativity on this board. I hope you have fun.<br><br>-Jade |
| **Topic: new to Bundang** | |

**maeil**

Replies: **6**
Views: **456**

🔲 Forum: **General Discussion Forum**   Posted: Mon Jun 12, 2006 1:12 am   Subject: **new to Bundang**

Well, sure you can, but Korean women wear granny panties 😄 I know - I live with five of 'em.

🔲 Topic: **X-MEN 3!!! WHEN CAN I SEE IT HERE!?!?!??!?!?!??????????????**

**maeil**

Replies: **30**
Views: **1125**

🔲 Forum: **General Discussion Forum**   Posted: Thu Jun 15, 2006 5:59 pm   Subject: **X-MEN 3!!! WHEN CAN I SEE IT HERE!?!?!??!?!?!??????????????**

We bought the DVD in Youngsan two weeks ago.

🔲 Topic: **ATM Scare: I THOUGHT it Ate 940,000 won!!**

**maeil**

Replies: **11**
Views: **426**

🔲 Forum: **General Discussion Forum**   Posted: Sat Jun 17, 2006 8:18 pm   Subject: **ATM Scare: I THOUGHT it Ate 940,000 won!!**

I have an ATM experience that made my day one time... well, made part of it, anyway.

Early in the morning, trying to catch a bus back to Seoul, I hit up an ATM in a 7-11 and did what I needed to do to withdraw 30,000 won. As it's counting the money I think, "Gee, it's taking a long time," and instead of 30,000 won, I receive 300,000 won. Now, I went back and checked. I had not pressed the wrong button. The strange part was this: at that point I only should have had about 100,000 won in my bank account. After giving me 300,000, the screen told me that I had 100,000 left available for withdrawal. What?

A few hours later and I'm halfway to Seoul. At a rest stop I go to another ATM to figure out what is going on. I do the "check balance" option. The ATM tells me that I have no less than 4,504,259,760,556 won available for withdrawal. Yes, 4 trillion won. My sleepy friend said to me, "Wait, so that's what... 400,000 dollars (USD)?" "Um, no. That would be about 4 billion dollars, dear." I took a picture of the screen with my cell phone and laughed about the possibility of this. Ten minutes later I check a different ATM, and it tells me the same thing. Well snap.

A few hours after that I return to Bundang. I run to my bank's ATM, check the balance. Seems I had been paid that day - my balance was my monthly wage, minus 200,000 won. That explains how withdrawing 300,000 won in the early part of the day was possible (though I SWEAR I didn't press the wrong button), but it sure doesn't explain the sudden windfall in the middle.

Anyway, from time to time when I am feeling poor, I look at the picture on my cell phone and remind myself of that crazy, elated yet 100% not-convinced feeling that I had. It was fun while it lasted.

🔲 Topic: **Do You Leave Your Windows Open at Night?**

**maeil**

Replies: **25**
Views: **843**

🔲 Forum: **General Discussion Forum**   Posted: Tue Jun 20, 2006 5:37 am   Subject: **Do You Leave Your Windows Open at Night?**

I leave my window open, but then halfway through the night my Korean roommate shuts it and I go sleep in the living room.

🔲 Topic: **girls..... summer skin care??**

**maeil**

Replies: **24**
Views: **794**

🔲 Forum: **General Discussion Forum**   Posted: Tue Jun 20, 2006 7:09 pm   Subject: **girls..... summer skin care??**

Proactiv (delivery) + Clean n Clear medicated moisturizer (Emart) + Bare Minerals makeup (haven't run out yet). Bam. My skin is better than ever before.

In the winter I also use a heavier moisturizer from the Face Shop. On very hot and humid days in the summer I use Origins Zero oil on my forehead and nose. Those little blue oil sheets work wonders, too.

Once a week or so I use a red mud face mask from the Face Shop, and sometimes when I'm feeling that my skin is tired I use a Bordeaux grape face mask from Skin Food. Those are mostly for fun, though.

Edited once for additional info.

🔲 Topic: **girls..... summer skin care??**

**maeil**

Replies: **24**
Views: **794**

🔲 Forum: **General Discussion Forum**   Posted: Wed Jun 21, 2006 7:24 pm   Subject: **girls..... summer skin care??**

I like the Bare minerals a lot. I bought it before I came to Korea, and when I run out I'm definitely going to try to find more, or have it shipped. It feels really light, and if I sleep in it by accident I don't break out the next day like I would with other makeups. Actually the application process isn't that long once you get used to it.... but the makeup doesn't really last a full day.

Proactiv is an acne clearing system comprising a scrub, a toner, and a treatment cream. It's mostly benzoyl peroxide. I have it shipped to me. One shipment is supposed to last one month and it costs about $54 usd (products plus shipping), but I only use it once a day and I've found that one shipment lasts me 3-4 months. It's one of those things that once you sign up, you're enrolled in their "club" and they send you the shipments automatically. I have it set to deliver to me every 14 weeks.

My skin started breaking out horribly after I moved to Korea. I think it was a combination of the pollution in the air and the new type of food. Now I go months without getting a single pimple. It's great. It took about 2 months for my skin to adjust to the Proactiv, though, and in that period of time I actually broke out more than usual. They say that that's normal, though.

Oh, I forgot to mention that I use Clearasil in the morning. I get that shipped to me when I run out, or I ask friends to pick it up in the states when they visit home. It's available here, but expensive. I think the combination of the antibacterial cleanser (Clearasil) and the benzoyl peroxide in the Proactiv is what did the trick.

L0005

**Topic: girls..... summer skin care??**

**maeil**

Replies: **24**
Views: **794**

Forum: **General Discussion Forum**   Posted: Thu Jun 22, 2006 7:56 pm   Subject: **girls..... summer skin care??**

anabel,

Yes, I've heard the same about benzoyl peroxide. As I said, when I started the treatment my skin broke out, was itchy (in some small areas), etc. But I waited it out and now my skin has adapted to the treatment. I actually find it's less sensitive than it used to be, and I can use creams that I wouldn't have touched before.

I have no idea, of course, whether this will be true for everyone. All I know is that I have the skin of a 12 year old again.... just slightly oilier. 😊

I'm interested in that photocompact... I'll have to go try it out. Thanks for starting this thread, to whoever did!

**Topic: Safety in Korea**

**maeil**

Replies: **36**
Views: **1172**

Forum: **General Discussion Forum**   Posted: Sat Jun 24, 2006 10:58 pm   Subject: **Safety in Korea**

I would say Korea is generally safer than where I'm from (Boston).. I'm more comfortable walking around at night, not worried about shootings of any kind, and I always feel safe on the public transportation system here.

HOWEVER, don't be unaware. I do, rather frequently actually, have problems with men here. (I'm 23, tall, blonde, thin etc.) I've been groped, followed, and once actually two men grabbed me and tried to pull me into some bushes. They don't expect you to fight back though. I've seen so many more penises and so much more public ma$turbation here than I ever would want to... and I live in the suburbs. I understand that these people aren't representative of the whole population... but this never ever happened to me back home.

So, yeah. Don't be frightened of living here, but don't be totally clueless, either.

**Topic: Have you seen any benzoyl peroxide creams?**

**maeil**

Replies: **12**
Views: **314**

Forum: **General Discussion Forum**   Posted: Mon Jun 26, 2006 1:54 am   Subject: **Have you seen any benzoyl peroxide creams?**

I don't know if this is helpful, but a little import store in Jeongja (Bundang) carries Clearasil. It's marked up a lot though, something like 10,000 won, I think. The store's name is I love Cookie.

I may actually have a spare tube at my apartment.. I go through it pretty slowly, and a friend of mine will be coming back from the states soon and can hook me up. If you want, PM me and I'll see if I can send it out to you.

**Topic: Lotte Department Store**

**maeil**

Replies: **5**
Views: **401**

Forum: **General Discussion Forum**   Posted: Wed Jun 28, 2006 3:54 am   Subject: **Lotte Department Store**

Hi,

I recently received some gift certificates to Lotte department store. Well, for all I know they could be for Lotte Hotel and Lotte Mart too - the gift certificates say "Lotte dollars" on them.

There isn't a Lotte department store near me, so could anyone tell me what its a good place for? Any things that would be interesting to an American woman who's been here a year and a half? Clothes that would fit me? Any imported food? etc.

I want to plan out how I'll be able to use these things before I make a trip.

Thanks,
Jade

**Page 2 of 45**

Goto page **Previous**  **1**, 2, **3**, ... **43**, **44**, **45**  **Next**
All times are GMT - 8 Hours

Jump to:  Select a forum   •   Go

This page is maintained by the one and only Dave Sperling.
Contact Dave's ESL Cafe
Copyright © 2009 Dave Sperling. All Rights Reserved.

Powered by phpBB © 2001, 2002 phpBB G oup

TEFL International Supports Dave's ESL Cafe

don't put your hands on me."

Thank you...

**Topic: How, and how long?**

**maeil**

Replies: **4**
Views: 240

Forum: **General Discussion Forum**   Posted: **Tue Jul 11, 2006 4:41 am**   Subject: **How, and how long?**

> **I_Am_Wrong wrote:**
>
> just a question for the op: is that kyunghee in Suwon or in Seoul? What kind of class is  t?

I'm taking class at the Suwon campus, though they're offered at Seoul as well.

It's a 10-week language program. I took one starting in April, and I'm in my second one, which began at the end of June. When I began they did not have a beginner's class, so I started in 초급2 (Beginner's 2). Now I'm in 중급1, intermediate 1. However, due to my time schedule it's too much of a committment for me. The class is 4 hours long, and with travel time (from Bundang) it ends up being almost 6 hours a day. Class is from 9am until 1pm. My problem is not the class time, but then allowing time in an already busy schedule for homework as well. Not doing my homework makes the class almost impossibly difficult.

I've spoken to my teacher about this, and asked if I could join a 초급2 class for review, since the end was kind of rushed. Unfortunately, there isn't one available now. They offered to let me take 초급1 this semester (which will be way too easy, but I never took it in the first place), and then let me take 초급2 next 'semester' (10 week period) without paying. I'm deciding what to do tonight.

The 10 week class is a little expensive - it's about $1000 USD. (100만원) It's more at the Seoul campus - 130 만원. The place where I work is helping me pay the cost because of the work that I do.

Anyway, I like it, despite the difficulty now. The people are very kind, and they will set you up with a tutor for free... but I just don't have the time. I'd definitely recommend the program. If you want more info you can PM me.

**Topic: Bathing suits?**

**maeil**

Replies: **9**
Views: 616

Forum: **General Discussion Forum**   Posted: Fri Jul 14, 2006 1:15 am   Subject: **Bathing suits?**

I tried the search.... but you guys know how that goes.

Hey women : where's a good place to find a decent bathing suit that will fit? I'm thinking two piece, somewhere between sporty and sexy with enough coverage behind. Absolutley no butt frills allowed.

I'm about a US size 8, and I eye the ones in the dept store near me with trepidation. Where have you had success? (I'm in Bundang, but would go into Seoul.)

Thanks!

**Topic: Snack foods not available in Korea**

**maeil**

Replies: **37**
Views: 1137

Forum: **General Discussion Forum**   Posted: Fri Jul 21, 2006 1:14 am   Subject: **Snack foods not available in Korea**

There's a tiny, cramped little store in Jeongja (Bundang) where you can buy root beer (ginger ale too), marshmallows, kraft mac and cheese, real bagels (though frozen), lots of imported cosmetics (like Herbal Essences, Clearasil, Old Spice, laundry stuff), etc. It seems to specialize in imports from the US and Japan.

Expensive, but hey, it's worth it. The applesauce alone is why I go.

The name is I Love Cookie. It's tucked away into a corner, so I can't give exact directions..

Also: http://www.ilovecookie.co.kr[/url]

**Topic: Special Teas (Where to find Yerba Mate or Rooibos)**

**maeil**

Replies: **10**
Views: 164

Forum: **General Discussion Forum**   Posted: Fri Jul 21, 2006 6:04 am   Subject: **Special Teas (Where to find Yerba Mate or Rooibos)**

My local grocery store has yerba mate in the organic section. Rooibos is in the tea section.

I know you can get rooibos at Linkos in COEX mall.

Just check out any large supermarket, like those in 2001 outlet, kim's club, emart etc. You shouldn't have much problem.

**Topic: Eating in Korea - why don't I feel satisfied?**

**maeil**

Replies: **21**
Views: 796

Forum: **General Discussion Forum**   Posted: Sat Jul 22, 2006 7:06 am   Subject: **Eating in Korea - why don't I feel satisfied?**

> **rocklee wrote:**
>
> I have been cooking my own stuff, just missing a lot of the spices that I would normally use to make curry chicken and tom yam stuff. I make pasta too but I'd love to know where to get stuff to make alfredo/creamy pasta. I miss stuff like lasagna, meat pies, souvalaki etc. I think I also miss SE Asian food a lot.

Rocklee,

You can make a fairly decent creamy pasta using the Ottogi powdered soups. I use the powdered cream of mushroom soup. It's 800 won at a local convenience store.

Make the soup according to the directions. Pretty much put it in water and stir consistently until it thickens up.

Make your pasta.

In a big frying pan, I put the soup, some diced chicken, broccoli, onions, herbs, salt and pepper. When the chicken is cooked through, add the cooked pasta. Cook it all up for a minute, then serve.

Easy and delicious. Can also be accomplished with Campbell's cream of mushroom or cream of broccoli condensed soups, which I'm finding at more and more places these days.

Enjoy!

**Topic: Debit cards in Korea**

**maeil**

Replies: **1**
Views: **120**

Forum: **General Discussion Forum**   Posted: Sat Jul 22, 2006 7:09 am   Subject: **Debit cards in Korea**

If your card has the Visa or Mastercard logo on it, you should have no problem using it. Be aware of surcharges though. Bank of America charges me for each purchase I use - usually between 15 and 75 cents. It also costs 5 dollars to withdraw money from my US checking account.

The only US bank I've seen in Korea is CitiBank. From what I hear, though, they aren't linked. So, you can't use your US Citibank atm card in Korea. I could be wrong though.

**Topic: Eating in Korea - why don't I feel satisfied?**

**maeil**

Replies: **21**
Views: **796**

Forum: **General Discussion Forum**   Posted: Sat Jul 22, 2006 8:34 pm   Subject: **Eating in Korea - why don't I feel satisfied?**

rocklee wrote:

Is this one of those soup in a packet that cost about 900 won?

Yes. 😎

Just buy yourself a nice wok, a steamer, and a good frying pan. You need the tools to create good food. With the steamer you can create healthy things like steamed veggies, shrimp, chicken etc, which you can then put into a stir fry in your wok.

An excellent, pretty standard sauce for stir frys is sesame oil, soy sauce, ginger, lemon juice, and just a touch of honey. The honey cuts down on the saltiness of the soy sauce, while leaving the flavor behind. Also, lots of sesame seeds. 😋 I like to use this as a marinade for chicken or tofu before I throw them in the pan.

I really found my satisfaction with food goes up and down depending on how much I cook for myself. I'm not even all that skilled, but I know what I like. As long as you know that, just experiment. Even if it doesn't turn out the way you planned, it will be fun and probably more satisfying then another night of ramen. ^^

**Topic: Snack foods not available in Korea**

**maeil**

Replies: **37**
Views: **1137**

Forum: **General Discussion Forum**   Posted: Sun Jul 23, 2006 2:41 am   Subject: **Snack foods not available in Korea**

I went to I Love Cookie in Jeongja today.

Bought Fig Newtons, passed by the Nilla wafers and the Rice Crispie treats.

The cereals looked good: Count Chocula, Corn pops, Cinnamon Toast Crunch, Fruit loops, Basic 4, Crispix, Honey Nut Cheerios, and of course Rice Crispies and Frosted Flakes. Sorely missing was Lucky Charms. Other breakfast items included Aunt Jemima pancake mix, Aunt Jemima frozen french toast sticks, frozen bagels, frozen Orville Redenbacher's (spelling?) muffins, good old pop tarts, several varieties of cream cheese (and I can't Believe It's Not Butter!) plus Nature's Valley fruit and nut bars.

Two cans of A&W root beer - yum! Lots of different sodas there, sold by the can or by the 12-pack. Seems they recently got Guinness and Sapporo in cans as well.

Found huge jars of dill pickles, also the ones that are sliced to go on sandwiches. They have cornichons, too. Salt & Vinegar potato chips, as well as Rold Gold pretzels and "kettle-cooked" chips.

The almond M&M's were really tempting, but I went with the Colby cheese instead. It was hard passing by the Reese's peanut butter cups, Keebler soft-baked chocolate chip cookies, the Pecan Sandies, heck, even the pre-made cheese and crackers. I got some Whole Wheat Ritz crackers for my Colby.

**maeil**

Replies: **0**
Views: **124**

⬜ Forum: **General Discussion Forum**  Posted: Thu Aug 31, 2006 7:50 pm  Subject: **Dial 119 for Emergencies**

I am sure many of you received this in a recent email from the US Embassy, but I thought I would post it for everyone to see:

------------------------

HELP ME 119 is the Korean National Emergency Management Agency's new emergency service for non-Korean speaking residents and visitors.

1-1-9 is the emergency access number for fire reports, rescue requests or emergency medical services in Korea. Non-Korean speaking residents and visitors can make emergency calls to 1-1-9 in 16 different languages. Dispatchers can get an interpreter on the line in seconds to get vital information or offer instructions to the callers. The service will be available in the following languages: English, Japanese, Chinese, French, Spanish, Italian, Russian, German, Portuguese, Arabic, Polish, Turkish, Swedish, Thai, Vietnamese, and Indonesian. A free translation service is also offered for individuals who are lost and need directions to their destinations.

Individuals with serious medical conditions may want to consider advance registration with NEMA. In case of a medical emergency, free emergency medical service by EMS paramedics with free transportation to a hospital can be provided.. This service will be available in the Seoul area and will cover the whole country beginning next year. The application form can be downloaded at http://www.nema.go.kr/eng/index.jsp or http://fire.seoul.go.kr. For more information, contact NEMA's U-119 Team at (02)2100-5378 or visit the website http://www.nema.go.kr/eng/index.jsp.

⬆ Topic: **Q: Rice cooker**

**maeil**

Replies: **27**
Views: **699**

⬜ Forum: **General Discussion Forum**  Posted: Fri Sep 01, 2006 9:02 pm  Subject: **Q: Rice cooker**

I didn't hear about the knuckle method, but when I was in the states my friends taught me the hand method:

Wash your rice (of course), then put your hand flat on the surface of the rice. Fill it with water up until the crease in your wrist - your whole hand should be covered.

I find this works better for brown rice, since it takes a little more water to cook brown rice thoroughly.

⬆ Topic: **Coldstone Creamery**

**maeil**

Replies: **3**
Views: **189**

⬜ Forum: **General Discussion Forum**  Posted: Mon Sep 04, 2006 1:17 pm  Subject: **Coldstone Creamery**

Coldstone Creamery, in the states at least, kind of methodically moves into places where smaller, local ice cream shops have been successful. They usually shut down after it moves in.

⬆ Topic: **in Bundang**

**maeil**

Replies: **63**
Views: **2776**

⬜ Forum: **General Discussion Forum**  Posted: Thu Sep 07, 2006 10:04 am  Subject: **in Bundang**

The number of foreigners in Bundang has skyrocketed recently, it seems.

Here's some info about **Migeum**:

If you are still looking for a grocery store, find 2001 outlet, where the other poster mentioned he is living near. The first floor of it is the Farmerslet grocery store.

Can you find Outback Steakhouse or TGI Friday's? 2001 is hidden behind them.

If you need money from a foreign bank account and you have your debit card, go into Family Mart or any other mart with a small ATM. Hit the "foreign card" button and you'll be set. If those don't work (sometimes they don't), find Mischa cosmetics. Walk slighly past it (keeping it on your left) and go into the double glass doors just past the pharmacy. On the 2nd floor there you can use one of the ATMs to your left. There are four on the wall - use the one all the way on the left. Put your card in and hit "English Service". Most ATMs are closed after a certain time of night, though.

Yes, you can walk about 10 minutes to either Jeongja or Ori. Ori has a Carrefour (a kind of bigger supermarket etc), and a movie theatre. Jeongja has a few imported food stores and a lot of small wine-and-cake places. If you're standing at the main intersection in Migeum, you should be able to see the signs pointing you in the right direction.

The couple that manages Joe's cafe is awfully friendly - the baseball-cap-wearing husband is usually there in the morning. I also recommend a trip to Tous Les Jours, right next to the Subway Sandwich shop. The 30-something manager there speaks excellent English and is very friendly too.

Good luck, take care.

---

Page 4 of 45

Jump to:  Select a forum  ⌄  Go

This page is maintained by the one and only Dave Sperling.
Contact Dave's ESL Cafe
Copyright © 2009 Dave Sperling. All Rights Reserved.

Powered by phpBB © 2001, 2002 phpBB Gﾟoup

L0009

**Replies: 1**
**Views: 95**

Hi Lauren,

Welcome to Korea. Bundang is a fairly large place. You say you live by subway exit 6, but not by which subway stop in Bundang (there are 19). Find out what neighborhood you'll be living in, and we can help you a little more.

In the meantime, there have been many many posts on the board about Bundang lately - I suggest you check them out.

Take care now 😄

**Topic: Chusok weekend - Are stores closed??????????????**

**maeil**        📄 Forum: **General Discussion Forum**   Posted: Sun Sep 17, 2006 10:01 pm   Subject: **Chusok weekend - Are stores closed??????????????**

**Replies: 12**      You can count on things being closed on actual Chuseok day, the 6th. As for the 5th and the 7th.. I'd be surprised if they were, but
**Views: 545**       you might want to call and check.

**Topic: ilovecookie in Bundang?**

**maeil**        📄 Forum: **General Discussion Forum**   Posted: Fri Sep 22, 2006 7:11 am   Subject: **ilovecookie in Bundang?**

I love this store.

**Replies: 18**
**Views: 635**

It is in Jeongja, on that street that is lined with cake and coffee places and such. I would say it's about halfway between Subway and Huckleberry farms, on the same side of the street.

If Huckleberry farms is at your back (Migeum is at your back), cross the street. There's an archway on your right, directly across from Shinhan bank - go down there and it's on your left. Out front they have chips and soda.

They have imported goods from the US and Japan. I couldn't really tell you what they have from Japan. From the US they have cheeses, real bagels (though frozen), root beer, club soda, dr. pepper, all sorts of Dunkin Heinz cake and brownie mixes, avacados, lots of great cereals, spices, a good selection of alcohol, lots of different sauces and salad dressings, dill pickles, applesauce, mac and cheese, and much more. It also has a lot of western bathroom products like shampoos, face washes etc (I've even seen Burt's Bees there.) They also have deodorants, multivitamins, supplements, feminine products, western medicines (benadryl, dayquil, nyquil), and cooking gear.

It's a tiny, tiny store, but it has a lot cramped on its sliding shelves. I usually walk out with one heavy, stuffed shopping bag, having spent about 40-50k.

Enjoy!

**Topic: ilovecookie in Bundang?**

**maeil**        📄 Forum: **General Discussion Forum**   Posted: Fri Sep 22, 2006 11:56 pm   Subject: **ilovecookie in Bundang?**

**Replies: 18**      Aw shucks, I think I'm gonna have to make an I Love Cookie trip today. Pick me up some Mug Root Beer and some Whole Wheat Ritz
**Views: 635**       crackers. Mmm...

**Topic: ilovecookie in Bundang?**

**maeil**        📄 Forum: **General Discussion Forum**   Posted: Sat Sep 23, 2006 4:46 am   Subject: **ilovecookie in Bundang?**

**Replies: 18**      Sounds about right, Smee.
**Views: 635**

I went there tonight. The selection of cheeses has gotten a lot better, but pricier. They finally got in Lucky Charms 😄 Picked up a 3-pound tub of instant oatmeal, some Colby cheese, and Tootsie rolls. As always I was impressed by the spice selection, and the soda selection seems to have grown too. I don't remember seeing Fresca before. Also, I saw two things people on this board have looked for: vanilla extract and Clearasil - they have the whole line of Clearasil products, from face wash to spot treatment to acne pads. They're each about 10k.

Still no graham crackers, though... and that's a shame.

I'll take pics next time I go out there... though that is probably not for a few weeks. Those three items alone put me back 20k.. ouch.

**Topic: Sign of the apocalypse?**

**maeil**        📄 Forum: **General Discussion Forum**   Posted: Sun Sep 24, 2006 5:59 pm   Subject: **Sign of the apocalypse?**

**Replies: 6**      Can't see the pic.. but a young man in an ajumma visor cussed me out the other day in Bundang. 😄 We were crossing the street, me
**Views: 325**      blinded by the sun in my eyes, he blinded by 5 inches of darkened plastic, and he suddenly veered and walked straight into me. I gave
my "죄송합니다" and kept walking ... a few seconds passed while he gathered his English together and called me a... well, it'll get
blocked anyway. ^^

**Topic: Feeling slighted (self-pity)**

**maeil**        📄 Forum: **General Discussion Forum**   Posted: Tue Sep 26, 2006 9:18 pm   Subject: **Feeling slighted (self-pity)**

**Replies: 16**      Happy birthday... 3 years belated.
**Views: 713**

**Topic: What to bring or not to bring to Korea?**

**maeil**

Replies: **47**
Views: **1560**

Forum: **General Discussion Forum**   Posted: Sat Oct 28, 2006 3:39 am   Subject: **\*\*packing advice from the ladies\*\***

Ms. Bloom,

Out of curiosity, is it the Urban Outfitters in Harvard Square that you shop in? I worked there for two years. 😊

Anyway, you can't really say clothes are cheap or they are not here. In the department stores, they are incredibly expensive. But in many neighborhoods there are tons of little boutiques where you can get shirts for around 3,000 ($3USD, more or less), cheap shoe shops, etc. If you're not looking for name brands, you can fill a closet VERY cheaply.

My opinion is that MissSeoul's advice is partly correct. If you are particular about your makeup, bring your own until you can locate a good replacement. It's not because of sensitivity issues, but because western women and Asian women typically have different skin tones. I've heard the aforementioned problem with the nail polish here, but I can't speak from experience.

In any department store you'll find the expensive makeup brands that you are used to back home, marked up. As with clothes, there are cheaper alternatives available at places like The Face Shop, Misscha, Beautiplex, etc. In some malls you can find The Body Shop and Origins.

You are living in Kangnam? That's kind of a shopper's central, as well as right next to a large bookstore (Kyobo) with a fairly good selection of English books.

As was mentioned, you won't find Banana Republic, Gap, etc. But there are stores in Korea that have similar styles: Mango, WHO.A.U, Basic House, etc.

I think the gist of my advice is this: bring enough "supplies" to get you through a month, while you get comfortable. Bring a comfortable wardrobe, but you won't have trouble finding good clothes here. Oh, I don't know why you would if you are 5 feet tall, but if you wear over size 8 shoes, bring plenty or you'll have to order them. Bring deodorant, certainly, and I always like to stock up on tampons. There is one brand in Korea, and it is sub-par. They import Playtex but again, expensive.

If you like to cook, I'll second the notion about bringing herbs and spices. Vanilla extract in particular seems difficult to find.

Anyway, the longer I live here, the more I see that most of what I am used to back home is available. You just have to look for it. Oh, except the shoes. 😊

Topic: **Korean kids' diets**

**maeil**

Replies: **15**
Views: **823**

Forum: **General Discussion Forum**   Posted: Mon Oct 30, 2006 11:51 pm   Subject: **Korean kids' diets**

Smee, I don't know if I'd agree that obesity is a disease of luxury, as you say. Actually, obesity in the USA is more often than not linked to poverty, as healthy food is often much more expensive than unhealthy food. Feeding a family of five is easier with the dollar menu at McDonald's than with fresh vegetables and meats from the grocery store.

I will agree with you in that the opposite seems to be true in Korea, however.

Another element to throw in there is the stress. These children are under constant pressure to perform, and I'm sure that leads to greater cravings and emotional eating. Late night studying means they're awake longer, and I don't know about you, but I get very hungry if I'm up late studying.

It's not probably possible to pinpoint one root cause, but the gradual fattening of a nation a sad thing to watch - not just in Korea.

Topic: **\*\*packing advice from the ladies\*\***

**maeil**

Replies: **47**
Views: **1560**

Forum: **General Discussion Forum**   Posted: Wed Nov 01, 2006 3:05 am   Subject: **\*\*packing advice from the ladies\*\***

Lazy question, but where can I pick up some of those vaccuum bags, or an appropriate substitute, in the Seoul area?

Topic: **The Kind Adjoshi Thread**

**maeil**

Replies: **17**
Views: **641**

Forum: **General Discussion Forum**   Posted: Sun Nov 12, 2006 7:23 am   Subject: **The Kind Adjoshi Thread**

The first building I lived in in Korea was one of those 21-storey apartment buildings with 2 apartments per floor. I lived on the 7th, and on the 21st there lived a very old haraboji (okay okay, not an ajosshi) who, at one point or another in his youth, had lived in New York for several years. When we saw each other in the elevator he always greeted me with a bright, "Hello!" and asked how I'd been, and asked about my previous roommate, a woman from New York who had returned there. He always remembered both my name and hers.

Well, one day I happened to run into him in a fruit and vegetable market down the road, the first time I'd ever seen him outside of the apartment building. Again, we greeted and exchanged our pleasantries, and he made his purchase and left while I continued to browse. I brought my selections to the counter and the smiling ajumma there told me that he had left 10,000 won for me, so would I please get 2000 won more worth of fruit.

Fairly soon after that I actually moved from that building, so I never got the chance to thank him.

Topic: **It's the Free Pretty Kitty Giveaway -- Enter to Win!!**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Mon Nov 13, 2006 2:56 am   Subject: **It's the Free Pretty Kitty Giveaway -- Enter to Win!!**

**HOME**     **JOBS**     **STUFF FOR TEACHERS**     **STUFF FOR STUDENTS**     **STUFF FOR EVERYONE**     Site Search: [____] GO!

TEFL International Supports Dave's ESL Cafe





## Korean Job Discussion Forums

"The Internet's Meeting Place for ESL/EFL Teachers from Around the World!"

? FAQ    ? Search    ? Memberlist    ? Usergroups
? Profile    ? You have no new messages    ? Log out

# Search found 667 matches

**Korean Job Discussion Forums Forum Index**

| Author | Message |
|---|---|

**Topic: Birth control pills...I know, I know**

**maeil**

Replies: **62**
Views: **5204**

Forum: **General Discussion Forum**   Posted: Fri Feb 02, 2007 5:23 am   Subject: **Birth control pills...I know, I know**

Miss Bloom,

If you're worried about the hormones (though the pills have been in use since the 1960's, you'd think we'd hear of something like that by now...), why not try the low-dose variety? I got on it in the states because the regular dose triggered migraines in me. In Korea, I use the Mercilon brand. It's pronounced (in Korean, at least) Mer-shih-lon. Lower dose of hormones, same effectiveness, fewer side effects.

That may mean, however, that it has less of an effect on clearing the complexion than the others.

**Topic: Physical assault of foreigners by Koreans**

**maeil**

Replies: **115**
Views: **7538**

Forum: **General Discussion Forum**   Posted: Sun Feb 04, 2007 11:10 pm   Subject: **Physical assault of foreigners by Koreans**

I can't say I took the time to read all the previous posts, but here's my bit:

2+ years in Korea, "assaulted" twice. I am (or was, explanation to follow..) a tall, blonde female from the USA.

First time was when I was walking home at night from my friend's house, a route I took pretty much every night. It was fairly late, but this was in Bundang, come on. Two ajoshi businessmen on a corner of the street playing with themselves, junk out for everyone to see (though at that time of night, there weren't many people). I didn't see what they were doing until I was almost upon them. They caught sight of me and grabbed me, started trying to pull me off of the sidewalk into a kind of dark bushy area. They didn't expect me to fight back though - kicked them a few times, whacked one of them over the head with my bag of apples, and they released me and I ran.

Second time was about six months later, I was in the elevator of my officetel building. In the basement of my building there are a bunch of casinos, so there are often drunk ajosshis hanging around late. I got on the elevator on the first floor and there were two of them on there. I had to go up to the 6th floor. One of them started gesturing towards me and laughing "Russia" to his buddy.. then he came over and ran his hand down my shoulder. When I brushed him off he got pissed and slammed me into the wall of the elevator a few times before his friend pulled him off of me. Again I got off and ran, but I got a big green bruise on my cheek and even small scar to remind me of the fun times I've had here.

So because both incidents ended with my running, there was no result from any sort of law enforcement. The only result has been my dyeing my hair dark brown. Nothing's happened since then, I don't get called Russian any more, and I feel a little more anonymous.

Hair is going back to blonde as soon as my time here is done, though...

**Topic: Physical assault of foreigners by Koreans**

**maeil**

Replies: **115**
Views: **7538**

Forum: **General Discussion Forum**   Posted: Mon Feb 05, 2007 12:38 am   Subject: **Physical assault of foreigners by Koreans**

Blynch,

Honestly, I used to be as surprised at the whole thing as you are now. I was in Korea about a year before I joined Dave's, and I never understood why I used to get called Russian all the time, why I got so many questions asking me if I was from there. I only understood the blonde connection when I read it on this board.

**Topic:** **Speaking of the yellow dust...**

**maeil**

Replies: **4**
Views: **316**

Forum: **General Discussion Forum**   Posted: Fri Feb 23, 2007 6:19 pm   Subject: **Speaking of the yellow dust...**

Does anyone know a reliable website that forecasts when and where it is going to hit? I was really unprepared last year and spent about a week with an upper respiratory infection.

Of course it would be nice if the information were in English, but I could wrangle my way through a Korean site if need be.

Thanks a bunch.

**Topic:** **Quick Fukuoka question**

**maeil**

Replies: **4**
Views: **273**

Forum: **Travel Forum**   Posted: Mon Feb 26, 2007 6:05 am   Subject: **Quick Fukuoka question**

This should probably go under the sticky, but I need it answered asap.

I'm going to the embassy in Fukuoka tomorrow. Do they have a photobooth there for Passport photos? I am lacking...

Thanks.

**Topic:** **Quick Fukuoka question**

**maeil**

Replies: **4**
Views: **273**

Forum: **Travel Forum**   Posted: Mon Feb 26, 2007 6:30 am   Subject: **Quick Fukuoka question**

Thank you very much.

Hey, I like Jeongja too. I'm a few feet down in Migeum.

**Topic:** **Bus from Jepngja Station to Yong tong?**

**maeil**

Replies: **7**
Views: **85**

Forum: **General Discussion Forum**   Posted: Sun Mar 04, 2007 3:09 am   Subject: **Bus from Jepngja Station to Yong tong?**

I assume you mean Jeongja.

Take the 5500-1, the 7007-1, or the 116-3. They'll drop you off in front of KyungHee university, YoungTong.

**Topic:** **Piercing supplies?**

**maeil**

Replies: **6**
Views: **180**

Forum: **Buy/Sell/Trade Forum**   Posted: Sun Mar 04, 2007 4:18 am   Subject: **Piercing supplies?**

Anyone know where you could find supplies to buy in Korea? Needles, clamps, that sort of thing.

Jump to: Select a forum   Go

This page is maintained by the one and only Dave Sperling.
Contact Dave's ESL Cafe
Copyright © 2009 Dave Sperling. All Rights Reserved.

Powered by phpBB © 2001, 2002 phpBB G oup

TEFL International Supports Dave's ESL Cafe



L0013

**Replies: 2**
**Views: 231**

Very nice summary.

I really do agree with your last sentiment. <mark>I loved Fukuoka and actually arranged to stay longer than scheduled on my last visa trip.</mark>

If anyone is looking for cheaper accommodations, I recommend: http://www.khaosan-fukuoka.com
It's a traveler's hostel, 2000 yen a night for a shared room. Very kind and cool people there, comfy beds, clean, and a locker for your stuff. The man at the front desk was especially helpful when I asked about nightlife, restaurants, places to see etc.

<mark>The experience made me start considering Fukuoka after Korea...</mark> 

 **Topic: most absurd korean commercial**

**maeil**   ⬜ Forum: **General Discussion Forum**  Posted: Mon Mar 26, 2007 4:19 am  Subject: **most absurd korean commercial**

**Replies: 45**
**Views: 1083**

This one came out just recently. I wouldn't say I'm outraged by it, but a little disturbed.

It's for the Hyundai Tuscon. Shows the torrid relationship between a beautiful woman and her beau, and ends with her wistfully looking out of the car window as the wind blows her voluminous hair in her face.

The part that gets me is the domestic abuse part. Catch it? Watch the commercial closely, it's only about half a second long. The two are standing in a parking lot next to a blue bus, and he give her a rather vicious slap to the face.

Left feeling uncomfortable, like someone ought to call up Hyundai and advise them against this.

**Topic: most absurd korean commercial**

**maeil**   ⬜ Forum: **General Discussion Forum**  Posted: Mon Mar 26, 2007 4:31 am  Subject: **most absurd korean commercial**

**Replies: 45**
**Views: 1083**

> **leebumlik69 wrote:**
>
> > **maeil wrote:**
> >
> > This one came out just recently. I wouldn't say I'm outraged by it, but a little disturbed.
> >
> > It's for the Hyundai Tuscon. Shows the torrid relationship between a beautiful woman and her beau, and ends w th her wistfully looking out of the car window as the wind blows her voluminous hair in her face.
> >
> > The part that gets me is the domest c abuse part. Catch it? Watch the commercial closely,  t's only about half a second long. The two are standing in a parking lot next to a blue bus, and he give her a rather vicious slap to the face.
> >
> > Left feeling uncomfortable, like someone ought to call up Hyundai and advise them against this.
>
> Linkagefulness please?

Sorry, don't really know where to find it on the web... did a search on YouTube and nothing came up.

I'm watching OCN right now - CSI 😆 - and it's on during the commercial breaks.

**Topic: most absurd korean commercial**

**maeil**   ⬜ Forum: **General Discussion Forum**  Posted: Mon Mar 26, 2007 5:54 pm  Subject: **most absurd korean commercial**

**Replies: 45**
**Views: 1083**

> **andrew wrote:**
>
> The other has a yelling ajumma in a hanbok who pulls a carton of ju ce out of the ground by its cap and raises  t over her head. Man, she is LOUD!

I was thinking of listing this one too... not only is she loud, but in the first version of the commercial (they seem to be playing different takes now), the way she talks and acts, the whole setting... makes me feel like she's kind of mentally deranged.

Another one I have fun with but don't see too often... women are primping in the bathroom mirror till one comes in and puts on a helmet, then goes into the stall where she goes for a wild ride... I believe it's a commercial for a bidet. Looks like she's riding a motorcycle.. wind blowing in her hair and her face in a look of joy.

 **Topic: good colorists for blondes?**

**maeil**   ⬜ Forum: **General Discussion Forum**  Posted: <mark>Wed Mar 28, 2007 11:05 am</mark>  Subject: **good colorists for blondes?**

**Replies: 19**
**Views: 808**

As far as the salon, I'd say: Don't bother.

You can find western hair dye here. It's in Itaewon, definitely, and I know certain beauty shops carry brands like L'oreal Excellence... I've seen Feria at E-mart.

I have baby-fine hair, and I've used the Wella Color brand light blond color with no problems. There was another brand I used as well, but I didn't like the application method (brush instead of bottle).

<mark>So, I'd definitely recommend the DIY route. The dye is possible to find. I've gone from blonde to brunette while I'm here, and I can't</mark>

get the salon to do the brunette properly, even with a guy who worked in New York for like 8 years.

As far as reaction from the boss... I was the poster girl for the company when I was blonde, pretty much. Not at all anymore since going brunette 😊

### Topic: scholarships for waygooks and getting into a Korean uni?

**maeil**

Replies: **11**
Views: **288**

☐ Forum: **General Discussion Forum**   Posted: Thu Mar 29, 2007 6:02 am   Subject: **scholarships for waygooks and getting into a Korean uni?**

A friend of mine got nearly a free ride at KyungHee university in Suwon, entering the Korean major. Of course it wasn't to learn Korean, but to teach it. He had to go through some pretty intense language classes before he could enter the program... and unfortunately he had to leave the country before he could complete it.

There was a big push to have foreigners learn the Korean language, so many got scholarships of 60% or more. I believe the same was also true of their Seoul campus.

### Topic: Cavities...

**maeil**

Replies: **4**
Views: **194**

☐ Forum: **General Discussion Forum**   Posted: Mon Apr 02, 2007 7:04 pm   Subject: **Cavities...**

My local dentist is charging me 120,000 for each cavity he fills. Unfortunately.. I have a bunch. I told him I'd do 1 or 2 a month.

In the meantime.. does anyone have experience with a dentist who charges less than this?? It seems really exorbitant, especially given the fact that he only charged me 20,000 to pull wisdom teeth, on which he worked much harder than he did on the one cavity he filled today.

Thank you.

### Topic: Cavities...

**maeil**

Replies: **4**
Views: **194**

☐ Forum: **General Discussion Forum**   Posted: Mon Apr 02, 2007 8:08 pm   Subject: **Cavities...**

Yes to insurance, filled with porcelain, in Bundang.

I was considering waiting till I went back to the US... but it's rather doubtful that I'd get dental insurance when I return. That isn't for another 9 months, either, so I don't want things to get any worse than they are.

### Topic: Korean insurance- what exactly does it cover?

**maeil**

Replies: **5**
Views: **226**

☐ Forum: **General Discussion Forum**   Posted: Thu Apr 05, 2007 12:54 am   Subject: **Korean insurance- what exactly does it cover?**

I remember a few weeks back (2 weeks?) reading a post about how doctors often try to push unnecessary expensive tests like MRI's. I don't honestly know anything about the procedure, about whether it's really necessary in this case etc, but I would be suspicious of paying so much up front. Can you go somewhere else to get a second opinion?

### Topic: Flights to the Eastern US

**maeil**

Replies: **3**
Views: **116**

☐ Forum: **General Discussion Forum**   Posted: Thu Apr 05, 2007 11:37 pm   Subject: **Flights to the Eastern US**

Hi Molly,

Unless you read fluent Korean, get a friend to help you look at www.whypaymore.co.kr

I don't know the details or anything.. whether it's only for this month.. before or after taxes... one way/roundtrip etc etc... but recently I saw a flight from Seoul to New York advertised for 658,000 won. 😲

Good luck! If you have success using this site, could you let me know? I'm already looking for the best and cheapest way to get me and my two cats back to Boston in November.

---

**Page 9 of 45**

Goto page **Previous** **1**, **2**, **3** ... **8**, 9, **10** ... **43**, **44**, **45** **Next**
All times are GMT - 8 Hours

Jump to: [ Select a forum        ▾ ]  [Go]

This page is maintained by the one and only Dave Sperling.
Contact Dave's ESL Cafe
Copyright © 2009 Dave Sperling. All Rights Reserved.

Powered by phpBB © 2001, 2002 phpBB G oup

TEFL International Supports Dave's ESL Cafe



Can you give me a clearer idea of where you'll be? I'll be walking from Migeum.

Thanks.

**Topic: looking for Bundang friends**

**maeil**

Forum: **General Discussion Forum**   Posted: Mon Apr 23, 2007 3:44 pm   Subject: **looking for Bundang friends**

Replies: **30**
Views: **850**

Wish I could join you guys this time, but have plans to see a friend perform in Hongdae.

That place, jajdude, is called Salem. I haven't been there yet, but have heard it highly recommended from other veggie friends of mine.

Ho Lee Chow and Sala Thai are also great restaurants.. if you're willing to walk out with a much lighter wallet. 😊

**Topic: Ladies - wax in or near Bundang?**

**maeil**

Forum: **General Discussion Forum**   Posted: Tue Apr 24, 2007 3:27 pm   Subject: **Ladies - wax in or near Bundang?**

Replies: **0**
Views: **47**

A bunch of people from Bundang are speaking up these days, so I thought I'd leave my question..

I'm looking for a decent waxing place without having to travel too far into Seoul. Something I could get done in a morning, not a weekend. Anyone have a good experience with one? English speaking isn't necessarily a must.

Thanks guys.

**Topic: for give away (Daejeon)**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Wed Apr 25, 2007 4:01 pm   Subject: **for give away (Daejeon)**

Replies: **8**
Views: **516**

Nice looking items, good prices too. If I lived in Daejeon I might take you up on a few of them... but I think transport to Seoul would get too pricey.

Good luck with it!

**Topic: 2006= "s-line" ... 2007="charisma"**

**maeil**

Forum: **General Discussion Forum**   Posted: Sun Apr 29, 2007 1:06 am   Subject: **2006= "s-line" ... 2007="charisma"**

Replies: **5**
Views: **349**

Strange, I thought the V-line was the shape of a woman's jawbone.

The two commercials I see on TV regularly (Style channel) are for a tea that supposedly gives you a V-line face, and a lifting cream that supposedly gives you a V-line face. The tag line of the tea is "나, 부이 라인 얼굴." (Me, v-line face.)

I really don't understand the M-line though. I just don't see it.

**Topic: Hyori Lee car commercial**

**maeil**

Forum: **General Discussion Forum**   Posted: Sun Apr 29, 2007 4:51 pm   Subject: **Hyori Lee car commercial**

Replies: **9**
Views: **683**

They've cut out the slapping scene, yes, but they've replaced it with a shot of the two of them struggling on some sort of bridge.

It's as if the commercial CAN'T exist without some sort of violence between the two of them.

**Topic: Moving/Leaving Sale**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Wed May 02, 2007 7:58 pm   Subject: **Moving/Leaving Sale**

Replies: **6**
Views: **492**

another pm sent. 😊

**Topic: Isha has been promised to new parents!!**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Wed May 02, 2007 8:02 pm   Subject: **Isha has been promised to new parents!!**

Replies: **32**
Views: **1387**

Ah, I really feel for you... now you've got me worried about taking my two little ones home this fall. 😢 Hope you find her an excellent home..

**Topic: bundang buddies-this friday or saturday night**

**maeil**

Forum: **General Discussion Forum**   Posted: Thu May 03, 2007 5:24 pm   Subject: **bundang buddies-this friday or saturday night**

Replies: **20**
Views: **474**

Hey, I think I'll be there.

I remember someone commenting on how if there were over 4 people, a reservation should be made... I don't know this place, so should someone tally up the "yes"es and make a call?

See ya then.

**Topic: Desperate - furniture for sale**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Thu May 03, 2007 10:05 pm   Subject: **Desperate - furniture for sale**

Replies: **4**
Views: **349**

I don't need any furniture myself, but a bit of advice... very few people need that much stuff all in one go. Post pictures of it all and individual prices, and I think you'll probably have more luck.

I don't go to the gym, nor can I imagine I'll spend any time looking for those calipers, so I guess I'll just focus on what I'm doing. I'm not looking for a 6-pack (I'm a woman, anyway), just some more toning and a smaller pair of jeans. 😊

**Topic:** **Seoul Veggie Club: May 19th Picnic**

**maeil**

Replies: **32**
Views: **640**

Forum: **General Discussion Forum**   Posted: Sun May 13, 2007 7:01 pm   Subject: **Seoul Veggie Club: May 19th Picnic**

Hey, what time are you guys thinking this little shindig will take place? I have a plan for dinner with friends that evening... so if it's a dinner picnic, I don't think I can make it. Are we talking lunch or dinner here?

If it's lunch, put me down for a big salad (I'll put the feta on the side for any vegans), and some apple crisp for dessert (no eggs, but a lot of butter.)

Looking forward to it. 😃

**Topic:** **Seoul Veggie Club: May 19th Picnic**

**maeil**

Replies: **32**
Views: **640**

Forum: **General Discussion Forum**   Posted: Sun May 13, 2007 9:16 pm   Subject: **Seoul Veggie Club: May 19th Picnic**

Man, I'm always looking for an excuse to make some apple crisp. 😊 Had some the other night with friends... never any leftovers.

I've got dinner plans at 7, so I could probably swing a 4pm meeting, though a bit earlier would be a bit better for me.. if 4pm is best for people, then that's fine.

By the way, if anyone coming to the picnic has nut allergies, please speak up.

**Topic:** **Adapting the Men's Health Abs Diet to Korea**

**maeil**

Replies: **41**
Views: **1282**

Forum: **General Discussion Forum**   Posted: Mon May 14, 2007 3:47 pm   Subject: **Adapting the Men's Health Abs Diet to Korea**

Haha, you've certainly done your research on eggs. Fine then, I will keep my mouth shut and give your 2 eggs a day my blessing.

Personally, I'm not a body builder, just tryin' to lose a few kgs... so I'll stick with the white. 😊

**Topic:** **ITS WAR!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! NK ATTACKS?!?!**

**maeil**

Replies: **24**
Views: **1060**

Forum: **General Discussion Forum**   Posted: Mon May 14, 2007 10:55 pm   Subject: **ITS WAR!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! NK ATTACKS?!?!**

The sirens went off here in Bundang too, and I saw from my window that for about 20 minutes, all traffic was stopped in the main intersection of my neighborhood (Migeum). There was one lone police officer standing in the middle of the intersection with a whistle and a red baton. About 5-8 minutes after the sirens stopped, the policeman sauntered out of the intersection, and without further ado, traffic started again.

**Topic:** **A weekend in Shanghai**

**maeil**

Replies: **2**
Views: **152**

Forum: **Travel Forum**   Posted: Tue May 15, 2007 5:56 am   Subject: **A weekend in Shanghai**

I'm traveling down to Shanghai from 5/31-6/3. I really know nothing about the city, what's good to see, good places to stay... anything.

Does anyone have any recommendations for me? Tips on how to see the city cheaply would be really great.

Thanks for whatever info you have!

**Topic:** **A weekend in Shanghai**

**maeil**

Replies: **2**
Views: **152**

Forum: **Travel Forum**   Posted: Tue May 15, 2007 7:03 am   Subject: **A weekend in Shanghai**

Thanks Jane, I sent you a PM. 😊

**Topic:** **Ladies Lunch - Sunday May 27th**

**maeil**

Replies: **30**
Views: **1116**

Forum: **General Discussion Forum**   Posted: Sun May 20, 2007 8:12 pm   Subject: **Ladies Lunch - Sunday May 27th**

Too late to RSVP?

It sounds like fun. I'll be there.

**Topic:** **Where is the Chinese embassy in Seoul?**

**maeil**

Replies: **4**
Views: **189**

Forum: **Travel Forum**   Posted: Mon May 21, 2007 10:03 pm   Subject: **Where is the Chinese embassy in Seoul?**

Stupid question.

I'm going to the Chinese embassy tomorrow to get my visa. I'll be sure to go early enough in the morning.

I'm wondering if they have one of those photo booths there? I stupidly ran out of passport photos, and I don't really have time to get any more today.

Thanks for any info.

**Topic:** **Cute cats need a loving home! (cute pics inside!)**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Tue May 22, 2007 6:46 am   Subject: **Cute cats need a loving home! (cute pics inside!)**

**maeil**

Replies: **18**
Views: **1486**

🖃 Forum: **Buy/Sell/Trade Forum**  Posted: Thu Jun 14, 2007 12:11 am  Subject: **Moving Sale Seoul, NEW ITEMS! NEW prices!**

Interested in that bottle of Captain Morgan's. 😊 Where'd you pick that up?

🗨 Topic: **I am not Russian!**

**maeil**

Replies: **40**
Views: **1520**

🖃 Forum: **General Discussion Forum**  Posted: Thu Jun 14, 2007 3:39 pm  Subject: **I am not Russian!**

Be careful of drunken ajosshis commenting on your Russian-ness, however. That got me in trouble a few times, and I ended up dying my hair brown because of it. Seriously.

🗨 Topic: **I am not Russian!**

**maeil**

Replies: **40**
Views: **1520**

🖃 Forum: **General Discussion Forum**  Posted: Thu Jun 14, 2007 3:48 pm  Subject: **Re: I am not Russian!**

> gatorchick82 wrote:
> I don't dress provactively or draw too much attenton to myself (**apart from being blonde**). What gives?

🗨 Topic: **I am not Russian!**

**maeil**

Replies: **40**
Views: **1520**

🖃 Forum: **General Discussion Forum**  Posted: Thu Jun 14, 2007 11:40 pm  Subject: **I am not Russian!**

> periwinkle wrote:
> Well, I think if you are secure enough in who you are, then you shouldn't have to resort to something as drastic as coloring your hair.

I really agree with you, and this point drove me nuts a little bit while I was considering whether or not to make the switch... but the fact of the matter is that while I was blond here, I got attacked twice, followed to the point that I was scared three times, and had countless comments. Since becoming a brunette, absolutely nothing. As the OP said, I never dress provocatively or do anything to attract a lot of attention to myself.

Now that it's summer I'm thinking of going back to blond.. but I'm not sure I want to put up with that nonsense again.

🗨 Topic: **Tahini?**

**maeil**

Replies: **7**
Views: **334**

🖃 Forum: **General Discussion Forum**  Posted: Fri Jun 15, 2007 12:14 am  Subject: **Tahini?**

Foreign food market in Itaewon. 2500 won for a bag of dried beans. Soak 'em for at least 3 hours, then boil for 45 mins.

🗨 Topic: **Any sauna's / baths in Ori?**

**maeil**

Replies: **3**
Views: **97**

🖃 Forum: **General Discussion Forum**  Posted: Sun Jun 17, 2007 5:57 am  Subject: **Any sauna's / baths in Ori?**

I'm not sure about Ori, but there's a nice one in Migeum that I frequent.

If you're walking from Ori, be on the right hand side of the road. At the main intersection in Migeum, turn right (don't cross the street). Walk a bit, and then on your right you'll see an alley right next to a convenience store. Take the alley, then when you come out turn left. Walk down that back street, and right after a barbecue restaurant you'll see the sauna on your right- it's called Spaole. Take the stairs up to get there. 10,000 won for the sauna (naked part - baths, steam rooms) and jjim jil bang (dry hot rooms), or 6,000 won for the sauna alone. I believe that if you go before 9pm, it's 6,000 won for the whole thing.

Enjoy!

🗨 Topic: **WTB Kitty Carrier Size Medium**

**maeil**

Replies: **1**
Views: **54**

🖃 Forum: **Buy/Sell/Trade Forum**  Posted: Tue Jun 19, 2007 2:01 am  Subject: **WTB Kitty Carrier Size Medium**

Hi, I don't have one for sale, but if you aren't able to find one used from anyone then I recommend this site:

http://www.catvil.co.kr/mall/m_mall_list.php?ps_ctid=07010000

You will, of course, need a Korean person to sign up to the site for you.

If you could in a PM, please let me know how you're going about taking your cat(s?) home with you. I'm making the move in November with my two to the east coast of the US, and am kind of nervous about it. Hearing from anyone who has done it / is doing it is a big help!

Take care!

🗨 Topic: **WTB Yogurt Maker**

**maeil**

Replies: **8**
Views: **210**

🖃 Forum: **Buy/Sell/Trade Forum**  Posted: Wed Jun 20, 2007 4:14 pm  Subject: **WTB Yogurt Maker**

I've seen them at Huckleberry Farms in Jeongja. It's not the type you're looking for, with several jars, rather it has one big tupperware-type jar that fits snugly inside the incubator. It also comes with the starter bacteria. I believe it was about 20,000 won, and the bacteria (there were several different varieties) was 6-7000 won with enough to make more than a few batches of yogurt. Sorry the details are a little fuzzy - I obviously didn't purchase it.

🗨 Topic: **um my recruiter says...**

**HOME**   **JOBS**   **STUFF FOR TEACHERS**   **STUFF FOR STUDENTS**   **STUFF FOR EVERYONE**   Site Search: [_____] GO!

TEFL International Supports Dave's ESL Cafe





## Korean Job Discussion Forums

"The Internet's Meeting Place for ESL/EFL Teachers from Around the World!"

? FAQ    Search    Memberlist    Usergroups
Profile    You have no new messages    Log out

# Search found 667 matches

**Korean Job Discussion Forums Forum Index**

| Author | Message |
|---|---|

**Topic: What does this say? Korean whizkids please help**

**maeil**

Replies: **12**
Views: **549**

Forum: **General Discussion Forum**   Posted: Thu Jul 05, 2007 7:21 am   Subject: **What does this say? Korean whizkids please help**

SarcasmKills, I have long been captivated by your avatar. It isn't the arms grinding down, it isn't the eyeballs popping out... it's the last gasp that the poor bloodied face takes before collapsing on the keyboard. I feel like I can actually hear it.

**Topic: what's weather like in bundang-gu in summer?**

**maeil**

Replies: **2**
Views: **79**

Forum: **General Discussion Forum**   Posted: Thu Jul 05, 2007 6:28 pm   Subject: **what's weather like in bundang-gu in summer?**

http://weather.yahoo.com/forecast/KSXX0024.html

It's not too bad out right now. The summer monsoon season tends to keep things feeling a bit cooler in my opinion, too.

**Topic: Where should I go?**

**maeil**

Replies: **5**
Views: **252**

Forum: **Travel Forum**   Posted: Sun Jul 08, 2007 6:26 pm   Subject: **Where should I go?**

Before heading home for good (for now?) this November, I have a few more vacation days I'd like to use somewhere outside of Korea. Right now I'm choosing between Beijing, Hong Kong, and Kyoto.

I'm incredibly interested in going to Beijing to do the whole historical-touristy thing. However, I am put off by my friends' accounts of how dirty the city is, how difficult it is to get around, and generally how much of a hassle it is.

I know very little about Hong Kong, but I have heard it is a great city, clean, English-friendly, and a good place to do shopping (a plus - get Christmas shopping out of the way).

I know equally little about Kyoto, only that after gushing to people about how much I loved Fukuoka, the typical response was, "You must see Kyoto." I've been to Osaka as well and enjoyed it.

I will of course be doing my own research on these cities, but it would be great to hear some more opinions from people who have been to one or more of them. I'm planning on going in August, just after summer term is finished, but weather and such isn't so much of a concern for me.

Thanks for whatever advice you have!

**Topic: Where should I go?**

**maeil**

Replies: **5**
Views: **252**

Forum: **Travel Forum**   Posted: Sun Jul 08, 2007 8:09 pm   Subject: **Where should I go?**

Ah, thank you for the tip.. I should have mentioned in my first post that when I said "a few" vacation days, I really meant only is a few. My plan is to leave Korea on a Wednesday and return the following Sunday, giving me only 3 full days with which to experience a city.

**Topic: what to do in fukuoka**

**maeil**

Replies: **8**
Views: **499**

Forum: **Travel Forum**   Posted: Sun Jul 08, 2007 8:18 pm   Subject: **what to do in fukuoka**

I highly, highly recommend the Khaosan Fukuoka hostel. Cheap rooms (2000 yen), great, friendly, English-speaking staff, friendly travelers, and extremely comfy (memory foam!) mattresses and pillows. There is a map on their website, but it doesn't tell you the exit number - take exit 15 from Hakata station and follow their map. I also made a reservation online through their website, which I

L0019

recommend as I saw several travelers get turned away. www.khaosan-fukuoka.com is their English website.

I second the trip to Dazaifu. It's only about a 20 minute ride from Fukuoka on the train. I spent a good part of a day there, but be aware that most of the cute shops shut down at 6pm.

**Topic: I am not Russian.**

**maeil**

Replies: **14**
Views: **547**

Forum: **General Discussion Forum**   Posted: Mon Jul 09, 2007 11:34 pm   Subject: **I am not Russian.**

I TOTALLY want one.

**Topic: I am not Russian.**

**maeil**

Replies: **14**
Views: **547**

Forum: **General Discussion Forum**   Posted: Tue Jul 10, 2007 2:54 am   Subject: **I am not Russian.**

> **mrsquirrel wrote:**
>> **maeil wrote:**
>> I TOTALLY want one.
>
> Can you not just REALLY want one?

Nope. Has to be totally.

**Topic: kidney stones**

**maeil**

Replies: **6**
Views: **135**

Forum: **General Discussion Forum**   Posted: Wed Jul 11, 2007 9:37 pm   Subject: **kidney stones**

In sympathy, I will post my friend Rob's webcomic on the matter.

http://www.idiotcomics.com/073.html

**Topic: Koreans or fellow teachers**

**maeil**

Replies: **9**
Views: **431**

Forum: **General Discussion Forum**   Posted: Thu Jul 12, 2007 4:30 pm   Subject: **Koreans or fellow teachers**

I have.

==First one left Korea after a year and a half of a great relationship.==
==Second one left Korea just as I was getting to really like him.== Contracts up in both cases, not looking to renew.
==Now... I have a fantastic relationship, and I'm leaving Korea in 4 months.==
Back home, I live several thousand miles away from each of them.

The people themselves are great, but the uncertainty of how long we'll be together is the thing that gets me down. It helps to have similar goals, but I've found that just as varied as the backgrounds of many of us are, so too are the futures.

**Topic: From Bundang, where can I get a multi-entry visa?**

**maeil**

Replies: **11**
Views: **202**

Forum: **Travel Forum**   Posted: Thu Jul 12, 2007 4:37 pm   Subject: **From Bundang, where can I get a multi-entry visa?**

I have always been told Mokdong.

Take the 7007-1 bus to Yeoido station. Hop on the subway to Omokgyo station, then go out exit 7. Walk straight about 10 minutes - the road will curve slightly to the right as you come to a 3-way intersection. Cross the street to the island on your left, then cross again to your right. You can see the office from there - lots of corn carts and phone card vendors outside.

**Topic: Visiting North Korea**

**maeil**

Replies: **1**
Views: **144**

Forum: **Travel Forum**   Posted: Thu Jul 12, 2007 4:47 pm   Subject: **Visiting North Korea**

Well, the first thing that comes to mind is the ridiculous cost. Last I checked it was something like 2,000 USD for a 3-day trip.

Second, a friend of mine has been signed up for the trips three times only to have them canceled on him each time at the last moment (2-3 days before) due to weather conditions or changes in policy.

Unfortunately, it seems like the trips for US citizens are all booked up for this fall already. Check out this link:
http://www.koryogroup.com/tours/index-us.html

Good luck! I'm dying to go myself, just not prepared to shell out that cash.

**Topic: Camping locations?**

**maeil**

Replies: **2**
Views: **93**

Forum: **General Discussion Forum**   Posted: Thu Jul 12, 2007 4:57 pm   Subject: **Camping locations?**

Anyone know some really lovely spots to pitch a tent and have some peace?

I'm looking for an area, at most, 2 hours or so outside of Seoul. Anything in the woods and close to water (river, pond, waterfall) is a huge plus. Beaches are great, too. I think the most important thing, though, is the peace. I don't want to be in a line of tents next to a bunch of people cooking bulgogi on their portable gas stoves.

**Topic: Clumping kitty litter: worst product ever invented?**

**maeil**

Forum: **Off-Topic Forum**   Posted: Mon Aug 13, 2007 12:04 am   Subject: **Clumping kitty litter: worst product ever invented?**

Replies: **5**
Views: **150**

Agreed. Absolutely. I know your pain. The stuff is absolutely useless for odor protection after the first day or so.

I'm using the crystals now. Perhaps that's what you mean by the silica stuff. I can find it at pretty much any pet store here. I just moved my 2 cats into a home with 1 already, and with two litter boxes (in the laundry room), the odor is manageable, until we get lazy about scooping.

Yeah, get the crystals. So much better, and the cats seem to like playing with them. They don't scatter as easy as the clumping stuff, though, which is another plus.

**Topic: Stupid visa question**

**maeil**

Forum: **Travel Forum**   Posted: Tue Aug 14, 2007 6:27 pm   Subject: **Stupid visa question**

Replies: **3**
Views: **105**

Please forgive me.

My Chinese visa expires on August 23rd. May I enter the country on that date, or must I enter on the 22nd or before?

Thank you.

**Topic: Stupid visa question**

**maeil**

Forum: **Travel Forum**   Posted: Tue Aug 14, 2007 9:36 pm   Subject: **Stupid visa question**

Replies: **3**
Views: **105**

Awesome. Thanks a bunch. It looks like I'm in the clear!

**Topic: Winter shoes**

**maeil**

Forum: **General Discussion Forum**   Posted: Thu Aug 16, 2007 4:23 pm   Subject: **Winter shoes**

Replies: **3**
Views: **160**

I really, really recommend buying them before you come. It's *possible* to find them, I suppose, but my experience is that it's very difficult and that I can never get the styles that I want. I wear a US women's 8.5. That translates to about a Korean 255, and women's shoes almost never go over 250 here.

When I go home for a visit this winter, I'll be stocking up.

They take up more room in your luggage, but trust me. You'll be much happier with the selection back home, not to mention how much easier it will be to buy them. If you're worried about luggage space, maybe you can buy them and then ship them to your address in Korea instead of bringing them with you. It's still hot as heck here, so you won't need winter shoes for a while.

Happy shoe shopping!

**Topic: Winter shoes**

**maeil**

Forum: **General Discussion Forum**   Posted: Thu Aug 16, 2007 9:44 pm   Subject: **Winter shoes**

Replies: **3**
Views: **160**

Just be sure that if you have things shipped, you have someone re-package them and mark them as 'personal items' or 'used clothing' or somesuch. I'm sure you've read other information regarding this on this forum. It's so that you can avoid paying customs fees.

**Topic: In-law advice, please**

**maeil**

Forum: **General Discussion Forum**   Posted: Fri Aug 17, 2007 12:49 am   Subject: **In-law advice, please**

Replies: **29**
Views: **940**

I'm an American female about to meet the Korean future-mother-in-law. She's already not very happy about the situation and didn't want to let my fiance talk to her about me at all. She will be staying with us for a week. What can I do to get on her good side? Language is not an issue, fortunately.

Any advice is appreciated...

**Topic: Borrow your Lonely Planet - China?**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Sun Aug 19, 2007 6:19 pm   Subject: **Borrow your Lonely Planet - China?**

Replies: **5**
Views: **163**

I'm heading to Beijing just for a long weekend. I'm wondering if anyone has the Lonely Planet China edition that they'd be willing to let me borrow until I return.

I can put something up for collateral if you like.. I just don't see the point of buying the huge book when I'll only be there for a few days.

Thanks for looking.

**Topic: Borrow your Lonely Planet - China?**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Sun Aug 19, 2007 9:16 pm   Subject: **Borrow your Lonely Planet - China?**

Replies: **5**
Views: **163**

Thank you for the information. I am aware that I can buy the book. However, as I said in my first post, I would prefer to borrow it instead of buy it.

**Topic: whypaymore.co.kr**

**maeil**

Forum: **Travel Forum**   Posted: Mon Aug 20, 2007 2:23 pm   Subject: **whypaymore.co.kr**

Replies: **70**
Views: **1914**

All right guys, I'll see what the boy has to say about letting us use the apt that day. I'm pretty sure it'll be fine, but I'll let you know what he says.

**Topic: WANTED:**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Wed Aug 29, 2007 4:33 pm   Subject: **WANTED:**

Replies: **3**
Views: **226**

I'm pretty sure they don't sell the makeup in Korea. Your best bet is Ebay.

**Topic: ladies clothing swap sept. 15**

**maeil**

Forum: **General Discussion Forum**   Posted: Thu Aug 30, 2007 9:04 am   Subject: **ladies clothing swap sept. 15**

Replies: **70**
Views: **1914**

I have a feeling that we're going to want to be able to really spread out, and so while Orange Tree is nice, it may not really afford us the space we need. Basically - I'd rather spread clothes out on my floor that I wash than the floor of a bar. 🙂

I actually already picked up a bag of clothes from a girl who was leaving Korea before the swap could take place. Some nice things in there!

I live just up the stree from Orange Tree. I haven't gotten around to asking my boyfriend if he's cool with it, but I'll get on that tomorrow and let you all know.

Maybe I'll even make cookies. 😋

**Topic: ladies clothing swap sept. 15**

**maeil**

Forum: **General Discussion Forum**   Posted: Thu Aug 30, 2007 9:28 am   Subject: **ladies clothing swap sept. 15**

Replies: **70**
Views: **1914**

All right guys, my place is up for it. Like I said, I live up the hill a little bit from Indigo's and Orange tree, and up a few of the side streets. People can PM me for directions, and on the day I can put up some pretty little signs directing you to my place.

What time works for people? Late afternoon - 3, 4, 5ish? Let me know what y'all think.

**Topic: ladies clothing swap sept. 15**

**maeil**

Forum: **General Discussion Forum**   Posted: Thu Aug 30, 2007 6:11 pm   Subject: **ladies clothing swap sept. 15**

Replies: **70**
Views: **1914**

Yeah, it's a 2 BR place, so we can use the living room and one bedroom for our swap, and have the other bedroom or the bathroom for changing.

So unless there are any serious conflicts, let's arrange it for 4pm on Saturday the 15th. That's still a little ways away, so when we get closer to the date I'll ask people to confirm. I'll get some cookies and hummus and drinks and such ready, and if people want to bring some other snacks, that'd be awesome.

Looking forward to it!

**Topic: My co-teacher met my cat...**

**maeil**

Forum: **General Discussion Forum**   Posted: Thu Aug 30, 2007 6:21 pm   Subject: **My co-teacher met my cat...**

Replies: **27**
Views: **1159**

My boyfriend's (Korean) mother was staying with us for a while, and she was MOST displeased with the 3 cats we currently have running around.

She told me a story of a couple she knew. The couple had a cat. The couple then had a baby. Apparently, the cat KILLED the baby, then proceeded to kill the couple, and now they're dead.

Very dangerous animals, she assured me.

**Topic: ladies clothing swap sept. 15**

**maeil**

Forum: **General Discussion Forum**   Posted: Sat Sep 01, 2007 12:27 am   Subject: **ladies clothing swap sept. 15**

Replies: **70**
Views: **1914**

Four more bags of clothes were dropped off today. Looks like it'll be an event, ladies. 😎

**Topic: ladies clothing swap sept. 15**

**maeil**

Forum: **General Discussion Forum**   Posted: Tue Sep 04, 2007 10:13 pm   Subject: **ladies clothing swap sept. 15**

Replies: **70**
Views: **1914**

Indeed - bring all-season gear. The clothes that have been dropped off so far include a pair or two of shoes and some accessories as well, so look through everything! Time to break open the vacuum-sealed bags of winter clothes I have stored up in the attic 🙂

If anyone is certain that they'll be coming, you can PM me to get directions to my place and my phone number. In a few days I'll draw up a little map. I'm planning on preparing a few bottles of cheap wine, some hummus and things to dip in it, popcorn and some other snacks. If people want to bring something, you're more than welcome. 😋

**Topic: 3 taxi drivers murder 2 foreign women**

**maeil**

Forum: **General Discussion Forum**   Posted: Fri Sep 07, 2007 7:21 pm   Subject: **3 taxi drivers murder 2 foreign women**

Replies: **8**
Views: **627**

A man I teach is a police sergeant in Seoul. The 2 women were saleswomen, and the taxi drivers killed them to get money. According to his very broken English, the taxi drivers were trying to get 30 million won with which to open up a shop somewhere. He warned me that there are quite a few taxi drivers in Seoul who are actually ex-cons, and he besought me (a white female) to never get in a taxi in

In general, I feel safer walking around late at night or in dark empty subway stations here than I do at home. However, in my 3 years here, I've been attacked twice by drunk men confused about my blond hair and what it meant they could get away with. That sort of thing never happened back home.

A large part of it is that as foreign women, we stand out more. I think that there are some people (not all) who, if they are going to attack a woman, will choose the woman that catches their eye the most.

What I found, though, is that the attackers don't expect you to fight back.

Anyway, yeah, it's generally safe. I've recently been warned by a police sergeant friend not to take taxis alone from Hongdae, but I've done it many times and probably won't stop anytime soon.

**Topic: South Korea: Leading the world into the future**

**maeil**

Forum: **General Discussion Forum**   Posted: Wed Oct 10, 2007 4:12 am   Subject: **South Korea: Leading the world into the future**

Replies: **4**
Views: **412**

Quite a bit of attention from CNN:

http://edition.cnn.com/SPECIALS/2007/news/south.korea/index.html

**Topic: Online basic clothes shopping with int'l ship, recs?**

**maeil**

Forum: **General Discussion Forum**   Posted: Sun Oct 14, 2007 7:38 pm   Subject: **Online basic clothes shopping with int'l ship, recs?**

Replies: **19**
Views: **1018**

Thanks for the awesome link, Flash!

I'd had such trouble looking for winter shoes around the city.

**Topic: Furnished onsite room in a nice 2 bedroom apartment near H**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Mon Oct 15, 2007 1:29 am   Subject: **Furnished onsite room in a nice 2 bedroom apartment near H**

Replies: **34**
Views: **1871**

Really lovely apartment.

**Topic: Moving:21"TV,Furniture,Aerobic Step,Text Books,LotsMore**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Mon Oct 15, 2007 8:31 pm   Subject: **Moving:21"TV,Furniture,Aerobic Step,Text Books,LotsMore**

Replies: **10**
Views: **484**

Raina,

I asked you for the Thai cushion a week ago when you listed it at 15,000 won. I offered to come get it and you told me it had been sold. What's the deal?

**Topic: Honda Steed for Sale**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Thu Oct 18, 2007 12:19 am   Subject: **Honda Steed for Sale**

Replies: **8**
Views: **635**

Do you have all the paperwork?

**Topic: How to Help an Injured Street Dog?**

**maeil**

Forum: **General Discussion Forum**   Posted: Thu Oct 18, 2007 3:17 am   Subject: **How to Help an Injured Street Dog?**

Replies: **20**
Views: **577**

Is it the little brown/black dog with a squarish head?

I always see him (her?) roaming around, getting much too close to cars and sometimes even tying up traffic. Never seen anyone who looks like an owner near the poor thing.

**Topic: Beds, Computer, TV, Washing Machine, Awesome Desk!**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Thu Oct 18, 2007 11:36 pm   Subject: **Your things for sale**

Replies: **18**
Views: **1363**

Oops, I'm an idiot - meant to PM this.

PM sent. 😄

**Topic: Microsoft Word 2007**

**maeil**

Forum: **Technology Forum**   Posted: Sun Oct 21, 2007 11:04 pm   Subject: **Microsoft Word 2007**

Replies: **4**
Views: **133**

Having a problem with the line spacing in this new version.

In older versions of Word, when you change the line spacing (Say from 'single' to 1.5 or 2.0), the added space is equally distributed on top and on bottom of the text.

In the 2007 version, however, all of the space is sent to the bottom of the text.

As an example of this, if you highlight an area of text and set the spacing to something ridiculous, like 4.0, you will see a large

**maeil**

Replies: **4**
Views: **132**

Forum: **General Discussion Forum**   Posted: Sat Nov 24, 2007 9:36 pm   Subject: **directions to foreign food market in Itaewon**

Option #4, and the one I think you're talking about:

The Indian/Foreign market near What The Book.

Go out of Itaewon station. I don't know the exit numbers well enough to tell you, but when you get out look for two landmarks: Hamilton Hotel and a large Coffee Bean and Tea Leaf (across the street from one another).

You want to be on the side of the street with Coffee Bean, facing so that it is on your right side and the T-intersection in front of Hamilton Hotel is behind you. Walk up the street. When you get to the next light, take a right. Walk up the hill. The foreign food mart is on the left side of that street... I can't tell you exactly how far. About 2 minutes walking up the hill. What The Book is just past it, also on the left.

**Topic: Got a bath?**

**maeil**

Replies: **11**
Views: **345**

Forum: **General Discussion Forum**   Posted: Sun Nov 25, 2007 6:14 pm   Subject: **Got a bath?**

2 bedrooms, full bath, 500k/month 3mill key money. Haebangchon.

**Topic: Womens' hair dye place?**

**maeil**

Replies: **11**
Views: **195**

Forum: **General Discussion Forum**   Posted: Mon Nov 26, 2007 5:43 pm   Subject: **Womens' hair dye place?**

Do a search for "Zen". I don't feel like digging up the exact post, but I've heard this studio highly praised by many women who have gone there.

**Topic: Womens' hair dye place?**

**maeil**

Replies: **11**
Views: **195**

Forum: **General Discussion Forum**   Posted: Mon Nov 26, 2007 5:47 pm   Subject: **Womens' hair dye place?**

Oh fine, I did some digging:

http://forums.eslcafe.com/korea/viewtopic.php?t=89915&highlight=

**Topic: good waxing experience**

**maeil**

Replies: **126**
Views: **11475**

Forum: **General Discussion Forum**   Posted: Tue Nov 27, 2007 12:59 am   Subject: **good waxing experience**

Thought I'd add my two cents..

Went in to Green Turtle today for my first-ever Brazilian. Nervous doesn't begin to describe how I was feeling.

I had no appointment, but I was brought into a room immediately. Two women attended me, and as soon as we figured out exactly what I wanted we got down to business.

Yes, the blowing on the 'bits' (Thanks, RSS 🙄 ) was a bit strange. The wax was hot, but not uncomfortably so. Yes, I kind of wish they'd been wearing gloves.. but I've had blood drawn here with no gloves, so it didn't phase me too much. The pain was only particularly bad in some places, but when I focused elsewhere it was okay. I think I'll bring a book next time.

As far as the women doing the job... it became clear pretty early on that one woman was less skilled at ripping away the sheet, so the other girl took over without my having to say anything. They were very professional, let me stretch my legs out when I needed to, and the chatter was kept to a minimum. They didn't chat over me, just talked to each other about the job they were doing. The oil rubdown at the end was a little strange, but let's be honest here... didn't feel entirely bad.

The only strange thing was as I was leaving... the girl brought me back out, said "오 만 원" to the man at the desk, and he smiled at me and said, "Sixty thousand." I paused and confirmed, "Sixty?" and he nodded... then I gestured to the girl and said, "오 만 원 앉이예요?" Again that smile, and "Sixty." So I put the money on the desk and glanced through their menu... ==sure enough a Brazilian was listed at 60,000 won. So I guess the price has gone up.==

All in all it was fine. I'll go back again. Definitely not worth the fear I had going in. Oh, I did pop an Advil or four before I went in, so that may have helped.

**Topic: [WTB] 50 cc scooter in Daejeon?**

**maeil**

Replies: **4**
Views: **68**

Forum: **Buy/Sell/Trade Forum**   Posted: Tue Nov 27, 2007 3:24 am   Subject: **[WTB] 50 cc scooter in Daejeon?**

If you don't get any responses here, try www.paso.co.kr. Get a Korean-speaking buddy to help you out if you need it.

**Topic: Needles**

**maeil**

Replies: **3**
Views: **192**

Forum: **Buy/Sell/Trade Forum**   Posted: Wed Nov 28, 2007 1:37 am   Subject: **Needles**

Wow. That is a gorgeous cat.

If I didn't have two of my own, I'd take him right in.

**Topic: Exploding cell phones in Korea!?!**

**maeil**

Forum: **General Discussion Forum**   Posted: Wed Nov 28, 2007 8:39 pm   Subject: **Exploding cell phones in Korea!?!**

**maeil**

Replies: **8**
Views: **214**

📖 Forum: **General Discussion Forum**   Posted: Sun Dec 09, 2007 5:07 am   Subject: **Gyms near HBC**

<mark>Heading home for Christmas, and I plan to go nuts with holiday food. Wh</mark>en I come back is when it'll be time to get in shape again... anyone go to a gym they can recommend near the HBC (Haebangchon) area? Got info on prices etc?

Thanks!

⚙ Topic: **Gyms near HBC**

**maeil**

Replies: **8**
Views: **214**

📖 Forum: **General Discussion Forum**   Posted: Sun Dec 09, 2007 6:03 am   Subject: **Gyms near HBC**

Yeah, I think I was most curious about California fitness but assumed that it was out of my price range... that isn't bad for a year, though. I'll go over and check it out.

I'm planning to get a scooter soon enough, but till then, which bus is it?

Thanks!

⚙ Topic: **Gyms near HBC**

**maeil**

Replies: **8**
Views: **214**

📖 Forum: **General Discussion Forum**   Posted: Sun Dec 09, 2007 6:26 am   Subject: **Gyms near HBC**

Awesome... thanks again for the help. 😃

⚙ Topic: **How's the traffic today?**

**maeil**

Replies: **1**
Views: **99**

📖 Forum: **General Discussion Forum**   Posted: Sun Dec 09, 2007 8:46 pm   Subject: **How's the traffic today?**

Have things died down a bit since the action last week, or are the police checks still all set up? I need to get from HBC to Kangnam in about an hour, so I'm wondering whether the subway would be better or if I can go my usual taxi route.

Thanks!

⚙ Topic: **Gone.**

**maeil**

Replies: **14**
Views: **727**

📖 Forum: **Buy/Sell/Trade Forum**   Posted: Mon Dec 10, 2007 7:51 pm   Subject: **Gone.**

Seriously, dude. You're not the only one going on vacation for a month. If you need money so bad, sell your TV or something.

⚙ Topic: **Stolen weapons discovered**

**maeil**

Replies: **15**
Views: **699**

📖 Forum: **General Discussion Forum**   Posted: Tue Dec 11, 2007 9:37 pm   Subject: **Stolen weapons discovered**

Well, that's good to know.

Thanks for posting.

⚙ Topic: **making cookies, two questions**

**maeil**

Replies: **6**
Views: **171**

📖 Forum: **General Discussion Forum**   Posted: Wed Dec 12, 2007 10:58 pm   Subject: **making cookies, two questions**

Hannam market outside of Itaewon has molasses.

⚙ Topic: **Trip to Shanghai**

**maeil**

Replies: **11**
Views: **409**

📖 Forum: **Travel Forum**   <mark>Posted: Thu Dec 13, 2007 2:38</mark> am   Subject: <mark>Trip to Shanghai</mark>

I would definitely, definitely second the recommendation to visit Beijing over Shanghai. Shanghai is a large city. Just, city. Beijing is also a large city, but there are many beautiful places outside the city that are easy to get to and very worth seeing. It's also remarkably easy to get around on bike.

As far as tickets, good luck... those holidays tend to be booked heavily in advance. <mark>I go through a wonderful travel agent by the name of Kang, Sung-Eun. She is remarkably professional</mark> and good at what she does. She will explain to you why some prices are higher than others, how different airlines work, etc. If you look at the "Travel Agents" thread in the travel forum, you'll find other people have recommended her as well.

She's at Top Travel. The number is 02-738-3563. You can ask for her in English. If she's not available, they'll tell you to call back in 10 minutes.

⚙ Topic: **Thai cooking - ingredients**

**maeil**

Replies: **11**
Views: **253**

📖 Forum: **General Discussion Forum**   Posted: Thu Dec 13, 2007 2:39 am   Subject: **Thai cooking - ingredients**

Frozen lemongrass is available at Hannam market.

---

Goto page **Previous** **1**, **2**, **3** ... **22**, 23, **24** ... **43**, **44**, **45** **Next**
All times are GMT - 8 Hours

Jump to:  Select a forum     Go

This page is maintained by the one and only Dave Sperling.
Contact Dave's ESL Cafe

L0025

TEFL International Supports Dave's ESL Cafe





# Korean Job Discussion Forums

"The Internet's Meeting Place for ESL/EFL Teachers from Around the World!"

? FAQ    ? Search    ? Memberlist    ? Usergroups
? Profile    ? You have no new messages    ? Log out

# Search found 667 matches

**Korean Job Discussion Forums Forum Index**

| Author | Message |
|---|---|
| **Topic: Post offices** | |
| **maeil**<br><br>Replies: **6**<br>Views: **100** | Forum: **General Discussion Forum**   Posted: Thu Dec 13, 2007 8:29 pm   Subject: **Post offices**<br><br>I should know this after 3 years here. I guess I don't go to them that often.<br><br>Are the post offices open on Saturdays? Specifically, the Noksapyeong/Itaewon ones?<br><br>Thanks. |
| **Topic: Post offices** | |
| **maeil**<br><br>Replies: **6**<br>Views: **100** | Forum: **General Discussion Forum**   Posted: Thu Dec 13, 2007 8:55 pm   Subject: **Post offices**<br><br>Perfect, thank you. |
| **Topic: What kind of shower do you have?** | |
| **maeil**<br><br>Replies: **16**<br>Views: **489** | Forum: **General Discussion Forum**   Posted: Fri Dec 14, 2007 9:44 am   Subject: **What kind of shower do you have?**<br><br>Regular shower with tub. The floor has a drain in it that we usually only use for cleaning. The floor gets slightly wet from splashes, but I guess a shower curtain would take care of that.<br><br>Hmm, shower curtain. |
| **Topic: good waxing experience** | |
| **maeil**<br><br>Replies: **126**<br>Views: **11475** | Forum: **General Discussion Forum**   Posted: Wed Jan 16, 2008 9:27 am   Subject: **good waxing experience**<br><br>So does anyone have any new recommendations for waxing places in Seoul? I'm kind of not looking forward to going back to the Green turtle, but I suppose if that's all that's available, that's what I'll do. |
| **Topic: gangchon lift + rental + sauna pass (x4)** | |
| **maeil**<br><br>Replies: **13**<br>Views: **431** | Forum: **Buy/Sell/Trade Forum**   Posted: Tue Jan 22, 2008 5:07 pm   Subject: **gangchon lift + rental + sauna pass (x4)**<br><br>As someone who's never been skiing/snowboarding in her life, I have no idea the approximate value of these tickets. I'm interested in buying two of them, however, as a gift for my fiance. I know you said you couldn't find the exact value on the website, but do you have a ballpark, or even better, what you're looking to get for them?<br><br>Thanks a lot. |
| **Topic: gangchon lift + rental + sauna pass (x4)** | |
| **maeil**<br><br>Replies: **13**<br>Views: **431** | Forum: **Buy/Sell/Trade Forum**   Posted: Tue Jan 22, 2008 10:45 pm   Subject: **gangchon lift + rental + sauna pass (x4)**<br><br>The tickets appear to say they're good until March. |
| **Topic: gangchon lift + rental + sauna pass (x4)** | |
| **maeil**<br><br>Replies: **13**<br>Views: **431** | Forum: **Buy/Sell/Trade Forum**   Posted: Tue Jan 22, 2008 11:09 pm   Subject: **gangchon lift + rental + sauna pass (x4)**<br><br>Well, he wants bids. I'll start: 100k for 2. |

L0026

**Topic:** gangchon lift + rental + sauna pass (x4)

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Wed Jan 23, 2008 2:54 am   Subject: **gangchon lift + rental + sauna pass (x4)**

Replies: **13**
Views: **431**

Thanks for the clarification. That sounds awesome. They would make a really good gift for my man who didn't get a chance to ski when we went home last month.

---

**Topic:** gangchon lift + rental + sauna pass (x4)

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Wed Jan 23, 2008 2:54 am   Subject: **gangchon lift + rental + sauna pass (x4)**

Replies: **13**
Views: **431**

Woohoo! Guess this New Englander will finally learn how to ski

---

**Topic:** 29" LG CRT + DVD player for 100k (pics included)

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Wed Jan 23, 2008 10:56 pm   Subject: **29" LG CRT + DVD player for 100k (pics included)**

Replies: **12**
Views: **574**

Where do you live?

---

**Topic:** California Fitness Gym

**maeil**

Forum: **General Discussion Forum**   Posted: Thu Jan 24, 2008 3:06 pm   Subject: **California Fitness Gym**

Replies: **17**
Views: **1458**

Yes, please, more info.

I was planning on joining the one in Myeong Dong.

---

**Topic:** Clothing Donation/Clothing Swap

**maeil**

Forum: **General Discussion Forum**   Posted: Sat Jan 26, 2008 7:53 pm   Subject: **Clothing Donation/Clothing Swap**

Replies: **40**
Views: **972**

Hey,

I hosted the last ladies' clothing swap. It was definitely a lot of fun - we had great food and a great time trying on new things. We're doing work in the apartment now though, and it isn't in any condition to hold a gathering.

My advice if you're looking to hold a swap: have a plan for the clothes that will be left over. I had just moved to this area and didn't know where to donate clothes, so I ended up storing about 6 large trash bags of them in the stairway to the roof. Fortunately on Halloween there was a clothes drive just down the street from me and we were able to unload.

Maybe springtime would be a good time to consider having one. People want new clothes for the warmer weather, and it's just generally a nicer time to get together. Let's keep floating the idea around.. maybe by then we will have gotten our place in order and I can think about hosting again.

---

**Topic:** Clothing Donation/Clothing Swap

**maeil**

Forum: **General Discussion Forum**   Posted: Sun Jan 27, 2008 7:53 pm   Subject: **Clothing Donation/Clothing Swap**

Replies: **40**
Views: **972**

Awesome, I'm in. Itaewon be a great place to hold it. I live nearby, so I could help out afterwards with the donation, cleanup, etc.

---

**Topic:** Can I find...in Korea?

**maeil**

Forum: **General Discussion Forum**   Posted: Sun Jan 27, 2008 11:31 pm   Subject: **Can I find...in Korea?**

Replies: **28**
Views: **1151**

You should be able to find most of those, or if not, a good replacement.

You definitely don't need to bring a supply of birth control. It's easy as pie to get it over the counter here (assuming we're talking about the hormone pills). Cheap, too.

---

**Topic:** F-4 Visa eligibility

**maeil**

Forum: **Travel Forum**   Posted: Mon Jan 28, 2008 4:09 am   Subject: **F-4 Visa eligibility**

Replies: **9**
Views: **331**

I really know very little about this, but if you're male you might want to check to make sure that you won't be drafted when you come here.

There was a revived thread from a few years ago in the general discussions forum recently. I don't remember all of the details but it seems to me that if your parents are still Korean citizens, you might want to make sure you aren't on the "list" that would get you forced into the army.

If you're female... well, have fun here.

My understanding of the 'final entry date' is that it is just that - the last day that you can enter the country. I believe that your two years here begin on the day you enter. So, technically, you could wait 3 years before ever coming to Korea and stay until 2013. At least, that's the way it worked with my multiple entry Chinese visa. The 'final entry date' was the 26th of August. I was allowed 30 days in the country. I entered on the 26th of August and stayed for 5 days.

TEFL International Supports Dave's ESL Cafe





## Korean Job Discussion Forums

"The Internet's Meeting Place for ESL/EFL Teachers from Around the World!"

❓FAQ   🔍Search   👥Memberlist   👥Usergroups
👤Profile   📧You have no new messages   🔑Log out

# Search found 667 matches

**Korean Job Discussion Forums Forum Index**

| Author | Message |
|---|---|
| | **Topic: Movies you can't seem to finish** |
| **maeil** | 📑 Forum: **Off-Topic Forum**   Posted: Mon Jan 28, 2008 4:19 am   Subject: **Movies you can't seem to finish** |
| Replies: **59** Views: **1571** | Triplets of Belleville. I feel my eyes droop in the opening sequence. All my artsy friends in high school were fascinated by it.. I tried once then, then once recently, and I don't think I'll try again. |
| | **Topic: Computer Desk/Chair, Books, DVD's, Bar fridge, pet cage** |
| **maeil** | 📑 Forum: **Buy/Sell/Trade Forum**   Posted: Mon Jan 28, 2008 7:52 am   Subject: **Computer Desk/Chair, Books, DVD's, Bar fridge, pet cage** |
| Replies: **9** Views: **365** | 40,000 won for a chair like that is not pricey. |
| | I went to the local used furniture store recently.. they wanted 60-100k for chairs that didn't look nearly as nice as that one. If I lived closer to Anyang, I would snap that chair up. |
| | **Topic: Clothing Donation/Clothing Swap** |
| **maeil** | 📑 Forum: **General Discussion Forum**   Posted: Mon Jan 28, 2008 9:34 am   Subject: **Clothing Donation/Clothing Swap** |
| Replies: **40** Views: **972** | Bjork is the 16th 😜 So if it's that day it should be early. |
| | **Topic: Child Abuse :( what can I do?** |
| **maeil** | 📑 Forum: **Off-Topic Forum**   Posted: Mon Jan 28, 2008 5:12 pm   Subject: **Child Abuse :( what can I do?** |
| Replies: **209** Views: **19576** | Big kudos to RACETRAITOR's wife as well. |
| | **Topic: Bread and breadmakers** |
| **maeil** | 📑 Forum: **General Discussion Forum**   Posted: Mon Jan 28, 2008 9:49 pm   Subject: **Bread and breadmakers** |
| Replies: **13** Views: **299** | I have bought Gold Medal stone ground whole wheat flour at the Red Door market in Itaewon. Around 7500 won for a 5 pound bag. |
| | **Topic: Prescription Acne Medications? oh, and contacts** |
| **maeil** | 📑 Forum: **General Discussion Forum**   Posted: Mon Jan 28, 2008 9:51 pm   Subject: **Prescription Acne Medications? oh, and contacts** |
| Replies: **27** Views: **607** | Scarlet13 wrote: |
| | supernaut wrote: |
| | my ex gf acne medication was to cover her face in my *beep* for 5 minutes. She had no acne. It was fun for me. They even made qa Nip/Tuck show about ejaculate being great for the skin. |
| | try convincing my gf that ejaculate is good for the skin .PLEASE!!! |
| | Um, I use this method occasionally. With good results. |
| | I'm female. |
| | **Topic: Child Abuse :( what can I do?** |
| **maeil** | 📑 Forum: **Off-Topic Forum**   Posted: Mon Jan 28, 2008 10:33 pm   Subject: **Child Abuse :( what can I do?** |

Way to go, CTR.

**Replies: 209**
**Views: 19576**

🙂 **Topic: Prescription Acne Medications? oh, and contacts**

**maeil**

  📄 Forum: **General Discussion Forum**   Posted: Tue Jan 29, 2008 10:25 am   Subject: **Prescription Acne Medications? oh, and contacts**

**Replies: 27**
**Views: 607**

I'm also using Proactiv. I was using it once a day for about a year and half (I found that twice a day, as they recommend, dried out my skin like nuts). In the beginning the acne got worse, as they said it would.

What I find now, though, is that after using it for so long it's kind of 'trained' my skin. I order what they call the "monthly" package (same one that periwinkle mentioned) only about 4 times a year now, using it once every 3-4 or even 7 days. My acne is entirely environmental though.... something about the air and water here that my skin just doesn't like. I'm not sure how well it works for chronic acne.

I'm also curious to know the price on gmarket. A simple search for proactiv on that site brought up a skin whitening kit. I can't stand to look at the site long enough to search further.

==I also have my parents ship me Clearasil face wash regularly.== Most other face washes use salicylic acid or benzoyl peroxide as their acne treatment, but Clearasil is antibacterial. I've read recently that Neosporin is a great spot treatment for pimples because of its antibacterial-ness. Antibacteriality? 😵 I've used it in the past to prevent acne scars, but I guess it helps shorten the duration of individual pimples as well. I wouldn't go smothering your face in it, though. ==Ejaculate works much better. The above poster can tell his girlfriend I said so.== 😉

🙂 **Topic: Clothing Donation/Clothing Swap**

**maeil**

  📄 Forum: **General Discussion Forum**   Posted: Tue Jan 29, 2008 12:34 pm   Subject: **Clothing Donation/Clothing Swap**

**Replies: 40**
**Views: 972**

17th is great.

I'll be there with possibly two friends, but I will confirm before the date.

As I said, I can help out with clean up afterwards... and I'll bring a snack or two. 🙂

🙂 **Topic: Prescription Acne Medications? oh, and contacts**

**maeil**

  📄 Forum: **General Discussion Forum**   Posted: Tue Jan 29, 2008 6:59 pm   Subject: **Prescription Acne Medications? oh, and contacts**

**Replies: 27**
**Views: 607**

Personally, I think anyone should share if they have found a method that works. People suffering from acne - any type - might take a look at this thread based on its title. If they find that the prescriptions are perhaps a bit too severe for them, or unnecessary for their condition, they might find some other advice that would help them.

As I mentioned, my problem started when I came to Korea. I didn't know how to fix it because the normal routine that I'd always used stopped working. It took a long time (years) to figure out what did work, and those years were pretty miserable. I'll be very happy if I can save someone else the same trouble.

🙂 **Topic: my lazy-ass realtor**

**maeil**

  📄 Forum: **General Discussion Forum**   Posted: Tue Jan 29, 2008 7:02 pm   Subject: **my lazy-ass realtor**

**Replies: 10**
**Views: 376**

Is the school hiring a teacher to take over for you? Perhaps they will need a place to stay.

🙂 **Topic: Clothing Donation/Clothing Swap**

**maeil**

  📄 Forum: **General Discussion Forum**   Posted: Wed Jan 30, 2008 6:40 am   Subject: **Clothing Donation/Clothing Swap**

**Replies: 40**
**Views: 972**

Hey Val,

I still actually have two items you left at my house after the last swap 😉 Want me to bring em along?

🙂 **Topic: Child Abuse :( what can I do?**

**maeil**

  📄 Forum: **Off-Topic Forum**   Posted: Wed Jan 30, 2008 11:11 pm   Subject: **Child Abuse :( what can I do?**

**Replies: 209**
**Views: 19576**

Three cheers, CTR.

Maybe you'll hit two birds with this one. Improve the lot of small children and grown foreigners at the same time. 😊

🙂 **Topic: 3 Year Old Beagle - Free to Good Home.**

**maeil**

  📄 Forum: **Buy/Sell/Trade Forum**   Posted: Wed Jan 30, 2008 11:21 pm   Subject: **3 Year Old Beagle - Free to Good Home.**

**Replies: 11**
**Views: 354**

I'll send a PM in a moment.

🙂 **Topic: Cheap Specs**

**maeil**

  📄 Forum: **General Discussion Forum**   Posted: Thu Jan 31, 2008 7:29 pm   Subject: **Cheap Specs**

**Replies: 14**
**Views: 394**

I'm wondering if it's possible to get glasses here for a friend back home.

I have a friend with a number of medical conditions that prevent him from working full time. One of these conditions is poor eyesight in one eye, and because he can't afford glasses he is left with severe headaches as a result of the other eye working too hard.

HOME     JOBS     STUFF FOR TEACHERS     STUFF FOR STUDENTS     STUFF FOR EVERYONE     Site Search:  [          ] GO!

TEFL International Supports Dave's ESL Cafe





## Korean Job Discussion Forums

"The Internet's Meeting Place for ESL/EFL Teachers from Around the World!"

? FAQ    Search    Memberlist    Usergroups
Profile    You have no new messages    Log out

# Search found 667 matches

**Korean Job Discussion Forums Forum Index**

| Author | Message |
|---|---|
| **Topic: Cheap Specs** | |
| **maeil** | ▢ Forum: **General Discussion Forum**   Posted: Thu Jan 31, 2008 11:25 pm   Subject: **Cheap Specs** |
| Replies: **14**  Views: **394** | Wonderful. Thank you for the information. |
| **Topic: Where can I buy a ferret?** | |
| **maeil** | ▢ Forum: **Buy/Sell/Trade Forum**   Posted: Fri Feb 01, 2008 5:46 pm   Subject: **Where can I buy a ferret?** |
| Replies: **6**  Views: **203** | **captain kirk wrote:** |

> www.reptileworld.co.kr has ferrets. Top left, last category under the pink heading box. Only
>
> # 280,000

Or even better, get an American raccoon for 650,000 😈

| **Topic: Asian Street Food Causes Cancer: Study** | |
|---|---|
| **maeil** | ▢ Forum: **General Discussion Forum**   Posted: Sun Feb 03, 2008 2:14 am   Subject: **Asian Street Food Causes Cancer: Study** |
| Replies: **18**  Views: **730** | **marlow wrote:** |

> I think I saw some sort of packaged food here that was actually advertising on the front that it had MSG in it, and that that was a good thing.

Actually, most of what the packages with MSG on the front are saying is that there isn't any MSG. It's usually preceded by the Chinese character *mu*, which means no, none, empty, etc.

| **Topic: Traveling with cat on long flight - please help!** | |
|---|---|
| **maeil** | ▢ Forum: **General Discussion Forum**   Posted: <mark>Sun Feb 03, 2008 3:10</mark> pm   Subject: **Traveling with cat on long flight - please help!** |
| Replies: **18**  Views: **374** | The international carriers I've checked out will not allow you to take a pet in the cabin. Domestic travel seems to be fine, but otherwise they require you to check your pet in with your bags. |

Read up on the airline that you plan to use. Most of them will say that they carry pets in a separate, climate-controlled area of the cargo hold. I've also read that it is a good idea to inform the flight attendants and pilot as soon as you board the plane that you have a pet, and ask them to please make sure to turn on the A/C or the heat in that area, depending on the season.

I agree with what the above posters have said. <mark>I will be traveling home with two cats later this year.</mark> Although it might be more comfortable for them to be closer to me, I would never take them in the cabin. It's incredibly inconsiderate to other passengers.

| **Topic: Traveling with cat on long flight - please help!** | |
|---|---|
| **maeil** | ▢ Forum: **General Discussion Forum**   Posted: Sun Feb 03, 2008 6:46 pm   Subject: **Traveling with cat on long flight - please help!** |
| Replies: **18**  Views: **374** | You know, I haven't heard of the herbal calming pills, but I wouldn't use them. I really don't like the idea of giving drugs to pets unless they're absolutely necessary. And as some posters have mentioned... those things tend to have different effects once the plane is in |

L0030

the air.

Honestly, I think it's we people who need the calming drugs when it comes to pet travel 😊 I trust that my cats will be okay. Unless something extreme happens, they're going to come out of it nervous, a little sad maybe, and probably resentful of me for a little while.... but they'll get over it. Being nervous in those kind of situations is natural. It won't kill them.

**Topic: Rodent sees its shadow, 6 more weeks of winter**

**maeil**

Forum: **Off-Topic Forum**   Posted: Sun Feb 03, 2008 7:20 pm   Subject: **Rodent sees its shadow, 6 more weeks of winter**

Replies: **2**
Views: **80**

Enlighten me: How do you make groundhog-shaped pancakes?

**Topic: Airflight from US to Korea**

**maeil**

Forum: **Travel Forum**   Posted: Mon Feb 04, 2008 5:11 pm   Subject: **Airflight from US to Korea**

Replies: **4**
Views: **228**

If you can fly straight out of San Francisco, I definitely recommend you fly Singapore air. In the off season I usually pay 800-900 USD round trip. If you fly in the middle of the week, you often get an entire row to yourself to stretch out in. Even if you don't, the service is great, the food is great, the flight attendants are beautiful, and the entertainment is great. It's not a bad way to spend 12 hours.

Here's my tip: Reserve a "special" meal at least a day before you fly. The vegetarian Indian option, or the non-vegetarian Hindu option. You get served first and the food is often better. 😊

**Topic: New Years Greetings**

**maeil**

Forum: **General Discussion Forum**   Posted: Tue Feb 05, 2008 12:11 am   Subject: **New Years Greetings**

Replies: **1**
Views: **84**

Can someone please post the correct way (in Hangeul) to wish people a happy new year during this holiday? I'm not sure I have the vowels correct.

Thank you.

**Topic: korean style floor beds**

**maeil**

Forum: **General Discussion Forum**   Posted: Wed Feb 06, 2008 10:44 pm   Subject: **korean style floor beds**

Replies: **7**
Views: **270**

I did for the first two years I was here. Took me about a month to adjust, but now even after going back to a western mattress for over a year, I can spend a night or two on the floor here and there without a problem.

**Topic: For sale: oven/stove - PRICE REDUCED**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Thu Feb 07, 2008 1:29 am   Subject: **For sale: oven/stove - PRICE REDUCED**

Replies: **34**
Views: **1150**

Forget the oven.... can you send me some recipes? 😜

**Topic: For sale: oven/stove - PRICE REDUCED**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Thu Feb 07, 2008 4:24 am   Subject: **For sale: oven/stove - PRICE REDUCED**

Replies: **34**
Views: **1150**

Mostly interested in how to make those crusty breads... and maybe those truffles and the potato dish 😊

I already got an oven, same model actually. They work well and are nice and compact.

**Topic: For sale: oven/stove - PRICE REDUCED**

**maeil**

Forum: **Buy/Sell/Trade Forum**   Posted: Thu Feb 07, 2008 8:21 am   Subject: **For sale: oven/stove - PRICE REDUCED**

Replies: **34**
Views: **1150**

Hehe, oops.... apple pie. Now I see it. 😊

Thanks!

**Topic: good waxing experience**

**maeil**

Forum: **General Discussion Forum**   Posted: Sat Feb 09, 2008 7:16 am   Subject: **good waxing experience**

Replies: **126**
Views: **11475**

Great to know! Thanks for the tip. 😊

**Topic: The Art of Zen - A great hair salon for Foreigners**

**maeil**

Forum: **General Discussion Forum**   Posted: Sun Feb 10, 2008 2:54 am   Subject: **The Art of Zen - A great hair salon for Foreigners**

Replies: **46**
Views: **4838**

I'm so disappointed.

I went in for my first time today for a color correction... I'd tried to dye my medium-blonde hair red but it didn't quite take. I thought they could do a better job... instead, I come out with the top of my hair near-purple and the length of it a muddy brown. Their advice was either to chop off all my hair (which I've worked for 2 1/2 years to grow) or just wait for it to grow out. I never met Johnny. He might have been the kind of stylish 30-something Korean guy there, but he didn't introduce himself, just gestured me to a chair when I arrived. I was the only customer at this point.

The two women who worked on me were nice enough, and I do like the cut that they gave me... but I walked out close to tears. I'm so non-confrontational that I paid the 130,000 won they asked for, but I know I shouldn't have.

I'm just going to have a friend send me some boxes of bleach from home. This just proved once again that I should never, ever go to

Replies: **18**
Views: **937**

Hehe, good call.

🔊 **Topic: La Cigale Montmatre?**

**maeil**  📋 Forum: **General Discussion Forum**   Posted: Thu Mar 13, 2008 10:44 pm   Subject: **La Cigale Montmatre?**

Replies: **3**
Views: **118**

Anyone eaten at this place in Itaewon? Trying to decide where to go for dinner tonight. How's the food and price range? How would it be for someone who doesn't eat much meat?

Thanks.

🔊 **Topic: La Cigale Montmatre?**

**maeil**  📋 Forum: **General Discussion Forum**   Posted: Thu Mar 13, 2008 11:11 pm   Subject: **La Cigale Montmatre?**

Replies: **3**
Views: **118**

Thanks guys. 😄

🔊 **Topic: Wedding Gift**

**maeil**  📋 Forum: **General Discussion Forum**   Posted: Fri Mar 14, 2008 12:12 am   Subject: **Wedding Gift**

Replies: **6**
Views: **172**

Pardon the question that I'm sure has been answered many times... but you know how the search function is...

==I'm going to a wedding for my first time in Korea. Both bride and groom are Korean. I'm friends with the bride, who is a former co-worker of mine. What is an appropriate gift? I've heard that generally crisp, new bills in a white envelope is the preferred gift.==

We aren't extremely close, but we keep in touch. 30k? 50k?

Thanks. 😄

🔊 **Topic: Wedding Gift**

**maeil**  📋 Forum: **General Discussion Forum**   Posted: Fri Mar 14, 2008 12:30 am   Subject: **Wedding Gift**

Replies: **6**
Views: **172**

Thank you, ttompatz. 😄

🔊 **Topic: Best place to buy the ipod shuffle..**

**maeil**  📋 Forum: **General Discussion Forum**   Posted: Fri Mar 14, 2008 11:08 pm   Subject: **Best place to buy the ipod shuffle..**

Replies: **3**
Views: **162**

Best place to buy, I'd say, is from Hong Kong over ebay 😜

🔊 **Topic: good waxing experience**

**maeil**  📋 Forum: **General Discussion Forum**   Posted: Sun Mar 16, 2008 2:44 am   Subject: **good waxing experience**

Replies: **126**
Views: **11475**

I went back to the Green Turtle today and asked for Miss Ahn since hearing RSS's recommendation. They told me that she was on vacation and would be for 3 weeks... then the woman behind the desk stood up and said that she was better than Miss Ahn. ^^ So I decided to give her a shot.

Overall I was very pleased. She worked very quickly as she was confident enough to wax larger areas at once. She didn't have to go over any places more than once and tweezing was at a minimum afterwards. She did apologize for having to go back after she finished, though, as I have light hair and she missed two spots because she hadn't seen it before.

She spoke enough English mixed with simple Korean to keep me laughing the whole time, so it wasn't as painful as I've experienced before. I'm happy. I'll go back to her.

She told me that her name is Gong. Oh, and when she was working on me she told me that Miss Ahn had actually broken her shoulder in a snowboarding accident, so it looks like she won't be back for a while.

🔊 **Topic: What's your favourite font?**

**maeil**  📋 Forum: **Off-Topic Forum**   Posted: Sun Mar 16, 2008 4:57 am   Subject: **What's your favourite font?**

Replies: **18**
Views: **307**

Maiandra GD.

🔊 **Topic: Best Courier?**

**maeil**  📋 Forum: **General Discussion Forum**   Posted: ==Wed Mar 19, 2008 4:29== am   Subject: **Best Courier?**

Replies: **8**
Views: **654**

==I used them last week to send something home express. 16,000 won to send a document to Boston.== I sent it on a Thursday and it arrived on Monday. The cool thing was that they sent me text messages when the document left Incheon airport, arrived in the States, and finally arrived in Boston.

🔊 **Topic: Ladies Lunch - Sunday 6th April (-time changed to 12-)**

**maeil**  📋 Forum: **General Discussion Forum**   Posted: Thu Mar 20, 2008 6:52 pm   Subject: **Ladies Lunch - Sunday 6th April (-time changed to 12-)**

Replies: **73**
Views: **2185**

Hmmm.... I might just have to join for this one 😄 tentatively in.

🔊 **Topic: Cloves**

**maeil**  📋 Forum: **Off-Topic Forum**   Posted: Thu Mar 20, 2008 8:25 pm   Subject: **Cloves**

Replies: **5**
Views: **94**

Foreign Food Market in Itaewon. Next to What the Book.

L0032

**Topic:** **Cars in Korea: Renting is the new buying**

**maeil**                    Forum: **General Discussion Forum**   Posted: Mon Mar 31, 2008 12:12 am   Subject: **Cars in Korea: Renting is the new buying**

Replies: **20**          Thanks for the link, OP. It is some good information.
Views: **525**

**Topic:** **Ladies Lunch - Sunday 6th April (-time changed to 12-)**

**maeil**                    Forum: **General Discussion Forum**   Posted: Mon Mar 31, 2008 12:39 am   Subject: **Ladies Lunch - Sunday 6th April (-time changed to 12-)**

Replies: **73**          Sorry, I'm going to have to remove myself from the list, as much as I'd like to join.... surprise visit from the soon-to-be mother-in-law
Views: **2185**         to prepare for.... siggghhhhh.....

**Topic:** **NK warns of preemptive nuclear attack on SK**

**maeil**                    Forum: **General Discussion Forum**   Posted: Mon Mar 31, 2008 9:37 pm   Subject: **NK warns of preemptive nuclear attack on SK**

Replies: **90**          Well, it seems they've moved away from "sea of fire." How does "irrevocable catastrophic consequences" sound to you?
Views: **3870**
                        http://edition.cnn.com/2008/WORLD/asiapcf/03/31/koreas.ap/index.html

**Topic:** **school asking me to pay for my flight to korea**

**maeil**                    Forum: **General Discussion Forum**   Posted: Tue Apr 01, 2008 5:21 am   Subject: **Re: school asking me to pay for my flight to korea**

Replies: **49**
Views: **1907**          irwinpryce wrote:

                        ... they were wondering if I could look into cheap flights and let them know, or pay for the flights myself and when I arrive the
                        school would reimburse me. **Apparently they have done this before.**


                        irwinpryce wrote:

                        apparently im the first english speaking theacher they have had


                        Unless the first quote is talking about the recruiter, something doesn't match up.

---

**Page 32 of 45**                                                    Goto page **Previous**  **1**, **2**, **3** ... **31**, 32, **33** ... **43**, **44**, **45**  **Next**
                                                                        All times are GMT - 8 Hours

                                                                 Jump to: | Select a forum            |  Go |

This page is maintained by the one and only Dave Sperling.
Contact Dave's ESL Cafe
Copyright © 2009 Dave Sperling. All Rights Reserved.

Powered by phpBB © 2001, 2002 phpBB G oup

TEFL International Supports Dave's ESL Cafe



L0033

Thanks. 😄

**Topic: Eats in Insadong?**

**maeil**

Replies: **4**
Views: **152**

📄 Forum: **General Discussion Forum**   Posted: <mark>Mon Jun 09, 2008 7:04</mark> pm   Subject: **Eats in Insadong?**

Thanks for the suggestions guys... I'll check them out. 😊

As for the "Why Insadong?" question... it's pretty close to where we live, and I thought it would be nice to go for a stroll and a cup of tea in a 찻집 when we were finished. We're also past due for <mark>sending some birthday/graduation/Father's Day gifts home, and</mark> Insadong is a pretty good place to pick those things up. He's now thinking Kangnam might be nicer though... so I'll check out what you guys suggested and see what I can find down below the river, too.

Thanks again.

**Topic: More Women questions...**

**maeil**

Replies: **121**
Views: **5310**

📄 Forum: **General Discussion Forum**   Posted: Mon Jun 09, 2008 7:23 pm   Subject: **More Women questions...**

**Scarlet13 wrote:**

> **aboxofchocolates wrote:**
>
>> **Scarlet13 wrote:**
>>
>>> Use plain yogurt.
>>
>> I googled for natural cures and nothing came up- this works then? Thanks.
>> Someone mentioned they got an IUD in Yongsan.
>
> Yup it works, freeze it in an ice cub tray, and that takes away the mess.

<mark>I'll vouch for this method, too.</mark>

**Topic: More Women questions...**

**maeil**

Replies: **121**
Views: **5310**

📄 Forum: **General Discussion Forum**   Posted: Tue Jun 10, 2008 5:32 pm   Subject: **More Women questions...**

I've been sort of curious about the IUD, but there was one simple thing that put me off from them... the often-reported side effect of heavier, longer, more painful periods. Have you experienced anything like that? I don't know about anyone else, but it's a total deal-breaker for me.

**Topic: More Women questions...**

**maeil**

Replies: **121**
Views: **5310**

📄 Forum: **General Discussion Forum**   Posted: Tue Jun 10, 2008 11:14 pm   Subject: **More Women questions...**

**thatwhitegirl wrote:**

> I've had the Mirena coil for about 3 years now. It is an IUD, but it isn't copper. http://www.womens-health.co.uk/mirena.asp I think it's great...much much lighter periods, and just a very small amount of hormones. I'd recommend it. Although...I did have side effects for about 6 months! Oh well, it is all sorted now, and I love not having to think about taking a pill. I had it done in the UK, so  t was free.
>
> By the way, this is a great thread.

I'm curious... but I went to the Mirena website and it said, over and over again, that it was specifically for women who've already had a child. I didn't dig deep enough to find the why behind it, but it seemed pretty specific. If you haven't had a child, did you get this inserted in Korea?

**Topic: Who would buy Camel cigarettes?**

**maeil**

Replies: **24**
Views: **1110**

📄 Forum: **Buy/Sell/Trade Forum**   Posted: Mon Jun 16, 2008 2:34 am   Subject: **Who would buy Camel cigarettes?**

<mark>My husband bought Camels in Busan the other weekend for 5k/pack...</mark> I don't think he's been able to find them here in Seoul, though. They also had Lucky Strikes.

**Topic: Zelen Bulgarian restaurant in Itaewon**

**maeil**

Replies: **21**
Views: **893**

📄 Forum: **General Discussion Forum**   Posted: Mon Jun 16, 2008 10:33 pm   Subject: **Zelen Bulgarian restaurant in Itaewon**

I went there last week for my anniversary.... LOVED it. The owner of the restaurant is the same woman who owns the Brixx bars throughout Seoul. She came over and talked to us and told us that she went to Bulgaria and interviewed over 30 chefs, sampling their food, before choosing her current chef. The chef there does all of the shopping for ingredients and will sometimes come over to your table and schmooze.

We ordered spinach cheese roll-ups and stuffed roasted red peppers as an appetizer, and the owner suggested a bottle of Soave wine, which I'd never had before but was a great compliment to what we ordered. The spinach roll-ups were a sort of spinach flat bread spread with a very creamy cheese (I wouldn't quite call it cream cheese) seasoned with fresh dill and pepper, rolled and then dressed with a balsamic vinaigrette. Fantastic. The red peppers had some nice crispy glaze on them and I can't tell you the exact stuffing, but they were in a yogurt sauce and were also delicious.

For my meal I had the spinach chicken - two breasts of grilled chicken stuffed with spinach and smoked cheese on steamed vegetables. I loved them. <mark>My husband had the special,</mark> which was 20-hour roasted lamb, and he said it was some of the most tender lamb he'd ever had.

Basically, throughout the whole meal we were making small sounds of delight, passing forks back and forth and just loving it. Neither of us could finish our meal and we had great leftovers the next day. I've been told by several people that the ice cream there is fantastic, but we were too stuffed to try it. If you can't tell, I'd recommend it highly. 😆

**Topic: Zelen Bulgarian restaurant in Itaewon**

**maeil**

Replies: **21**
Views: **893**

📖 Forum: **General Discussion Forum**   Posted: Mon Jun 16, 2008 10:44 pm   Subject: **Zelen Bulgarian restaurant in Itaewon**

 Let's see.. for our meal including wine I think we paid around 110,000 won. Zelen is in the alley behind the main street of Itaewon, the same alley with Buddha's Belly, the two Brixx, etc. When you turn right at KFC and then left down the alley, it is at the end of the alley on your right. There is a set of stairs to go up, and it is on your right.

**Topic: Zelen Bulgarian restaurant in Itaewon**

**maeil**

Replies: **21**
Views: **893**

📖 Forum: **General Discussion Forum**   Posted: Mon Jun 16, 2008 10:52 pm   Subject: **Zelen Bulgarian restaurant in Itaewon**

Spliff, did you just spliff my restaurant review? I guess nowhere on these boards is safe. 😊

**Topic: Getting my 1st haircut in Korea**

**maeil**

Replies: **38**
Views: **3449**

📖 Forum: **General Discussion Forum**   Posted: Mon Jun 16, 2008 11:07 pm   Subject: **Getting my 1st haircut in Korea**

Does anyone have any recent experiences with haircuts at the Green Turtle in Itaewon? I don't need anything too fancy - a cut with some layers in straight hair. Older threads have good reviews about someone named Michael... does anyone know if he is still there? I'd just like to go somewhere close to home.

**Topic: The competency of Korean ambulance para-medics?**

**maeil**

Replies: **12**
Views: **434**

📖 Forum: **General Discussion Forum**   Posted: Tue Jun 17, 2008 4:31 pm   Subject: **The competency of Korean ambulance para-medics?**

Last weekend I was at a beach at the east coast and a boy (18 years old or so) drowned. He wasn't breathing when he was brought to the beach. The ambulance responded with breakneck speed and brought the kid back to life with what looked like very competent CPR. He was whisked away to the hospital immediately afterwards.

---

**Page 37 of 45**

Jump to:  Select a forum          ▾   Go

This page is maintained by the one and only Dave Sperling.
Contact Dave's ESL Cafe
Copyright © 2009 Dave Sperling. All Rights Reserved.

Powered by phpBB © 2001, 2002 phpBB Group

TEFL International Supports Dave's ESL Cafe

World's FIRST Virtual TESOL

L0035

HOME     JOBS     STUFF FOR TEACHERS     STUFF FOR STUDENTS     STUFF FOR EVERYONE     Site Search: [        ] GO!

TEFL International Supports Dave's ESL Cafe





## Korean Job Discussion Forums

"The Internet's Meeting Place for ESL/EFL Teachers from Around the World!"

FAQ   Search   Memberlist   Usergroups
Profile   You have no new messages   Log out

# Search found 667 matches

**Korean Job Discussion Forums Forum Index**

| Author | Message |
|---|---|
| **Topic: Any cool korean rock?** | |
| **maeil** | Forum: **General Discussion Forum**  Posted: Wed Jun 18, 2008 4:07 pm   Subject: **Any cool korean rock?** |
| Replies: **17**  Views: **543** | The Galaxy Express! |
| **Topic: stuff HAEBANGCHON CHEAP PRICE update!** | |
| **maeil** | Forum: **Buy/Sell/Trade Forum**  Posted: Wed Jun 18, 2008 11:21 pm   Subject: **stuff HAEBANGCHON CHEAP PRICE update!** |
| Replies: **14**  Views: **612** | Hey, what size is that helmet and will you sell it separately from the bike? |
| **Topic: WTB: Proactiv Solution** | |
| **maeil** | Forum: **Buy/Sell/Trade Forum**  Posted: Sun Jun 22, 2008 9:06 pm   Subject: **WTB: Proactiv Solution** |
| Replies: **3**  Views: **122** | You can also get the 3-piece kit delivered to Korea through Proactiv's website. Last I heard the kit was 80,000 won on gmarket, wheras it's about 55 USD to have it delivered. |
| **Topic: Recommendations for hotels/hostels in Fukuoka?** | |
| **maeil** | Forum: General Discussion Forum  Posted: Sun Jun 22, 2008 10:18 pm   Subject: **Recommendations for hotels/hostels in Fukuoka?** |
| Replies: **11**  Views: **278** | www.khaosan-fukuoka.com |
| **Topic: Taxi: Itaewon/Haebongchon to ICN?** | |
| **maeil** | Forum: **Travel Forum**  Posted: Wed Jun 25, 2008 6:34 pm   Subject: **Taxi: Itaewon/Haebongchon to ICN?** |
| Replies: **9**  Views: **332** | We paid 60,000 from HBC around Christmastime. |
| **Topic: Learning Korean before arriving?** | |
| **maeil** | Forum: **General Discussion Forum**  Posted: Thu Jun 26, 2008 6:00 pm   Subject: **Learning Korean before arriving?** |
| Replies: **23**  Views: **435** | I would definitely suggest learning Hangul, the writing system, before arriving. As the previous poster said though, you don't need to spend money on it. There are plenty of free resources out there, and learning Hangul should only take a few days at the most. Learn a few basic greetings and "I need _____" sentences, and you will be miles ahead of many other native teachers who

The need for Korean ability goes up the further you get away from a major city, however, so if you're living in the sticks it will probably be worth your time to study a bit before you arrive. |
| **Topic: Learning Korean before arriving?** | |
| **maeil** | Forum: **General Discussion Forum**  Posted: Thu Jun 26, 2008 6:37 pm   Subject: **Learning Korean before arriving?** |
| Replies: **23**  Views: **435** | Neither of these is perfect, but they do provide some good basics:

http://rki.kbs.co.kr/learn_korean/lessons/e_index.htm

http://korean.sogang.ac.kr/

Good luck! |
| **Topic: Please help me get my game working...** | |
| **maeil** | Forum: **Technology Forum**  Posted: Thu Jun 26, 2008 6:59 pm   Subject: **Please help me get my game working...** |
| Replies: **12**  Views: **167** | Last winter I got fairly hooked on Everquest II. When I came back to Korea after an extended vacation in the States, the service was a bit choppy.. it would drop out every now and again. Now, for the past few months, it is nearly impossible to get online. |

The symptoms are thus: Most of the time after I log in, it attempts to make a connection but then cuts out, giving me a black screen and the message that my login and password are incorrect. Other times, it will simply cut out during the zoning process. Sometimes I am able to get 20-30 beautiful minutes of game play before it, again, simply cuts out.

My husband contacted Sony a while ago. EQII is the only thing we are having trouble with. He was able to log into Vanguard without problems. Sony ran him through a "ping test" which showed them that the problem was occurring at a router 3 "stops" away from us. (Quotation marks used to show that I really have no idea what these things are.) That router was dropping information 100% of the time, so said the ping test.

We called up our internet provider, KT, and tried to explain the problem to them. They sent a service person over to our house, figuring that the problem was with our modem. No, no problem. They couldn't quite understand that yes, we could connect to the internet, but we were still having a problem.

My husband has since given up, but I'm still determined. Lacking the technical knowledge to figure it out on my own, I turn to you all for help. How can I explain this problem to KT in a way that they will understand? Is the information that I have from Sony even correct - can a router drop information 100% of the time yet still allow me access to everything BUT EQ2? Could the problem be something bigger? When we've contacted Sony about smaller problems before they have complained to us about Korea's being "funky" and blocking some web pages. Could that have something to do with this?

Thanks for any insight you guys can offer me.

**Topic: Playing WoW on a Korean server...possible? Worthwhile?**

**maeil**            Forum: **General Discussion Forum**   Posted: Thu Jun 26, 2008 7:04 pm   Subject: **Playing WoW on a Korean server...possible? Worthwhile?**

Replies: **18**     Hey gamers, I'm having severe trouble connecting to my game of choice... if you would, please take a look at my thread in the tech
Views: **544**     forum and see if you have any advice. Thank you very much....

http://forums.eslcafe.com/korea/viewtopic.php?t=127023

**Topic: Please help me get my game working...**

**maeil**            Forum: **Technology Forum**   Posted: Thu Jun 26, 2008 7:17 pm   Subject: **Please help me get my game working...**

Replies: **12**     Thank you, JustJohn... I wonder if re-routing is a possibility.
Views: **167**
If KT isn't able to help me at all, do you think switching to another ISP would solve the issue, or are they likely to use the same "hops"
that KT does?

FWIW, the PC bang at the end of my street has no trouble connecting to EQ2.

**Topic: Please help me get my game working...**

**maeil**            Forum: **Technology Forum**   Posted: Thu Jun 26, 2008 7:46 pm   Subject: **Please help me get my game working...**

Replies: **12**     All right, good to know. Yeah, we have 3 computers in the house, and none of them can get on. I'll try to find a Korean person to help
Views: **167**     me with this, using the method you suggested... switching ISPs would be a last resort, I hope.

**Topic: Please help me get my game working...**

**maeil**            Forum: **Technology Forum**   Posted: Thu Jun 26, 2008 8:20 pm   Subject: **Please help me get my game working...**

Replies: **12**     Yes, I played it here in Korea for months with no problem, and also know players in the EU. They play on the US servers. There are
Views: **167**     Japanese servers, but, well.. that won't help me very much.

**Topic: Please help me get my game working...**

**maeil**            Forum: **Technology Forum**   Posted: Thu Jun 26, 2008 10:31 pm   Subject: **Please help me get my game working...**

Replies: **12**     Hmm... I have no experience with that at all, either. I guess I'll try it if nothing else works... thank you, Demophobe.
Views: **167**

**Topic: Please help me get my game working...**

**maeil**            Forum: **Technology Forum**   Posted: Thu Jun 26, 2008 11:34 pm   Subject: **Please help me get my game working...**

Replies: **12**     I should have mentioned this before. According to the ping test, Sony's server, in California, is hop #15 from us. I don't have the
Views: **167**     sheet in front of me, but I do remember my husband saying that hop #3 had an IP address very similar to the one given to us by
KT... not sure if that means anything, though.

**Topic: Mosquitos**

**maeil**            Forum: **General Discussion Forum**   Posted: Fri Jun 27, 2008 5:33 pm   Subject: **Mosquitos**

Replies: **25**     I lived in an officetel once with windows that pushed out, like you described.. we had screens that rolled down from the top of the
Views: **878**     window and hooked at the bottom, sort of like a recoiling window shade. They probably aren't difficult to install at all, but I can
imagine something like that being a bit pricey.

---

Jump to:  Select a forum            Go

This page is maintained by the one and only Dave Sperling.
Contact Dave's ESL Cafe
Copyright © 2009 Dave Sperling. All Rights Reserved.

Powered by phpBB © 2001, 2002 phpBB G oup

TEFL International Supports Dave's ESL Cafe

L0037

**HOME**      **JOBS**      **STUFF FOR TEACHERS**      **STUFF FOR STUDENTS**      **STUFF FOR EVERYONE**      Site Search: [_____] GO!

TEFL International Supports Dave's ESL Cafe





### Korean Job Discussion Forums
"The Internet's Meeting Place for ESL/EFL Teachers from Around the World!"

❓FAQ   🔍Search   👥Memberlist   👤Usergroups
👤Profile   ✉You have no new messages   ⏻Log out

# Search found 667 matches

**Korean Job Discussion Forums Forum Index**

| Author | Message |
|---|---|
| 🔁 **Topic:** Privates in Thailand | |
| **maeil**<br><br>Replies: **4**<br>Views: **238** | 📄 Forum: **Travel Forum**   Posted: Mon Jul 07, 2008 9:52 pm   Subject: **Privates in Thailand**<br><br>My husband and I will be heading to Thailand and staying there for about 6 months while we study Thai massage at an institute in Chiang Mai. I'm wondering if, while we're there, we'll be able to supplement our savings by finding some students for private English lessons. Is it as illegal there as it is in Korea, or are the rules a bit more lax? I don't want to do anything that could jeopardize my time there.<br><br>Thanks for any info on the subject. |
| 🔁 **Topic:** Seoul to Daejon | |
| **maeil**<br><br>Replies: **8**<br>Views: **160** | 📄 Forum: **General Discussion Forum**   Posted: Wed Jul 09, 2008 4:09 pm   Subject: **Seoul to Daejon**<br><br>Hey nolegirl,<br><br>There's no subway from Seoul to Daejeon. Your best bet would be to take a train or a bus. From Seoul Station you have three options for trains: the KTX (fastest and most expensive), the Saemaul (middle ground), and the Mugunghwa (slowest and cheapest). My personal preference is the Saemaul. What the KTX has in speed I find it totally lacks in comfort.<br><br>You can take a bus from the Express Bus terminal in Kangnam.<br><br>Here's information about the trains: http://www.korail.com/en/pr/pr21100/w_pr21110.jsp<br><br>Be careful with the spelling on that site: Seoul and Daejeon.<br><br>Sorry to say I don't have a link for info about buses. |
| 🔁 **Topic:** Seoul to Daejon | |
| **maeil**<br><br>Replies: **8**<br>Views: **160** | 📄 Forum: **General Discussion Forum**   Posted: Wed Jul 09, 2008 6:59 pm   Subject: **Seoul to Daejon**<br><br>That's interesting, FRANK, to be honest I don't take it often enough to have thought about upgrading. When you say 30,000, are you saying that's the price of a first class ticket to Daejeon, or is it 30,000 on top of the normal ticket price? Round trip tickets to Busan a few weeks back were 98,000 won, which kind of shocked me. |
| 🔁 **Topic:** Describe an Officetel for me. | |
| **maeil**<br><br>Replies: **26**<br>Views: **1282** | 📄 Forum: **General Discussion Forum**   Posted: Wed Jul 09, 2008 9:59 pm   Subject: **Describe an Officetel for me.**<br><br>If you can get one with a loft, I find they are very decent living accommodations for one person. Put your mattress up in the loft (the lofts are usually 1/2 the height of a normal ceiling so you'll have to crawl around), and do your living downstairs.<br><br>I had a DJ living next to me when I lived in my officetel, and I could only hear him playing if I went out into the hallway. The view was nice, but the huge windows facing east really heated up the apartment in the morning. I liked that it was very easy to clean. No problems with bugs.<br><br>Ask to see pictures. There is a wide range of what qualifies as an officetel, from small boxes to large airy spaces. |
| 🔁 **Topic:** Privates in Thailand | |
| **maeil**<br><br>Replies: **4**<br>Views: **238** | 📄 Forum: **Travel Forum**   Posted: Sun Jul 13, 2008 4:56 pm   Subject: **Privates in Thailand**<br><br>Haha, all right, thanks for the advice guys. We're saving every won we can these days to get ready for our stay there, and I can see it probably wouldn't be worth my time to try the English route in our spare time. That's fine.<br><br>We're most likely going to be signing up for this place: http://www.tmcschool.com/<br><br>And this is the particular program: http://www.tmcschool.com/gct.asp |

L0038

Replies: **10**
Views: **214**

(USA) passport, with empty pages beginning at page 8. No country since then (including Korea, Japan, and China) has ever had a problem going back and using the unused pages.

I really doubt those 22 pages are null and void.

🔲 Topic: **korean sauna virgin**

**maeil**

📭 Forum: **General Discussion Forum**   Posted: Mon Jul 28, 2008 7:49 pm   Subject: **korean sauna virgin**

Replies: **60**
Views: **5415**

> **maddog wrote:**
>
> Just don't go to the Hamilton Hotel in Itaewon.

Do you know of a good one in the area? The Itaewon / Haebangchon / Kyungridan area? I moved here a year ago from Bundang and haven't been to the sauna since. I miss it.

🔲 Topic: **korean sauna virgin**

**maeil**

📭 Forum: **General Discussion Forum**   Posted: Mon Jul 28, 2008 7:57 pm   Subject: **korean sauna virgin**

Replies: **60**
Views: **5415**

Well, there's a good one behind Seoul Station. If you go behind it and Lotte Mart is at your back, it's at like 2 o'clock across the street. I'd just like to find one that I can walk to.

🔲 Topic: **Need someone to handle a Class Action Lawsuit against B O A**

**maeil**

📭 Forum: **Off-Topic Forum**   Posted: Tue Jul 29, 2008 12:55 am   Subject: **Need someone to handle a Class Action Lawsuit against B O A**

Replies: **10**
Views: **768**

I once wrote them a scathing letter about charging me an overdraft fee... I was in college and broke, and supposed to have a free student checking account. My balance was $0 or a few cents, and they charged me a $5 monthly fee which sent me $4 and change into overdraft, on which they charged me the $35 fee. They refunded the fee "as a courtesy" after I complained, but they didn't stop charging me the $5 monthly fee on my account until recently, with no further action by myself.

If you use online banking, fill out a customer service complaint form. They actually do get checked. (My account is from the greater Boston area, too.)

Oh, one other fun story about Bank of America. I had JUST arrived in Korea 3 years ago when they decided to close my account. Why? My roommate had bounced a check to me. It was a rather large one - he owed me for rent. Because we had the same address listed though, the bank thought it was some sort of scam and they disabled my check card - the only source of funds I had in Korea that first month. They then refused to send my new card to Korea. ==I had to get my father to go into the branch and then FedEx it for me. Broke== and scared is not a good way to start off in Korea. ==Jetlag and late night calls back to the States to get it sorted made things worse.==

🔲 Topic: **Not a planning culture?**

**maeil**

📭 Forum: **General Discussion Forum**   Posted: Tue Jul 29, 2008 5:51 pm   Subject: **Not a planning culture?**

Replies: **36**
Views: **1486**

> **Demophobe wrote:**
>
> They complete a building and within weeks, it has holes crudely chistled through the new walls, windows and ceilings. Corners of windows broken out to fit the boiler exhaust pipe. TV wires, gas lines and air cond t oning lines are strewn over the building randomly, haphazardly, often dangling loose in front of windows or over balconies and doors.
>
> They don't even think that the tenants of an apartment may want cable? Air conditioners? Gas? A boiler?

This is a somewhat old thread, but still true today. A shiny new building went up near me (Haebangchon) recently, seemingly a great improvement over the crumbling buildings all around. As it was going up, we even looked at it thinking, "Wow, it would be nice to live there."

Now it's finished, and just as you say.. exhaust holes through all of the windows, bundles of wires tacked on the outside of the building, air conditioning tubes going into random holes in the fake-brick facing. Just recently we had a room in our apartment re-wallpapered, and my man (a former construction worker/electrician) nearly went ballistic at the shoddy workmanship... the only way I could console him is by saying, "We won't be here in 6 months, and this building won't be here much longer than that, either." I'm sure that it's true.

🔲 Topic: **Black List and White List - Itaewon & HBC restaurants**

**maeil**

📭 Forum: **General Discussion Forum**   Posted: Wed Jul 30, 2008 5:38 pm   Subject: **Re: Black List and White List - Itaewon & HBC restaurant**

Replies: **90**
Views: **5451**

> **PastImperfect wrote:**
>
> Phillies
> (HBC main street)
> If you go past at the right time of day you'll see the kitchen staff eating Korean takeaway. Everything negative about the word expat is captured by the food at Phillies.

The food... and the owner. 😊

🔲 Topic: **Your Korean name**

**maeil**

📭 Forum: **Off-Topic Forum**   Posted: Wed Jul 30, 2008 5:43 pm   Subject: **Your Korean name**

Replies: **34**
Views: **857**

Song Ji-Ra

🔲 Topic: **Gyms in Haebangcheon**

**maeil**

📭 Forum: **General Discussion Forum**   Posted: Wed Jul 30, 2008 7:30 pm   Subject: **Gyms in Haebangcheon**

- some ground up sesame seeds

Add:
- 1/2 chopped onion
- 1 cut up scallion
- some frozen ddeok (rice cake)
- some frozen, sliced veggies (if available)

Cook for a few minutes until the ddeok starts to soften. Add the noodles and the stems of baby bok choi (save the leaves).

After about two minutes, crack an egg into it and stir.

When the egg has firmed up, turn off the heat. Add the baby bok choi leaves and about a cup of spinach. Stir to heat the leaves through.

If I have them available, I might thaw a few jumbo shrimp and throw them in just after the egg. To avoid overcooking the shrimp I time it so that they aren't quite cooked by the time I turn off the heat on the stove, and then I let it all rest a minute or two while the shrimp, the leaves, and spinach heat through.

A few more sesame seeds and the green part of the scallion on top as garnish. Yum. I had this for a lazy dinner tonight. I love it because it's easy and it doesn't leave you with that "Ugh" feeling of ramen.

**Topic: Women's Clothing Swap?**

**maeil**

Replies: **30**
Views: **790**

Forum: **General Discussion Forum**    Posted: Mon Oct 06, 2008 5:07 am    Subject: **Women's Clothing Swap?**

Hi there,

More votes keep coming in for the 26th.

Right now it's between the 19th and the 26th, with 0 and 7 votes, respectively. If you want to vote, either post here on on the facebook page 😄

**Topic: Newspaper microfiche?**

**maeil**

Replies: **1**
Views: **50**

Forum: **General Discussion Forum**    Posted: Mon Oct 06, 2008 7:42 pm    Subject: **Newspaper microfiche?**

I need a copy of a Korean newspaper from about two years ago. I know the paper name and the approximate date of the issue. Does anyone know if there are resources available like in the States - old microfiche copies of newspapers that I could photocopy? Know of a location in Seoul?

Thanks a lot.

**Topic: Hair dye for sale**

**maeil**

Replies: **5**
Views: **254**

Forum: **Buy/Sell/Trade Forum**    Posted: Mon Oct 06, 2008 8:09 pm    Subject: **Hair dye for sale**

I have two boxes of L'oreal Super Blonde hair bleaching kit. See this Link.
The boxes are a bit banged up from travel, but the contents are intact. It's gentle on your hair and really great for bleach blondes who want to touch up their roots without an expensive salon visit. **Update - Bleach kits sold.**

I also have one complete L'oreal Couleur Experte kit, minus the plastic tray and box, in color 6.4, "Ginger Twist." I brought it back from the USA in a plastic bag. You can use a glass or plastic bowl instead of using the plastic tray it normally comes with. All the product and instructions are included. **Update - I have two of these kits.**

I'm asking 5,000 won each for the bleach kits and 10,000 won for the Couleur Experte kit. I bought the bleach kits for about $12 each and the Couleur Experte kit for $19.

I would like to sell this by Friday. I live in Haebangchon and can meet here or in Itaewon. Just reply to this post or send me a PM.

**Topic: Hair dye for sale**

**maeil**

Replies: **5**
Views: **254**

Forum: **Buy/Sell/Trade Forum**    Posted: Mon Oct 06, 2008 9:12 pm    Subject: **Hair dye for sale**

I just found another box of the same Couleur Experte, in box with the trays and everything. So I have two of each type of dye for sale.

**Topic: Newspaper microfiche?**

**maeil**

Replies: **1**
Views: **50**

Forum: **General Discussion Forum**    Posted: Mon Oct 06, 2008 11:40 pm    Subject: **Newspaper microfiche?**

Bump... I could really use this info. Thank you.

**Topic: Hair dye for sale**

**maeil**

Replies: **5**
Views: **254**

Forum: **Buy/Sell/Trade Forum**    Posted: Wed Oct 08, 2008 4:52 pm    Subject: **Hair dye for sale**

a bump! I'm leaving on Saturday and would really like to sell this before then.

**Topic: Hair dye for sale**

**maeil**

Replies: **5**
Views: **254**

Forum: **Buy/Sell/Trade Forum**    Posted: Wed Oct 08, 2008 11:48 pm    Subject: **Hair dye for sale**

Hi there,

Sure, I'll post. Can you send me your address by PM?

L0040

And aphase, I'm not offended... but YOU try finding these things here, except on base... I had to go through quite a hassle to get them. I'm honestly more interested in saving some other women that hassle than I am making back my money 😄

**Topic: Two loving kitties need fostering**

**maeil**

Replies: **1**
Views: **193**

Forum: **Buy/Sell/Trade Forum**   Posted: Sat Oct 18, 2008 1:41 pm   Subject: **Two loving kitties need fostering**

Hello,

I've returned to the States due to an emergency, and I've had to leave my two babies behind. I am looking for a foster home for them. I say foster, because I hope that when my business here is finished I can take them back once again. They are currently with my husband, but he will soon be moving as well. This is a good deal for people who are in Korea for a year or so and not looking to keep cats beyond that.

It is very important to me that the two stay together, as they are brother and sister, have been together since birth, and they love each other greatly. They are two years old, fixed and with all of their shots. Their mother was a street cat, but they have never lived outside and have never had any health problems.

These are some of the chillest, nicest cats you will ever meet. I have never had a scratch from either of them, and they only nip (not bite) when they are playing or want to get your attention. The boy is a bit on the big side and tolerates kids very well. His sister is smaller and a bit more nervous, but she would run away from someone instead of lashing out if she ever felt uncomfortable. They've lived with one other cat for a short time before, and after a period of adjustment they all became good friends. I'm sure they could adjust to a small dog, as well.

They come with all the accessories.. clippers, toys, litter box, sticky rollers to remove cat hair from clothing, and the teddy bear I've had since I was 8 which the female sometimes likes to suckle. We can also help with getting good deals on food and litter in the Seoul area, if you need it.

I am willing to go to great lengths for these cats, but unfortunately right now finances prevent me from flying them back to the States. When the fostering period is up, I definitely will be flying them back here. If you are seriously interested in giving a home to these great guys for a year or so, please send me a PM and I will send you a whole lot more info and some pics. Thank you.

Goto page **Previous**  **1**, **2**, **3** ... , **43**, 44, **45**  **Next**
All times are GMT - 8 Hours

Jump to: Select a forum   ▾  Go

This page is maintained by the one and only Dave Sperling.
Contact Dave's ESL Cafe
Copyright © 2009 Dave Sperling. All Rights Reserved.

Powered by phpBB © 2001, 2002 phpBB G oup

**TEFL International Supports Dave's ESL Cafe**



 Applications          **Home   Profile   Friends   Inbox**                              Settings   Logout   Search   Chat (**2**)

 **Michael's Wall-to-Wall with Jade Harrelson**

Jade's Profile | Michael's Profile | Back to My Profile

 **Michael Munson** Jade! I'm so sorry I couldn't get to see you while I was over there. I heard about you from Seo Yu Jin nim a lot though. I miss you! When do you come to the states? I'll be in Boston a bit this summer. Lots and lots of love from Mago and me. Cjkw always:)
May 29, 2008 at 9:38pm

 **Jade Harrelson** :) Danielle told me you guys looked like you'd been running around a lot when she saw you last. Hope you're getting time to see the country in the spring... I'm hoping to get out of the city sometime soon, myself.
April 21, 2008 at 7:57pm · Comment · Like

 **Michael Munson** Yeah...schedule is crazy~! But great. I'm still sincerely planning on making our connection happen. It'll probably be the week of 4/28-5/2. I've been seeing Seo Yu Jin nim a lot and she says you are doing well. I'm happy to hear that:) Lots of love, talk soon!
April 21, 2008 at 9:32am

 **Jade Harrelson** Hey mister,

How much longer you here for? Heard your team might be working with kids from BR English.. anyway, I'll be here.
April 20, 2008 at 8:18am · Comment · Like

 **Jade Harrelson** Ahhh I thought so too. Happy birthday darlin.
April 8, 2008 at 10:34pm · Comment · Like

 **Michael Munson** Yup, the 23rd...until the 27th. You?
December 18, 2007 at 10:25am

 **Jade Harrelson** What's your story, old friend? Will you be in Boston this winter?
December 4, 2007 at 5:32am · Comment · Like

 **Jade Harrelson** Hey darlin,

I'll be in Boston from December 16th to Jan. 15th. :)
October 31, 2007 at 3:21am · Comment · Like

 **Jade Harrelson** Hey darlin ;)
Translation:

Happy birthday to you
Happy birthday to you
Beloved Michael nim
Happy birthday to you.
I really miss you and love you.

Doing well. Hanging out in the land of the morning calm a few more months, then I'll see where the wind takes me this fall.. have a feeling it beings with an A and rhymes with "Slam first", though. ;)

Love.
April 8, 2007 at 5:17pm · Comment · Like

 **Michael Munson** Listening to a foreign language is onething, reading... How are YOU?! I saw Angela from Seattle this weekend...much love:)
April 8, 2007 at 12:31pm

 **Jade Harrelson** 생일 축하합니다
생일 축하합니다
사랑하는 마이클 님
생일 축하합니다!

너를 너무 너무 보고 싶고 사랑해요. ;)
April 8, 2007 at 8:23am · Comment · Like

Older Posts

English (US)

Create an Ad

**모두가 즐기는Mafia Wars**



매일마다 6백만명의 플레이어들이 노는 게임, 친구들은 아마도 벌써 놀고있을 이 게임! 무료 게임하기

Like

**Time Gallery**



網上訂購瑞士優質名表。高貴典雅、款式齊全。Exclusive Watches. Buy Online.

Like

**EF해외인턴쉽**



해외영어연수와 다양한 분야의 실무 사무직 인턴쉽 경험. 영국, 호주, 미국, 캐나다. 8주 4570, 12주 6470 24주 8210 부터. (수업, 숙식 포함)

Like

More Ads

**RECENT ACTIVITY**

Jade wrote on Kara Mann's Wall.

Jade and Christopher Douglas Tobin are now friends.

Jade changed her Looking For.

Jade and Olivia Park are now friends.

Jade wrote on Women's Clothing Swap's Wall.

Jade is attending Women's Clothing Swap.

Jade commented on Robert Kingsbury's photo.

Jade commented on Robert Kingsbury's photo.

Jade and Dave Barrett are now friends.

Jade joined the South Korea network.

Jade left the Boston, MA network.

Jade is attending Solo at Stereo.

Jade and Devon Atreyu Lannen-Dobie are now friends.

---

**RECENT ACTIVITY**

Jade and Ko Smith are now friends.

Jade and Meg Weeks are now friends.

Jade wrote on Lucie Vogel's Wall.

Jade wrote on Lucie Vogel's Wall.

Jade and Lucie Vogel are now friends.

Jade and Steve Pierce are now friends.

3 more similar stories

Jade wrote on Christmas Potluck's Wall.

---

 **Jade Harrelson**

**What's happening in Boston?**

Hey Bostonites, I'll be heading back to the city of dirty water for a month on December 15th. Anything interesting happening? I haven't been home in several years, so there are plenty of people I'd like to see.....

December 7, 2007 at 3:09am · Comment · Like · Share

 Josie Fox at 6:36pm December 7, 2007
hey jade,
Definitely go to the aquarium. I hadn't been in years, but I went when I was home for Thanksgiving. It is pretty much the same, but thyy have added some new tanks, and a few new exhibits. Make sure you see the leafy sea dragons--they are amazing. I will post some photos.
~josie

 David Hyde at 8:47am December 9, 2007
hell yes, it's gonna be good

Write a comment...

---

**RECENT ACTIVITY**

Jade wrote on Mike Munson's Wall.

Jade and Gypsy Stephen are now friends.

Jade and Kurt Catlin are now friends.

---

**RECENT ACTIVITY**

Jade wrote on Sunday Lunch at Sanchon's Wall.

Jade is attending Sunday Lunch at Sanchon.

Jade wrote on Sunday Lunch at Sanchon's Wall.

Jade wrote on Travis Stellfox's Wall.

Jade and Ronni Armstead are now friends.

L0043

Facebook | Jade Harrelson's Photos - 2nd attempt at China    11/5/09 10:53 AM

Home    Profile    Friends    Inbox

Settings    Logout    [Search]

## Jade Harrelson's Photos - 2nd attempt at China

Photo 1 of 17 | Back to Album | Jade's Photos | Jade's Profile    Previous  Next

Create an Ad



More Ads

The scaffolding hides his face… but somewhere back there, Mao is looking on. That's the worst bike ever, by the way. Don't rent it if you go to Beijing.

In this photo: Jade Harrelson (photos)

From the album:
"2nd attempt at China" by Jade Harrelson

Added August 28, 2007  Comment  Like

Write a comment…

Share

Tag This Photo
Report This Photo

Facebook © 2009    English (US)    About    Advertising    Developers    Careers    Terms    ■    Find Friends    Privacy    Mobile    Help

Applications    ⭐ 💬 🟩    |    Chat 1    |    6

http://www.facebook.com/photo.php?pid=1148196&id=634495526    Page 1 of 1

L0044

Home   Profile   Friends   Inbox                                        Settings   Logout   Search

## Jade Harrelson's Photos - 2nd attempt at China

Photo 7 of 17 | Back to Album | Jade's Photos | Jade's Profile                      Previous Next



Jade Harrelson

In the cable car up the mountain to the wall.

In this photo: Jade Harrelson (photos)

Create an Ad

More Ads

From the album:
"2nd attempt at China" by Jade
Harrelson

Added August 28, 2007 · Comment · Like

Share

Tag This Photo
Report This Photo

 **Amber Flannery** you cheater!!!!!!!!! we climbed up and
down the damn thing and i busted my ass!
August 28, 2007 at 4:45am

 **Jade Harrelson** Haha... the way they explained it was that
it was either an hour hike to the wall, then 3 hours on the
wall, or a 14 minute ride up the wall, and then 3.5 hours on
the wall. We took the easy way up and took our time on
the wall ;) The hike down was nice though, there was a
great wooden bridge to cross over a lake.
August 28, 2007 at 4:57am

Write a comment…

Home    Profile    Friends    Inbox                                    Settings    Logout    Search

## Jade Harrelson's Photos - 2nd attempt at China

Photo 9 of 17 | Back to Album | Jade's Photos | Jade's Profile                    Previous  Next



Jade Harrelson

In this photo: Jade Harrelson (photos)

From the album:
"2nd attempt at China" by Jade Harrelson

Added August 28, 2007 · Comment · Like

Write a comment...

Share

Tag This Photo
Report This Photo

Create an Ad

### 아메리칸 어패럴 코리아

 

American Apparel

미국 패션을 한국에 담아오다.
No 스웻샵. 아메리칸 어패럴
입니다. 8개의 스토어가 한국
에 위치하고있어요.

Like

### Photography Lessons Korea



Photography lessons in
Seoul. Alaric Productions
offers english photography
lessons in Seoul, South
Korea at very reasonable
rates.

Like

### 모두가 즐기는 Mafia Wars



매일마다 6백만명의 플레이어
들이 노는 게임, 친구들은 아
마도 벌써 놀고있을 이 게임!
무료 게임하기

Like

More Ads

L0046

Facebook | Jade Harrelson's Photos - 2nd attempt at China                11/5/09 10:55 AM

Home   Profile   Friends   Inbox                          Settings   Logout   Search

### Jade Harrelson's Photos - 2nd attempt at China
Photo 14 of 17 | Back to Album | Jade's Photos | Jade's Profile                          Previous  Next



Do you see me?                                    From the album:
                                                  "2nd attempt at China" by Jade
                                                  Harrelson

Added August 28, 2007 · Comment · Like

Write a comment...                                Share

                                                  Tag This Photo
                                                  Report This Photo

Create an Ad

**You can be in South Korea**



and still earn a degree from an accredited U.S. university. Ask us about our over 100 online programs and degrees. Click here.

Like

**Battle of the Bands**



Stompers Battle in Itaewon starts this Saturday. Click here to see the lineup for this FREE concert with all-you-can-drink specials

Like

**Looking for a church?**



With Korean lessons starting this weekend and Thanksgiving dinner coming soon, now is a great time to visit! Come worship God with us.

Like

More Ads

Facebook © 2009   English (US)                    About  Advertising  Developers  Careers  Terms  ■  Find Friends  Privacy  Mobile  Help

L0047

Facebook | Jade Harrelson's Photos - 2nd attempt at China                                                11/5/09 10:56 AM

Home   Profile   Friends   Inbox                                        Settings   Logout   [Search]

## Jade Harrelson's Photos - 2nd attempt at China

Photo 15 of 17 | Back to Album | Jade's Photos | Jade's Profile                    Previous  Next



In this photo: Mackenzie Wood (photos), Jade Harrelson (photos)

From the album:
"2nd attempt at China" by Jade
Harrelson

Added August 28, 2007 · Comment · Like

 **Mackenzie Wood** My god we are cute!
August 31, 2007 at 5:07am

[ Write a comment... ]

Share

Tag This Photo
Report This Photo

Create an Ad

**You can be in South Korea**



and still earn a degree from an accredited U.S. university. Ask us about our over 100 online programs and degrees. Click here.

Like

**Battle of the Bands**



Stompers Battle in Itaewon starts this Saturday. Click here to see the lineup for this FREE concert with all-you-can-drink specials

Like

**Looking for a church?**



With Korean lessons starting this weekend and Thanksgiving dinner coming soon, now is a great time to visit! Come worship God with us.

Like

More Ads

Facebook © 2009   English (US)        About  Advertising  Developers  Careers  Terms ■ Find Friends  Privacy  Mobile  Help

Applications                             Chat (1)                          6

Home    Profile    Friends    Inbox                                    Settings    Logout    Search

### Jade Harrelson's Photos - 2nd attempt at China

Photo 17 of 17 | Back to Album | Jade's Photos | Jade's Profile                    Previous  Next



Jade Harrelson

I would argue with Mackenzie - you can NEVER have too many pictures of yourself on the Great Wall.

In this photo: Jade Harrelson (photos)

From the album:
"2nd attempt at China" by Jade Harrelson

Added August 28, 2007 · Comment · Like

 Amber Flannery i agree- did you see how many i have of me and the great wall :)
August 28, 2007 at 4:44am

 Carole Raniowski Hillson I took 5 rolls. Gosh, film. I'm old...
March 7, 2008 at 6:42am

Write a comment...

Share

Tag This Photo
Report This Photo

#### iVoice - Your Voice



November issue is up! Ulsan Rape Case update - Hussain and Korea - Korean IQ - Moodles - and MORE- Now accepting submissions for Dec 09

Like

#### The Shop Korea



The Shop Korea is an internet shopping mall for foreigners in Korea. You will find your size and style at the shop korea.

Like

#### Amazing Grace



Have you ever wondered what is so AMAZING about Grace? Click here to find out.

Like

More Ads

Create an Ad

Facebook © 2009    English (US)                    About  Advertising  Developers  Careers  Terms    Find Friends  Privacy  Mobile  Help

Applications                                    Chat 1                    6

## Jade Harrelson's Photos - Recent times

Photo 14 of 16 | Back to Album | Jade's Photos | Jade's Profile                                    Previous  Next



In this photo: Jade Harrelson (photos)

From the album:
"Recent times" by Jade Harrelson

Added February 20, 2007 · Comment · Like

Share ✚

L0050

Home    Profile    Friends    Inbox                    Settings    Logout    [Search]

## Photos of Jade Harrelson

Photo 59 of 64 | Photos of Jade | Jade's Profile                    Previous  Next



Jade Harrelson

In this photo: Jade Harrelson (photos), Kurt, Sky

From the album:
"Out n About Korea" by Randi Jeung

Create an Ad

### EF해외인턴쉽



해외영어연수와 다양한 분야의 실무 사무직 인턴쉽 경험. 영국, 호주, 미국, 캐나다. 8주 4570, 12주 6470 24주 8210 부터. (수업, 숙식 포함)

Like

### Looking for a church?



With Korean lessons starting this weekend and Thanksgiving dinner coming soon, now is a great time to visit! Come worship God with us.

Like

### World MBA Tour



Meet the world's top business schools and alumni. Tuesday, 3rd November. Register online.

Like

More Ads

Added September 9, 2007 · Comment · Like


Jade Harrelson Sky looks scary ;)
September 10, 2007 at 8:11pm

Write a comment…

Share

Tag This Photo

Report This Photo

Home    Profile    Friends    Inbox

Settings    Logout    <span>Search</span>

## Photos of Jade Harrelson

Photo 62 of 64 | Photos of Jade | Jade's Profile                                    Previous  Next

Create an Ad



In this photo: Jade Harrelson (photos), Reina

From the album:
"Out n About Korea" by Randi Jeung

Added September 9, 2007 · Comment · Like

Write a comment…

Share

Tag This Photo
Report This Photo

아메리칸 어패럴 코리아

 

American Apparel

미국 패션을 한국에 담아오다.
No 스웻샵. 아메리칸 어패럴
입니다. 8개의 스토어가 한국
에 위치하고있어요.

Like

Worldestiny



At Worldestiny we know
that learning a new
language can be difficult
and time consuming. Try
our English learning
programs! Guaranteed!

Become a Fan

You can be in
South Korea



and still earn a degree from
an accredited U.S. university.
Ask us about our over 100
online programs and
degrees. Click here.

Like

More Ads

Facebook © 2009    English (US)                                    About  Advertising  Developers  Careers  Terms  ■  Find Friends  Privacy  Mobile  Help

L0052

Facebook | Photos of Jade Harrelson                                                                                    11/5/09 11:26 AM

Home   Profile   Friends   Inbox

Settings   Logout   [Search]

## Photos of Jade Harrelson

Photo 63 of 64 | Photos of Jade | Jade's Profile                                    Previous Next

Create an Ad

### 아메리칸 어패럴 코리아

 

American Apparel

미국 패션을 한국에 담아오다.
No 스웻샵. 아메리칸 어패럴
입니다. 8개의 스토어가 한국
에 위치하고있어요.

Like

### Worldestiny



At Worldestiny we know
that learning a new
language can be difficult
and time consuming. Try
our English learning
programs! Guaranteed!

Become a Fan

### You can be in South Korea



and still earn a degree from
an accredited U.S. university.
Ask us about our over 100
online programs and
degrees. Click here.

Like

More Ads



Jade Harrelson

Halabuhji's

In this photo: Ana Polic (photos), Jade Harrelson (photos), Hyo Eun Choi, Kurt Catlin (photos)

From the album:
"Out n About Korea" by Randi Jeung

Added September 9, 2007 · Comment · Like

Share

 Jade Harrelson I love how happy everyone looks in this photo.
January 30, 2008 at 2:27am

Tag This Photo
Report This Photo

Write a comment...

Facebook © 2009   English (US)                 About   Advertising   Developers   Careers   Terms   ■   Find Friends   Privacy   Mobile   Help

L0053

Home    Profile    Friends    Inbox

Settings    Logout    Search

### Jade Harrelson's Photos - Around town this summer

Photo 13 of 20 | Back to Album | Jade's Photos | Jade's Profile    Previous Next



World DJ festival

From the album:
"Around town this summer" by
Jade Harrelson

Added September 23, 2008 · Comment · Like

Write a comment…

Share

Tag This Photo

Report This Photo

Create an Ad

**모두가 즐기는Mafia Wars**



매일마다 6백만명의 플레이어
들이 노는 게임, 친구들은 아
마도 벌써 놀고있을 이 게임!
무료 게임하기

Like

**Choose your Adventure**



Join us on a trip around
South Korea. We travel on
the weekends to relax and
meet new people. Come
with us for skiing,
rafting,and more

Like

**You can be in South Korea**



and still earn a degree from
an accredited U.S. university.
Ask us about our over 100
online programs and
degrees. Click here.

Like

More Ads

L0054

Facebook | Jade Harrelson                                                                      11/5/09 11:32 AM

Home    Profile    Friends    Inbox                          Settings    Logout    Search



**Jade Harrelson** cooking and dancing in HER kitchen. on Monday

**Wall**    Info    Photos    Boxes

Create an Ad

**Photography Lessons Korea**

Photography lessons in Seoul. Alaric Productions offers english photography lessons in Seoul, South Korea at very reasonable rates.

Like

**You can be in South Korea**



and still earn a degree from an accred ted U.S. univers ty. Ask us about our over 100 online programs and degrees. Click here.

Like

**Amazing Grace**



Have you ever wondered what is so AMAZING about Grace? Click here to find out.

Like

More Ads

Write something…

Attach:                                                    Share

View Photos of Jade (80)
View Videos of Jade (1)
Send Jade a Message
Poke Jade

**Information**

Relationship Status:
In a Relationship w th
Warner Savage
Birthday:
November 22, 1982
Current City:
Boston, MA
Hometown:
Boston, MA

**Jade Harrelson** cooking and dancing in HER kitchen.
Mon at 7:05pm    Comment    Like                          Filters

Randi Jeung and 2 others like this.

View all 7 comments

Ken Roeder Sounds delicious:)
Mon at 8:47pm

Jeff Mcdonald hmmmm, don't tease please :-)
Mon at 11:53pm

Write a comment…

**David Hyde** of course, any time.

it's a beautiful day in watertown!

BOO!
November 1 at 11:59am    Comment    Like

**Jade Harrelson** is all moved in!
October 31 at 5:14pm    Comment    Like

2 people like this.

Write a comment…

**Jade Harrelson** Lovely day.

  

**Sunday.**
17 new photos
October 25 at 9:57pm    Comment    Like    Share



**Jade Harrelson** Dad and Robert get really into decorating for Halloween every year. People come from other towns to take pictures, and most kids are too scared on the actual night to come to the door for candy.

  

**Friends**

225 friends                                    See All

  
Roberta    Ben       Sandra
Russo      Svenson   Pollock


Barbara Vu    Lisa      Michael-
              Robbins   John
                        Tavantzis

  
Love ta    Arleen    Hamed
Morrison   Sinclair  Moj

**Gifts**

4 gifts                                        Give a Gift


From: Vivek


From: Jade


From: Sandra


Private

**Photos**
2 of 15 albums        See All


**Sunday.**
Created about a week ago


**Halloween at dad's**
Updated about a week ago

**Links**
3 of 11 links        See All

Human LCD : Close Up Video
6:10am Oct 16

Pool Boots Kids Who Might Change the Complexion | NBC Philadelphia
6:51pm Jul 8

UNIQLOCK
8:04pm Jun 12

Suggest Friends for Jade

Remove from Friends

Share

**Halloween at dad's**
8 new photos
October 25 at 9:50pm    Comment    Like    Share


**Karen Wallingford Agatep** cool!!
October 18 at 1:31pm


**Jenn Marquez** Your dad is so cool!
October 18 at 8:19pm


**Meredith Potter** this brings back fond memories of getting really into decorating when i was growing up. :)
October 28 at 4:58pm

Write a comment...


**Colleen Dalton-Petillo** I miss our south park talks
October 21 at 8:00pm via Facebook for iPhone    Comment    Like


**Jade Harrelson** damn dude, that is some bad ass wrestling
October 21 at 8:21pm


**Colleen Dalton-Petillo** El pollo loco and triceratops are my favourtes. Mad Irene is a close third
October 21 at 8:34pm

Write a comment...


**Liza Miller**
In this photo: Jade Harrelson


**Glamour photo shoot.**

October 18 at 10:10pm    View album

**RECENT ACTIVITY**

Jade commented on your status.

Jade and Faith Crawford are now friends. · Comment · Like

Jade commented on her own photo.


**Jade Harrelson** Really.

  

Glamour Magazine photoshoot. No, really.
29 new photos
October 18 at 11:49am    Comment    Like    Share

3 people like this.


**Jeff Mcdonald** wow, that is awesome! :-)
October 18 at 4:27pm


**Cherie Mar** Can't wat to see the article! Ladies you look awesome.
October 20 at 1:02am

L0056

Facebook | Jade Harrelson

**Lisa Robbins** tell me when.....
October 30 at 3:52pm

Write a comment...



**Jade Harrelson** has a lovely weekend ahead.
October 17 at 5:43am   Comment   Like

RECENT ACTIVITY

Jade and Tim Parks are now friends. · Comment · Like

Jade and Jake Hartnett are now friends. · Comment · Like

Jade and Heather Mamatey are now friends. · Comment · Like

**Jade Harrelson** Reposted from Jenn.... incredible.

Human LCD : Close Up Video
Source: www.youtube.com
SEE THIS VIDEO, AFTER SEEING   Human LCD  video. SOUTH
KOREA : High school students cheering for their soccer teams.
The most amazing thing is that they do this with their CLOTHES
(not holding up cards). ...

October 16 at 6:10am    Comment    Like    Share

3 people like this.

 **Wally Joyce** Pretty awesome indeed.
October 16 at 6:33am

Write a comment...



**Jade Harrelson** ... so I DO love being home and don't have any plans to
leave anytime soon... but sometimes <mark>on these cold nights I get such a
hankering for a few good oderg and a plate of ddeokbokki at a steaming
streetside stall...</mark>
<mark>October 13 at 8:57pm</mark>    Comment    Unlike

You, Kurt Catlin and MacKensie Cornelius like this.

 **Danielle Little** ...had both of those last week, actually. ;)
October 14 at 12:40am

Write a comment...

RECENT ACTIVITY

Jade likes Warner Savage's link.

Jade and Kiki Oosterbroek are now friends. · Comment · Like

Jade commented on Liza Miller's photo.

Jade and Patrick Br tton are now friends. · Comment · Like

Jade and Jeremy Shaffer are now friends. · Comment · Like



**Jade Harrelson** <mark>got home a year ago today. Korea was fun, but</mark> man this
has been a great year.
<mark>October 11 at 5:53pm</mark>    Comment    Like

2 people like this.

View all 4 comments

 **Jenn Marquez** Good to hear, my 1st year out of Korea
was good, not as fun as Korea, but defin tely interesting.
October 11 at 6:39pm

 **Meredith Potter** that's so awesome!

L0057

 **Chris Marcal** Hey! Call me at 617-779-7433 between 8 and 4:30, or at 781-962-0746 after that. Pumped to see you and meet Mr. Savage.
December 26, 2007 at 7:49pm

 **Lucie Vogel** ==Wow, you're here! Wh==en do you plan to come out here? I will be through Boston twice in the next week, but too busy to be able to devote a few hours to quality catching up.....then down to Va and back on the 4th....my cell is the same
==December 19, 2007 at 5:00pm==

 **Michael Munson** Yup, the 23rd...until the 27th. You?
December 18, 2007 at 10:25am

 **Daniel G. Kowalski** That's cool you'll be around a while longer. I'd have figured that the new visa regs would have put off anyone who was iffy about staying. I'm pretty good. Leaving next Wednesday for the Philippines and doing some oil spill clean up on saturday. You going to the veggie potluck on sunday?
December 13, 2007 at 5:29am

 **Daniel G. Kowalski** So, have you moved back to the States yet or are you still in Korea?
December 7, 2007 at 6:01am

 **Vivek James Powell-Pao Chiehming** Don't pick up your phone, why don't you?
December 4, 2007 at 11:21pm

 **Vivek James Powell-Pao Chiehming** My present is I TOUCH UR BUTT!
November 29, 2007 at 8:58pm

 **Reid Davenport** Thanks Jade! I don't come on here much myself - I work for another Community site called Mocospace.com now. We're getting married on 8-8-08 :). Congrats on your engagement as well! Hope everything in your post-UMass life is going well! Take care & Happy Thanksgiving!
November 22, 2007 at 7:49pm

 **Vivek James Powell-Pao Chiehming** Happy birthday~!
November 22, 2007 at 3:25pm

 **Vivek James Powell-Pao Chiehming** Here is a panda instead. Please don't eat it!
November 22, 2007 at 3:25pm

 **Vivek James Powell-Pao Chiehming** No! No pie for you! Fatty, fatty~
November 22, 2007 at 3:23pm

 **Kate Mulley** hey darling, happy birthday/thanksgiving!

hope korea's still treating you well.
November 22, 2007 at 4:36am

 **Jade Harrelson** Givin' myself a pie. Yum.
November 22, 2007 at 2:56am

 **Reid Davenport** Happy Birthday!
November 21, 2007 at 9:48pm

 **Azikiwe Chandler** HAPPY BIRTHDAY!!!
November 21, 2007 at 8:26pm

L0058

HOME      JOBS      STUFF FOR TEACHERS      STUFF FOR STUDENTS      STUFF FOR EVERYONE      Site Search: [_____] GO!

TEFL International Supports Dave's ESL Cafe

World's FIRST Virtual TESOL



**Dave Sperling presents the One and Only**
# Dave's ESL Cafe
*The Internet's Meeting place for ESL • EFL teachers + students from around the World!*

## Korean Job Discussion Forums
"The Internet's Meeting Place for ESL/EFL Teachers from Around the World!"

🔹 FAQ   🔹 Search   🔹 Memberlist   🔹 Usergroups
🔹 Profile   🔹 You have no new messages   🔹 Log out

# Search found 667 matches

Korean Job Discussion Forums Forum Index

| Author | Message |
|---|---|
| | **Topic: 50,000 won or best offer for big lot of stuff TONIGHT ONLY** |
| maeil | 🗋 Forum: **Buy/Sell/Trade Forum**  Posted: Thu Nov 23, 2006 7:40 pm   Subject: **50,000 won or best offer for big lot of stuff TONIGHT ONLY** |
| Replies: 2 Views: 1227 | pm sent 😊 |
| | **Topic: Coffee syrups?** |
| maeil | 🗋 Forum: **Buy/Sell/Trade Forum**  Posted: Tue Nov 28, 2006 11:25 pm   Subject: **Coffee syrups?** |
| Replies: 4 Views: 215 | Anyone know where I can find (and buy) syrups to flavor coffee, such as caramel, vanilla, raspberry etc? |
| | Thanks. |
| | **Topic: Coffee syrups?** |
| maeil | 🗋 Forum: **Buy/Sell/Trade Forum**  Posted: Wed Nov 29, 2006 1:25 am   Subject: **Coffee syrups?** |
| Replies: 4 Views: 215 | Excellent, thank you 😊 |
| | **Topic: Money from home to Korea** |
| maeil | 🗋 Forum: **General Discussion Forum**   Posted: Wed Nov 29, 2006 6:59 am   Subject: **Money from home to Korea** |
| Replies: 5 Views: 156 | I don't know for certain, but you can probably have someone back home get traveler's cheques and mail them to you. Money orders? |
| | **Topic: Coffee syrups?** |
| maeil | 🗋 Forum: **Buy/Sell/Trade Forum**  Posted: Sat Dec 02, 2006 11:41 pm   Subject: **Coffee syrups?** |
| Replies: 4 Views: 215 | Actually, it's specifically raspberry that I want. Have you tried the raspberry mocha from Holly's? I was dubious at first too, but actually, it's fantastic. Raspberry + chocolate + coffee is a wonderful combo. Try it sometime 😊 |
| | **Topic: Crazy English on TV** |
| maeil | 🗋 Forum: **General Discussion Forum**  Posted: Fri Dec 08, 2006 3:13 am   Subject: **Crazy English on TV** |
| Replies: 6 Views: 301 | What I'm seeing a lot lately is the incongruous use of the word 'scandal.' The only two examples that I can come up with are: |
| | 1) For a television phone - I can't think of the name brand. One with a girl looking under the couch, watching her television phone, the other with a girl peeling an apple, watching her television phone. They end with the slogan, "TV Scandal." |
| | 2) On the Style channel recently, I've seen a commercial showing all the types of things you'd expect to see on that channel: celebrities, fashion, money, makeup, etc. As these images are flashing, dangling from various locations on the screen is a sparkly, metallic pink dog tag with the words "Pink Scandal" written on it. |
| | What the hell is a pink scandal? Or a TV scandal, for that matter? |
| | **Topic: Is Something Rotten in Seoul or Am I Going Crazy?** |
| maeil | 🗋 Forum: **General Discussion Forum**  Posted: Sat Dec 09, 2006 3:59 am   Subject: **Is Something Rotten in Seoul or Am I Going Crazy?** |
| Replies: 15 | When I read the title of this post, I thought you were commenting on how bad the city smells. ^^ |

L0059

Alan D. Kaplan, *pro hac vice*
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
(212) 592-1400
akaplan@herrick.com

*Attorneys for Defendant Seung Heun Lee*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RICARDO BARBA; LILY CHRISTIAN; HEATHER CLEARY; VICTORIA DEROSA; MARJORY GARGOSH; CHUN HWA HA; JESSICA HARRELSON; WOO SEOK JANG; HUN KIM; ALEXA KRIEGER; ALANA LEE; SEUNG HEE LEE; LAUREL LEISHER; CHERIE MAR; LIZA MILLER; NINA MILLER; LISA MOREHOUSE; ARIADNE NEVIN; MEREDITH POTTER; ALEXANDRA ROMERO; KARINA ROSADO; AMY SHIPLEY; HEATHER SIMERAL; JULIA SIMONSON; MICHAEL STARACE; MICHAEL-JOHN TAVANTZIS; LUCIE VOGEL;<br><br>Plaintiffs,<br><br>vs.<br><br>SEUNG HUEN LEE; JOURNG SOOK LEE; DAHN YOGA & HEALTH CENTERS, INC.; TAO FELLOWSHIP, BR CONSULTING; INC.; MAGO EARTH, INC.; VORTEX, INC.; CGI, INC.; OASIS ARABIANS, LLC and DOES 1 to 100, Inclusive.<br><br>Defendants. | Case No CV 09-1115-PHX-SRB<br><br>**DECLARATION OF JI EUN PARK IN SUPPORT OF DEFENDANT SEUNG HEUN LEE'S MOTION FOR RECONSIDERATION PURSUANT TO LOCAL RULE 7.2(g) AND FED. R. CIV. P. 54(b)**<br><br>ORAL ARGUMENT REQUESTED |

**L0060**

I, JI EUN PARK, declare under penalty of perjury as follows:

1.      I am employed by defendant BR Consulting, Inc. at all relevant times set forth herein, and as such, I have personal knowledge of the facts set forth herein.

2.      In June 2009 and thereafter, after this lawsuit was filed, I searched the internet for materials relating to Jessica Harrelson (who is also known as "Jade" Harrelson), one of the plaintiffs in this action.

3.      I came across Jade's internet postings on "Dave's ESL Café" and "Facebook" websites, among other places, which are publicly accessible on the world wide web, and printed out copies of the web pages I found relating to Jade as they existed on the internet.

4.      I added bates numbers of "L0001" through "L0059" to the documents and redacted the username information. Apart from that, the documents attached as "L0001" through "L0059" are true and correct copies of the web pages as they existed on world wide web when I printed them.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Sedona, Arizona on this 10th day of November 2009.

_____
JI EUN PARK