1  **BURCH & CRACCHIOLO, P.A.**
   702 East Osborn Road
2  Phoenix, Arizona 85014
   Telephone (602) 274-7611
3

4  Howard Meyers, SBA #005007
   hmeyers@bcattorneys.com
   Randall D. Wilkins, SBA #009350
5  rwilkins@bcattorneys.com

6
   Attorneys for Defendants Dahn Yoga &
7    Health Centers, Inc., and Mago Earth, Inc.

8                    UNITED STATES DISTRICT COURT

9                     FOR THE DISTRICT OF ARIZONA

10 | RICARDO BARBA; LILY CHRISTIAN; HEATHER
11 | CLEARY; VICTORIA DEROSA; MARJORY
   | GARGOSH; CHUN HWA HA; JESSICA
12 | HARRELSON; WOO SEOK JANG; HUN KIM;          No. **CV 09-1115-PHX-SRB**
   | ALEXA KRIEGER; ALANA LEE; SEUNG HEE
13 | LEE; LAUREL LEISHER; CHERIE MAR; LIZA
14 | MILLER; NINA MILLER; LISA MOREHOUSE;        **DEFENDANTS/**
   | ARIADNE NEVIN; MEREDITH POTTER;             **COUNTERCLAIMANTS DAHN**
15 | ALEXANDRA ROMERO; KARINA ROSADO;            **YOGA & HEALTH CENTERS,**
   | AMY SHIPLEY, HEATHER SIMERAL; JULIA         **INC.'S AND MAGO EARTH,**
16 | SIMONSON; MICHAEL STARACE; MICHAEL-         **INC.'S NOTICE OF**
17 | JOHN TAVANTZIS; LUCIE VOGEL,                **SETTLEMENT**

18                    Plaintiffs,

19
                      v.                        (Assigned to The Honorable
20                                              Susan R. Bolton)

21 | SUENG HUEN LEE; JOURNG SOOK LEE; DAHN
   | YOGA & HEALTH CENTERS, INC.; TAO
22 | FELLOWSHIP; BR CONSULTING, INC.; MAGO
   | EARTH, INC.; VORTEX, INC.; CGI, INC.; OASIS
23 | ARABIANS, LLC; and Does 1 to 100,
   | inclusive,
24
25                    Defendants

26

Defendants/Counterclaimants Dahn Yoga & Health Centers, Inc. ("Dahn") and Mago Earth, Inc. ("Mago"), by and through counsel undersigned, and pursuant to Rule 40.2(d), LRCiv, hereby advise the Court that they and the other Defendants in this case have reached a settlement with the following Plaintiffs/Counterdefendants:

1. Marjory Gargosh
2. Chun Hwa Ha
3. Woo Seok Jang
4. Hun Kim
5. Seung Hee Lee
6. Nina Miller
7. Liza Miller
8. Ariadne Nevin
9. Meredith J. Potter
10. Alexandra Romero, and
11. Amy Shipley

Written Settlement Agreements and Mutual Releases and Stipulations for Dismissal With Prejudice as to each of the above listed Plaintiffs have been exchanged, and signatures of all parties are being obtained. Once fully executed copies of the Settlement Agreements have been obtained, Defendants Dahn and Mago will file the Stipulations for Dismissal along with the corresponding form of Order for signature by the Court.

DATED this 28th day of March, 2012.

BURCH & CRACCHIOLO, P.A.

By  / s / Randall D. Wilkins
HOWARD C. MEYERS
RANDALL D. WILKINS
R. AARON EDENS
Attorneys for Defendants Dahn Yoga &
   Health Centers, Inc. and Mago Earth, Inc.

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 28, 2012, the foregoing document was electronically transmitted to the Clerk's office and all CM/ECF registered users using the CM/ECF System for filing and service, and on the same date mailed copies of the same to:

Honorable Susan R. Bolton
UNITED STATES DISTRICT COURT
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 50
Phoenix, Arizona 85003-2153

And copies were mailed/e-mailed this 28th day of March, 2012, to the Plaintiffs listed below:

Ricardo Barba
134 Carondelet
New Orleans, Louisiana 70130

Lily Christian
104 Chattanooga Street
San Francisco, California 94114
lilychristian@hotmail.com

Victoria DeRosa
151 Mountain Road
Orange, Massachusetts 01364

Marjory Gargosh
Post Office Box 566275
Atlanta, Georgia 31175
mgargosh@att.net

Chun Hwa Ha
Post Office Box 541395
Flushing, New York 11354
chunha1513@gmail.com

Jessica Harrelson
110 North Street
Medford, Massachusetts 02155
jade.harrelson@gmail.com

Woo Seok Jang
2F, 372-1 Hapjeong-dong
Mapo-gu, Seoul, Korea
cwmaggie@naver.com

Seung Hee Lee
5F, 252-57 Guui-dong
Gwangjin-Gu, Seoul, Korea

Laurel Leisher
1204 Alcazar NE
Albuquerque, New Mexico 87110
lmleisher@aol.com

Hun Kim
Post Office Box 541395
Flushing, New York 11354

Alexa Krieger
36A Kakuau Street
Hilo, Hawaii 96720

Cherie Mar
522 North Kainalu Drive
Kailua, Hawaii 96734
cheriebmar@gmail.com

Liza Miller
51 Hawthorne Avenue
Arlington, Massachusetts 02476

Nina Miller
51 Hawthorne Avenue
Arlington, Massachusetts 02476

Lisa Morehouse
5 Jaegger Drive
Glen Head, New York 11545-1824
lisa_morehouse@yahoo.com

Ariadne Nevin
101 Chase Road
Edgartown, Massachusetts 02539

Meredith Potter
710 Silver Lake Avenue
Boulder, Colorado 80304
meredithjpotter@gmail.com

Alexandra Romero
1701 Hidden Bluff Trl., #3036
Arlington, Texas 76006

Karina Rosado
270 Canal Street, Apt. 424
Lawrence, Massachusetts 01840
kari4399@yahoo.com

Amy Shipley
4000 Dumaine Street, Apt. B
New Orleans, Louisiana 70119
amyandmiles@gmail.com

Heather Simeral
269 Savage Road
Milford, New Hampshire 03055

Julia Simonson
141 Laurel Grove Lane
San Jose, California 95126
julia.simonson@gmail.com

Michael Starace
863B Wallen Street
San Francisco, California 94129

Michael-John Tavantzis
45 Hull Shore Drive, Apt. 310
Hull, Massachusetts 02045
tavantzi@gmail.com

Lucie Vogel
Post Office Box 134
Hartland, Vermont 05048
luciejamesvogel@yahoo.com


By / s /  Emilia Serrata