Frank R. Mead, #020577
Lorona Mead, PLC
2111 E. Highland Avenue, Suite 431
(602) 385-6817 (p) • (602) 606-8300 (f)
frank@loronamead.com

Attorneys for Laurel Leisher and Lucie Vogel

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricardo Barba, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>Seung Heun Lee, et al.,<br><br>　　　　　　Defendants. | No. **CV 09-1115-PHX-SRB**<br><br>**Notice of Settlement** |

Plaintiffs Laurel Leisher and Lucie Vogel provide notice under Local Rule 40.2(d) that the parties have settled all claims and counterclaims. The parties expect to finalize a settlement agreement and submit a stipulation to dismiss all claims and counterclaims with prejudice within 30 days. The parties ask the Court to vacate all further case deadlines and proceedings.

Submitted this 1st day of March, 2013.

**Lorona Mead, PLC**

By:　*/s/ Frank R. Mead*　　　　　　　　.
　　　Frank R. Mead
　　　2111 E. Highland Avenue, Suite 431
　　　Phoenix, Arizona 85016
　　　Attorneys for Laurel Leisher and Lucie Vogel

-1-

**Certificate of Service**

I certify that on March 1, 2013, I electronically transmitted the attached Notice of Settlement to the U.S. District Court Clerk's Office using the CM/ECF System for filing.

By: /s/ Frank R. Mead