IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricardo Barba, et al.,<br><br>             Plaintiffs,<br><br>  v.<br><br>Seung Heun Lee, et al.,<br><br>             Defendants. | No. CIV-09-01115-PHX-SRB<br><br>ORDER |

Plaintiffs having filed a Notice of Settlement;

IT IS ORDERED that this matter will be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

DATED this 1st day of March, 2013.

_____
Susan R. Bolton
United States District Judge