IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RICARDO BARBA; LILY CHRISTIAN; HEATHER CLEARY; VICTORIA DEROSA; MARJORY GARGOSH; CHUN HWA HA; JESSICA HARRELSON; WOO SEOK JANG; HUN KIM; ALEXA KRIEGER; ALANA LEE; SEUNG HEE LEE; LAUREL LEISHER; CHERIE MAR; LIZA MILLER; NINA MILLER; LISA MOREHOUSE; ARIADNE NEVIN; MEREDITH POTTER; ALEXANDRA ROMERO; KARINA ROSADO; AMY SHIPLEY; HEATHER SIMERAL; JULIA SIMONSON; MICHAEL STARACE; MICHAEL-JOHN TAVANTZIS; LUCIE VOGEL;<br><br>            Plaintiffs,<br>    vs.<br><br>SEUNG HEUN LEE; JOURNG SOOK LEE; DAHN YOGA & HEALTH CENTERS, INC.; TAO FELLOWSHIP, BR CONSULTING; INC.; MAGO EARTH, INC.; VORTEX, INC.; CGI, INC.; OASIS ARABIANS, LLC and DOES 1 to 100, Inclusive.<br>            Defendants. | Case No CV 09-1115-PHX-SRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SOLE REMAINING PLAINTIFFS LUCIE VOGEL AND LAUREL LEISHER** |

Plaintiffs Lucie Vogel and Laurel Leisher (collectively, "Plaintiffs"), who are the last two remaining plaintiffs in this action, and defendants Seung Heun Lee, Journg Sook Lee, Dahn Yoga & Health Centers, Inc., Tao Fellowship; BR Consulting, Inc., Mago Earth, Inc., Vortex, Inc., CGI, Inc., and Oasis Arabians, LLC (collectively "Defendants"), by and through their counsel undersigned, pursuant to Rule 41, Fed. R. Civ. P., hereby advise the Court that

HF 8208831v.2

all claims in this matter between them have been settled pursuant to a written Settlement Agreement and Mutual Release dated as of March 28, 2013 entered into by said Parties. The parties further stipulate that this matter may be forthwith dismissed with prejudice, each party hereto to bear their own costs and attorneys' fees.

DATED:    March 29, 2013

| LORONA MEAD, PLC | BURCH & CRACCHIOLO, P.A. |
|---|---|
| By:  /s/ Frank R. Mead<br>Frank R. Mead<br>2111 E. Highland Ave., Ste 431<br>Phoenix, Arizona 85016<br>(602) 385-6817<br>*Attorneys for Plaintiffs Lucie Vogel and Laurel Leisher* | By:  /s/ Howard C. Meyers<br>Howard C. Meyers, Of Counsel<br>Charles J. Muchmore, Of Counsel<br>702 East Osborn Road, Suite 200<br>Phoenix, Arizona 85014<br>*Attorneys for Defendants Dahn Yoga & Health Centers, Inc. and Mago Earth, Inc.* |
| HERRICK, FEINSTEIN LLP | GALLAGHER & KENNEDY, PA |
| By:  /s/ Alan D. Kaplan<br>Alan D. Kaplan<br>Richard Y. Im<br>2 Park Avenue<br>New York, New York 10016<br>*Attorneys for Seung Huen Lee and Journg Sook Lee* | By:  /s/ Paul L. Stoller<br>Paul Lincoln Stoller<br>Kiersten Ann Murphy<br>2575 East Camelback Road, Suite 1100<br>Phoenix, Arizona 85016-9225<br>*Attorneys for Seung Huen Lee and Journg Sook Lee* |
| LITTER MENDELSON, PC | GORDON & REES |
| By:  /s/ Laurent R. Badoux<br>Laurent R. Badoux<br>Kristy Leah Peters<br>2425 East Camelback Road, Suite 900<br>Phoenix, Arizona 85016-2907<br>*Attorneys for Tao Fellowship* | By:  /s/ Mark A. Saxon<br>Mark A. Saxon<br>Matthew Gregory Kleiner<br>101 West Broadway, Suite 2000<br>San Diego, California 92101<br>*Attorneys for BR Consulting Incorporated and Oasis Arabians LLC* |
| HERRICK, FEINSTEIN LLP | |
| By:  /s/ Alan D. Kaplan<br>Alan D. Kaplan<br>2 Park Avenue<br>New York, New York 10016<br>*Attorneys for Vortex Incorporated* | |

HF 8208831v.2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation was served on March 29, 2013 by electronic mail on all counsel of record through the ECF system.

      /s/ Richard Y. Im
Richard Y. Im
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
Phone: 212-592-1400
Fax: 212-592-1500

HF 8208831v.2